**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Charles K. Nguyen<br>　　　　Hien T. Nguyen  dba NTH LLC<br>(NO LONGER)<br>　　　　　　Debtor(s) | CHAPTER 13<br><br>BKY. NO. 19-13854 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

　　Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　/s/ Rebecca A. Solarz
　　　　　　　　　　　　　　　　Rebecca Solarz
　　　　　　　　　　　　　　　　27 Oct 2020, 16:37:10, EDT

　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　Philadelphia, PA 19106-1532
　　　　　　　　　　　　　　　　(215) 627-1322

Document ID: f77d06703037e1516c4318f3f865d37a5fc002beb6dfc9764f72ce4a6bd07a2f