**NAHRGANG & ASSOCIATES, P.C.**
**BY:  MATTHEW R. NAHRGANG, ESQUIRE**
**ATTY. I.D.:  60051**
**35 Evansburg Road**
**Collegeville, PA 19426**
**(610)489-3041 ph**
**(610)489-3042 fax**
**E-Mail mnahrgang@verizon.net**
_____

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| Charles K. Nguyen | : No. 19-13854 |
| Hien T. Nguyen | : |
|         Debtors | : |

**CREDITOR, THO NGUYENS, AMENDED**
**OBJECTION TO DEBTORS PLAN**

In addition to failing to provide for Objectors secured claim in their Plan, the Debtors also failed to include in their Plan the funds fraudulently transferred by Hien T Nguyen to her mother. Taking into account the partial repayment of $10,000.00, those funds are in excess of $90,000.00.

Objector believes, and avers, that such transfer occurred within 4 years of the date of filing.

Those funds, or payment in kind, must be paid to creditors through the Plan pursuant to 11 USC 1325 (a)(4) and failure to disclose the fraudulent transfer is evidence of bad faith in

violation of 1325(a)(3).

    Wherefore, Objector respectfully requests that confirmation be Denied.

Respectfully submitted

/s/ *Matthew R. Nahrgang*

_____
Matthew R. Nahrgang,
Attorney for Objector,
Tho Nguyen