# APPRAISAL OF REAL PROPERTY



### LOCATED AT
148 Penn Ave
Souderton, PA 18964
Tax Map:21013 Lot:021

### FOR
Mr. David M. Offen, Attorney
The Curtis Center 601 Walnut Street, Ste 160
Philadelphia, PA 19106

### OPINION OF VALUE
$205,000

### AS OF
09/29/2020

### BY
Jeaneen Purdie Chambers
PA Certified General Real Estate Appraiser
The Purdie Group, P.O. Box 9955
Philadelphia, PA 19118
(215) 248-6078
jeaneen@purdie-d.com

# Uniform Residential Appraisal Report

File # 2020997

The purpose of this summary appraisal report is to provide the lender/client with an accurate, and adequately supported, opinion of the market value of the subject property.

## SUBJECT

| Field | Value |
|---|---|
| Property Address | 148 Penn Ave |
| City | Souderton |
| State | PA |
| Zip Code | 18964 |
| Borrower | — |
| Owner of Public Record | Charles & Hien Nguyen |
| County | Montgomery County |
| Legal Description | Tax Map:21013 Lot:021 |
| Assessor's Parcel # | 21-00-05864-001 |
| Tax Year | 2020 |
| R.E. Taxes $ | 3,709 |
| Neighborhood Name | Cedar Mill |
| Map Reference | 21013-021 |
| Census Tract | 2072.01 |
| Occupant | [X] Owner |
| Special Assessments $ | 0 |
| PUD | [ ] |
| HOA $ | 0 |
| Property Rights Appraised | [X] Fee Simple |
| Assignment Type | [X] Other (describe) Ascertain Market Value |
| Lender/Client | Mr. David M. Offen, Attorney |
| Address | The Curtis Center 601 Walnut Street Ste 160 Philadelphia, PA 19106 |

Is the subject property currently offered for sale or has it been offered for sale in the twelve months prior to the effective date of this appraisal? [ ] Yes [X] No

Report data source(s) used, offering price(s), and date(s). According to the local multiple list service, the subject property was not listed for sale during the twelve months prior to the effective date of this appraisal.

## CONTRACT

I [ ] did [ ] did not analyze the contract for sale for the subject purchase transaction. Explain the results of the analysis of the contract for sale or why the analysis was not performed.

Contract Price $ —   Date of Contract —   Is the property seller the owner of public record? [ ] Yes [ ] No   Data Source(s) —

Is there any financial assistance (loan charges, sale concessions, gift or downpayment assistance, etc.) to be paid by any party on behalf of the borrower? [ ] Yes [ ] No
If Yes, report the total dollar amount and describe the items to be paid.

## NEIGHBORHOOD

Note: Race and the racial composition of the neighborhood are not appraisal factors.

| Neighborhood Characteristics | One-Unit Housing Trends | One-Unit Housing | Present Land Use % |
|---|---|---|---|
| Location: [ ] Urban [X] Suburban [ ] Rural | Property Values: [ ] Increasing [X] Stable [ ] Declining | PRICE / AGE | One-Unit 80% |
| Built-Up: [X] Over 75% [ ] 25-75% [ ] Under 25% | Demand/Supply: [ ] Shortage [X] In Balance [ ] Over Supply | $(000) / (yrs) | 2-4 Unit 5% |
| Growth: [ ] Rapid [X] Stable [ ] Slow | Marketing Time: [X] Under 3 mths [ ] 3-6 mths [ ] Over 6 mths | 108 Low 25 | Multi-Family 5% |
| | | 495 High 125 | Commercial 10% |
| | | 258 Pred. 85 | Other 0% |

Neighborhood Boundaries: Souderton Borough is generally defined north by S. County Line Rd (Bethlehem Pike), south by Towpath Rd, Mifflin St, and Colonial Ave, east by E. Cherry Street, and west by W. Reliance Road.

Neighborhood Description: Souderton Borough is a built-up suburban community of residential land intermixed with multifamily, retail and commercial plus limited industrial land uses. The area is served by the Souderton Area School District and a confluence of high ways (Route 309, Route 113, and Bethlehem Pike) facilitate transit to nearby townships, employment and shopping destinations.

Market Conditions (including support for the above conclusions): Research revealed 73 comparable sales ranging from $108,500 to $495,000 with a median sale price of $258,000 during the past twelve months. Sales closed within three months marketing time at 100.0% to sale-to-list price ratio. Seller concessions occur sporadically.

## SITE

| Field | Value |
|---|---|
| Dimensions | 33.00 X 150.75 |
| Area | 4975 sf |
| Shape | Rectangular |
| View | N;Res; |
| Specific Zoning Classification | R3 |
| Zoning Description | Residential single family attached is a permitted use by right in the district. |
| Zoning Compliance | [X] Legal |
| Is the highest and best use of subject property as improved (or as proposed per plans and specifications) the present use? | [X] Yes |

Utilities — Electricity: Public [X]; Gas: Public [X]; Water: Public [X]; Sanitary Sewer: Public [X]
Off-site Improvements — Street: macadam paved, Public [X]; Alley: none

FEMA Special Flood Hazard Area: [ ] Yes [X] No   FEMA Flood Zone: X   FEMA Map #: 42091C0137G   FEMA Map Date: 03/02/2016

Are the utilities and off-site improvements typical for the market area? [X] Yes

Are there any adverse site conditions or external factors? [ ] Yes [X] No — There were no apparent adverse site conditions, easements, or land uses observed during property inspection.

## IMPROVEMENTS

| General Description | | Foundation | | Exterior Description materials/condition | | Interior materials/condition | |
|---|---|---|---|---|---|---|---|
| Units | [X] One | Concrete Slab | [ ] | Foundation Walls | stone/brick/avg | Floors | wd/crpt/tile/avg |
| # of Stories | 2.5 | Full Basement | [X] | Exterior Walls | brick/avg | Walls | plaster/avg |
| Type | [X] S-Det./End Unit | Basement Area | 476 sq.ft. | Roof Surface | shingles/avg | Trim/Finish | wood trim/avg |
| [X] Existing | | Basement Finish | 0 % | Gutters & Downspouts | aluminum/avg | Bath Floor | c-tile/avg |
| Design (Style) | End Row | Outside Entry/Exit [X] | | Window Type | double-hung/avg | Bath Wainscot | tile/plaster/avg |
| Year Built | 1919 | Evidence of: none | | Storm Sash/Insulated | storm/avg | Car Storage | |
| Effective Age (Yrs) | 30 | Dampness / Settlement | | Screens | screens/avg | Driveway # of Cars | 0 |
| Attic | None | Heating: [ ] FWA [ ] HWBB [X] Radiant | | Amenities: Woodstove(s) # 0 | | Driveway Surface | none |
| Drop Stair | | Other Fuel: oil | | Fireplace(s) # 0, [X] Fence side | | Garage # of Cars | 1 |
| Floor | [X] Scuttle | Cooling: [ ] Central Air [X] Individual window | | Patio/Deck none, [X] Porch front/rear | | Carport # of Cars | 0 |
| | | | | Pool none | | Att. [ ] Det. [X] Built-in [ ] | |

Appliances: [X] Refrigerator [X] Range/Oven [X] Dishwasher [ ] Disposal [X] Microwave [X] Washer/Dryer

Finished area above grade contains: 7 Rooms, 4 Bedrooms, 1.0 Bath(s), 1,453 Square Feet of Gross Living Area Above Grade

Additional features: 100-Amp electric breaker panel; pump-fired hot water heater; oil-fired furnace for radiant heat, the kitchen appliances, utilities and mechanical systems were working at the time of property inspection.

Describe the condition of the property: C4; No updates in the prior 15 years; Older finishes, ceramic tiled floor and wainscot, wood wainscot display in the subject bath and the kitchen has Formica counter tops older wood cabinets and builder's-grade tiled flooring all showing signs of deferred maintenance. The ample sized-carpeted bedrooms have painted plastered ceilings and walls. The attic is converted into a bedroom with carpet and plastered ceilings as well. The unfinished basement has Bilco walk-up exit, and painted stone masonry and concrete flooring. While the subject is habitable, it does not meet the standards of properties with updated kitchen, baths, and basements similar to the comparable sales.

Are there any physical deficiencies or adverse conditions that affect the livability, soundness, or structural integrity of the property? [ ] Yes [X] No

Does the property generally conform to the neighborhood (functional utility, style, condition, use, construction, etc.)? [X] Yes [ ] No

# Uniform Residential Appraisal Report

Main File No. 2020997
148 Penn Avenue
File # 2020997

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| There are | 4 | comparable properties currently offered for sale in the subject neighborhood ranging in price from $ | 141,900 | to $ | 549,500 | | . |
| There are | 73 | comparable sales in the subject neighborhood within the past twelve months ranging in sale price from $ | 108,500 | to $ | 495,000 | | . |

| FEATURE | SUBJECT | COMPARABLE SALE # 1 | | COMPARABLE SALE # 2 | | COMPARABLE SALE # 3 | |
|---|---|---|---|---|---|---|---|
| Address | 148 Penn Ave Souderton, PA 18964 | 62 Green St Souderton, PA 18964 | | 123 W Broad St Souderton, PA 18964 | | 19 Central Ave Souderton, PA 18964 | |
| Proximity to Subject | | | | | | | |
| Sale Price | $ | $ 216,500 | | $ 217,000 | | $ 229,000 | |
| Sale Price/Gross Liv. Area | $ sq.ft. | $ 128.87 sq.ft. | | $ 151.96 sq.ft. | | $ 138.45 sq.ft. | |
| Data Source(s) | | PAMC648330;DOM 2 | | PAMC660832;DOM 4 | | PAMC657522;DOM 7 | |
| Verification Source(s) | | MLS and Public Record | | MLS and Public Record | | MLS and Public Record | |
| VALUE ADJUSTMENTS | DESCRIPTION | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment | DESCRIPTION | +(-) $ Adjustment |
| Sales or Financing Concessions | | ArmLth Conv;0 | | ArmLth Conv;0 | | ArmLth Conv;8000 | -8,000 |
| Date of Sale/Time | | s07/20;c05/20 | | s10/20;c08/20 | | s10/20;c08/20 | |
| Location | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Leasehold/Fee Simple | Fee Simple | Fee Simple | | Fee Simple | | Fee Simple | |
| Site | 4975 sf | 4850 sf | 0 | 5292 sf | 0 | 2105 sf | 0 |
| View | N;Res; | N;Res; | | N;Res; | | N;Res; | |
| Design (Style) | SD2.5;End Row | SD2.5;Twin | 0 | SD2.5;End Row | 0 | AT2.5;Row House | 0 |
| Quality of Construction | Q4 | Q4 | | Q4 | | Q4 | |
| Actual Age | 101 | 120 | 0 | 131 | 0 | 104 | 0 |
| Condition | C4 | C3 | -10,000 | C3 | -10,000 | C3 | -10,000 |
| Above Grade Room Count | Total 7 / Bdrms 4 / Baths 1.0 | Total 7 / Bdrms 4 / Baths 1.1 | -2,500 | Total 6 / Bdrms 3 / Baths 1.0 | 0 | Total 7 / Bdrms 4 / Baths 1.1 | -2,500 |
| Gross Living Area | 1,453 sq.ft. | 1,680 sq.ft. | 0 | 1,428 sq.ft. | 0 | 1,654 sq.ft. | 0 |
| Basement & Finished Rooms Below Grade | 476sf0sfwu | 476sf0sfwu | | 535sf0sfwu | 0 | 752sf0sfwu | 0 |
| Functional Utility | Average | Average | | Average | | Average | |
| Heating/Cooling | Oil/window air | Gas/central air | -5,000 | Gas/window air | 0 | Oil/window air | |
| Energy Efficient Items | None observed | None reported | 0 | None reported | 0 | None reported | 0 |
| Garage/Carport | 1gd | None | +2,500 | 2gd2dw | -2,500 | None | +2,500 |
| Porch/Patio/Deck | Front/rear porch | Front porch/deck | 0 | Front porch/patio | 0 | Front porch/patio | 0 |
| | | | | | | | |
| Net Adjustment (Total) | | [ ] + [X] - | $ -15,000 | [ ] + [X] - | $ -12,500 | [ ] + [X] - | $ -18,000 |
| Adjusted Sale Price of Comparables | | Net Adj. 6.9 % Gross Adj. 9.2 % | $ 201,500 | Net Adj. 5.8 % Gross Adj. 5.8 % | $ 204,500 | Net Adj. 7.9 % Gross Adj. 10.0 % | $ 211,000 |

I [X] did [ ] did not research the sale or transfer history of the subject property and comparable sales. If not, explain

My research [ ] did [X] did not reveal any prior sales or transfers of the subject property for the three years prior to the effective date of this appraisal.
Data Source(s) Bright, multiple listing service and public record last updated on 09/22/2020.
My research [ ] did [X] did not reveal any prior sales or transfers of the comparable sales for the year prior to the date of sale of the comparable sale.
Data Source(s) Bright, multiple listing service and public record last updated on 09/22/2020.
Report the results of the research and analysis of the prior sale or transfer history of the subject property and comparable sales (report additional prior sales on page 3).

| ITEM | SUBJECT | COMPARABLE SALE #1 | COMPARABLE SALE #2 | COMPARABLE SALE #3 |
|---|---|---|---|---|
| Date of Prior Sale/Transfer | 04/22/2016 | 09/30/1997 | 02/22/2019 | 02/19/2016 |
| Price of Prior Sale/Transfer | $205,500 | $1 | $183,000 | $166,000 |
| Data Source(s) | Public Record | Public Record | Public Record | Public Record |
| Effective Date of Data Source(s) | 09/22/2020 | 09/22/2020 | 09/22/2020 | 09/22/2020 |

Analysis of prior sale or transfer history of the subject property and comparable sales    The ownership of the subject property did not change during the three years prior to the effective date of value.  The ownership of the comparable sales did not change during the twelve months prior to the analyzed sales.

Summary of Sales Comparison Approach    Researched sale prices show little sensitivity to the finished third floor (attic) into a converted fourth bedroom.  For example, Sale 2 with 3 finished bedrooms sold for more than Sale 1 with the 4th bedroom in the attic.  Moreover, Sale 2 has similar GBA (size) as the subject property. The sales do not show great price difference for GBA as Sale 1 and Sale 3 with equivalent sizes sold at roughly $13,000 price variance. Each comparable sale offers updated bathroom and kitchen areas, unlike the average condition and older finishes in the subject's kitchen and bathroom. When compared to the subject, reasonable downward adjustment of $10,000 was applied to the comparable sales for recent updates. After seller assist, sale prices range from $217,000 to $220,000 (rounded).  After adjustment for central air condition and off-street parking garage, the adjusted sale prices range between $200,000 and $210,000. A mid-range value of $205,000 is the final opinion of market value, based upon the existing deferred maintenance and normal wear and tear exhibited at the subject property during inspection.

Indicated Value by Sales Comparison Approach $ 205,000

Indicated Value by: Sales Comparison Approach $ 205,000    Cost Approach (if developed) $        Income Approach (if developed) $

The sales comparison approach is weighted heaviest in the reconciled opinion of market value.

This appraisal is made [X] "as is", [ ] subject to completion per plans and specifications on the basis of a hypothetical condition that the improvements have been completed, [ ] subject to the following repairs or alterations on the basis of a hypothetical condition that the repairs or alterations have been completed, or [ ] subject to the following required inspection based on the extraordinary assumption that the condition or deficiency does not require alteration or repair:  The opinion of market value is predicated upon the condition of the subject property at the time of inspection.

Based on a complete visual inspection of the interior and exterior areas of the subject property, defined scope of work, statement of assumptions and limiting conditions, and appraiser's certification, my (our) opinion of the market value, as defined, of the real property that is the subject of this report is $ 205,000 , as of 09/29/2020 , which is the date of inspection and the effective date of this appraisal.

Freddie Mac Form 70 March 2005          UAD Version 9/2011          Page 2 of 6          Fannie Mae Form 1004 March 2005

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Uniform Residential Appraisal Report

148 Penn Avenue
File # 2020997

## ADDITIONAL COMMENTS

The purpose of this appraisal is to estimate the market value of the fee simple interest in the subject property in its condition at the time of property inspection on September 29, 2020. The intended use is to assist with market valuation in bankruptcy proceedings and the intended user is the client, Mr. & Mrs. Nguyen, and their attorney, Mr. David M. Offen. There are no other intended users.

Scope of Work: This appraisal report, analysis and the opinion of value were developed in accord with the Code of Ethics and the Uniform Standard of Professional Appraisal Practice (USPAP) as published by the Appraisal Foundation and the Appraisal Institute.

Our scope of work includes an overview of the immediate neighborhood, inspection of the subject, its environs, and measurements taken during property inspection. The scope includes reliance upon data listed in the public record, the local multiple listing service, and transactions verified by a third-party, when possible.

Consideration is given to the three approaches to value and the development of the most applicable approach.
The sales comparison approach is based upon verifiable settled sales. Adjustments to the sale prices are supported by and extracted from the market data; such adjustments are made only when the dissimilarity has a material effect on market value. Sales comparison is the method relied upon most by market participants and it is weighted in the reconciled conclusion, $205,000 as the opinion of the subject property's market value.

Exposure Time: The opinion of market value is based upon a reasonable exposure time of three-to-six months for a single family property, where the opinion of exposure time is predicated upon the exposure time of the comparable sales.

Predominant Value: The value opinion is below the $258,000 predominant value indicated for the market area; however, it is reasonably stated for a property in average condition does not adversely impact the subject's marketability.

Disclaimer: This analysis, conclusion, and the opinion of value are predicated upon researched market data and are not based upon a pre-determined value or fee for service. I have no current or prospective interest in the subject property and have not performed appraisal services involving the subject property within the three years immediately prior to accepting this assignment.

## COST APPROACH TO VALUE (not required by Fannie Mae)

Provide adequate information for the lender/client to replicate the below cost figures and calculations.
Support for the opinion of site value (summary of comparable land sales or other methods for estimating site value)

| | |
|---|---|
| ESTIMATED ☐ REPRODUCTION OR ☒ REPLACEMENT COST NEW | OPINION OF SITE VALUE ............................................. =$ |
| Source of cost data | DWELLING Sq.Ft. @ $ ............. =$ |
| Quality rating from cost service  Effective date of cost data | Sq.Ft. @ $ ............. =$ |
| Comments on Cost Approach (gross living area calculations, depreciation, etc.) | ............. =$ |
| The effective age of the subject property is based upon the condition, utility and level of deferred maintenance observed during property inspection. The estimate of remaining economic life is the difference between the generally accepted economic life of the subject and its effective age at the time of inspection. | Garage/Carport Sq.Ft. @ $ ............. =$ |
| | Total Estimate of Cost-New ............. =$ |
| | Less   Physical   Functional   External |
| | Depreciation   =$( ) |
| | Depreciated Cost of Improvements ............. =$ |
| | "As-is" Value of Site Improvements ............. =$ |
| Estimated Remaining Economic Life (HUD and VA only)  30  Years | INDICATED VALUE BY COST APPROACH ............. =$ |

## INCOME APPROACH TO VALUE (not required by Fannie Mae)

Estimated Monthly Market Rent $  X  Gross Rent Multiplier  = $  Indicated Value by Income Approach
Summary of Income Approach (including support for market rent and GRM)

## PROJECT INFORMATION FOR PUDs (if applicable)

Is the developer/builder in control of the Homeowners' Association (HOA)?  ☐ Yes  ☐ No   Unit type(s)  ☐ Detached  ☐ Attached
Provide the following information for PUDs ONLY if the developer/builder is in control of the HOA and the subject property is an attached dwelling unit.
Legal Name of Project
Total number of phases   Total number of units   Total number of units sold
Total number of units rented   Total number of units for sale   Data source(s)
Was the project created by the conversion of existing building(s) into a PUD?  ☐ Yes  ☐ No   If Yes, date of conversion.
Does the project contain any multi-dwelling units?  ☐ Yes  ☐ No   Data Source
Are the units, common elements, and recreation facilities complete?  ☐ Yes  ☐ No   If No, describe the status of completion.

Are the common elements leased to or by the Homeowners' Association?  ☐ Yes  ☐ No   If Yes, describe the rental terms and options.

Describe common elements and recreational facilities.

# Uniform Residential Appraisal Report

This report form is designed to report an appraisal of a one-unit property or a one-unit property with an accessory unit; including a unit in a planned unit development (PUD). This report form is not designed to report an appraisal of a manufactured home or a unit in a condominium or cooperative project.

This appraisal report is subject to the following scope of work, intended use, intended user, definition of market value, statement of assumptions and limiting conditions, and certifications. Modifications, additions, or deletions to the intended use, intended user, definition of market value, or assumptions and limiting conditions are not permitted. The appraiser may expand the scope of work to include any additional research or analysis necessary based on the complexity of this appraisal assignment. Modifications or deletions to the certifications are also not permitted. However, additional certifications that do not constitute material alterations to this appraisal report, such as those required by law or those related to the appraiser's continuing education or membership in an appraisal organization, are permitted.

SCOPE OF WORK: The scope of work for this appraisal is defined by the complexity of this appraisal assignment and the reporting requirements of this appraisal report form, including the following definition of market value, statement of assumptions and limiting conditions, and certifications. The appraiser must, at a minimum: (1) perform a complete visual inspection of the interior and exterior areas of the subject property, (2) inspect the neighborhood, (3) inspect each of the comparable sales from at least the street, (4) research, verify, and analyze data from reliable public and/or private sources, and (5) report his or her analysis, opinions, and conclusions in this appraisal report.

INTENDED USE: The intended use of this appraisal report is for the lender/client to evaluate the property that is the subject of this appraisal for a mortgage finance transaction.

INTENDED USER: The intended user of this appraisal report is the lender/client.

DEFINITION OF MARKET VALUE: The most probable price which a property should bring in a competitive and open market under all conditions requisite to a fair sale, the buyer and seller, each acting prudently, knowledgeably and assuming the price is not affected by undue stimulus. Implicit in this definition is the consummation of a sale as of a specified date and the passing of title from seller to buyer under conditions whereby: (1) buyer and seller are typically motivated; (2) both parties are well informed or well advised, and each acting in what he or she considers his or her own best interest; (3) a reasonable time is allowed for exposure in the open market; (4) payment is made in terms of cash in U. S. dollars or in terms of financial arrangements comparable thereto; and (5) the price represents the normal consideration for the property sold unaffected by special or creative financing or sales concessions* granted by anyone associated with the sale.

*Adjustments to the comparables must be made for special or creative financing or sales concessions. No adjustments are necessary for those costs which are normally paid by sellers as a result of tradition or law in a market area; these costs are readily identifiable since the seller pays these costs in virtually all sales transactions. Special or creative financing adjustments can be made to the comparable property by comparisons to financing terms offered by a third party institutional lender that is not already involved in the property or transaction. Any adjustment should not be calculated on a mechanical dollar for dollar cost of the financing or concession but the dollar amount of any adjustment should approximate the market's reaction to the financing or concessions based on the appraiser's judgment.

STATEMENT OF ASSUMPTIONS AND LIMITING CONDITIONS: The appraiser's certification in this report is subject to the following assumptions and limiting conditions:

1. The appraiser will not be responsible for matters of a legal nature that affect either the property being appraised or the title to it, except for information that he or she became aware of during the research involved in performing this appraisal. The appraiser assumes that the title is good and marketable and will not render any opinions about the title.

2. The appraiser has provided a sketch in this appraisal report to show the approximate dimensions of the improvements. The sketch is included only to assist the reader in visualizing the property and understanding the appraiser's determination of its size.

3. The appraiser has examined the available flood maps that are provided by the Federal Emergency Management Agency (or other data sources) and has noted in this appraisal report whether any portion of the subject site is located in an identified Special Flood Hazard Area. Because the appraiser is not a surveyor, he or she makes no guarantees, express or implied, regarding this determination.

4. The appraiser will not give testimony or appear in court because he or she made an appraisal of the property in question, unless specific arrangements to do so have been made beforehand, or as otherwise required by law.

5. The appraiser has noted in this appraisal report any adverse conditions (such as needed repairs, deterioration, the presence of hazardous wastes, toxic substances, etc.) observed during the inspection of the subject property or that he or she became aware of during the research involved in performing the appraisal. Unless otherwise stated in this appraisal report, the appraiser has no knowledge of any hidden or unapparent physical deficiencies or adverse conditions of the property (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) that would make the property less valuable, and has assumed that there are no such conditions and makes no guarantees or warranties, express or implied. The appraiser will not be responsible for any such conditions that do exist or for any engineering or testing that might be required to discover whether such conditions exist. Because the appraiser is not an expert in the field of environmental hazards, this appraisal report must not be considered as an environmental assessment of the property.

6. The appraiser has based his or her appraisal report and valuation conclusion for an appraisal that is subject to satisfactory completion, repairs, or alterations on the assumption that the completion, repairs, or alterations of the subject property will be performed in a professional manner.

# Uniform Residential Appraisal Report

Main File No. 2020997
148 Perm Avenue
File # 2020997

APPRAISER'S CERTIFICATION: The Appraiser certifies and agrees that:

1. I have, at a minimum, developed and reported this appraisal in accordance with the scope of work requirements stated in this appraisal report.

2. I performed a complete visual inspection of the interior and exterior areas of the subject property. I reported the condition of the improvements in factual, specific terms. I identified and reported the physical deficiencies that could affect the livability, soundness, or structural integrity of the property.

3. I performed this appraisal in accordance with the requirements of the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

4. I developed my opinion of the market value of the real property that is the subject of this report based on the sales comparison approach to value. I have adequate comparable market data to develop a reliable sales comparison approach for this appraisal assignment. I further certify that I considered the cost and income approaches to value but did not develop them, unless otherwise indicated in this report.

5. I researched, verified, analyzed, and reported on any current agreement for sale for the subject property, any offering for sale of the subject property in the twelve months prior to the effective date of this appraisal, and the prior sales of the subject property for a minimum of three years prior to the effective date of this appraisal, unless otherwise indicated in this report.

6. I researched, verified, analyzed, and reported on the prior sales of the comparable sales for a minimum of one year prior to the date of sale of the comparable sale, unless otherwise indicated in this report.

7. I selected and used comparable sales that are locationally, physically, and functionally the most similar to the subject property.

8. I have not used comparable sales that were the result of combining a land sale with the contract purchase price of a home that has been built or will be built on the land.

9. I have reported adjustments to the comparable sales that reflect the market's reaction to the differences between the subject property and the comparable sales.

10. I verified, from a disinterested source, all information in this report that was provided by parties who have a financial interest in the sale or financing of the subject property.

11. I have knowledge and experience in appraising this type of property in this market area.

12. I am aware of, and have access to, the necessary and appropriate public and private data sources, such as multiple listing services, tax assessment records, public land records and other such data sources for the area in which the property is located.

13. I obtained the information, estimates, and opinions furnished by other parties and expressed in this appraisal report from reliable sources that I believe to be true and correct.

14. I have taken into consideration the factors that have an impact on value with respect to the subject neighborhood, subject property, and the proximity of the subject property to adverse influences in the development of my opinion of market value. I have noted in this appraisal report any adverse conditions (such as, but not limited to, needed repairs, deterioration, the presence of hazardous wastes, toxic substances, adverse environmental conditions, etc.) observed during the inspection of the subject property or that I became aware of during the research involved in performing this appraisal. I have considered these adverse conditions in my analysis of the property value, and have reported on the effect of the conditions on the value and marketability of the subject property.

15. I have not knowingly withheld any significant information from this appraisal report and, to the best of my knowledge, all statements and information in this appraisal report are true and correct.

16. I stated in this appraisal report my own personal, unbiased, and professional analysis, opinions, and conclusions, which are subject only to the assumptions and limiting conditions in this appraisal report.

17. I have no present or prospective interest in the property that is the subject of this report, and I have no present or prospective personal interest or bias with respect to the participants in the transaction. I did not base, either partially or completely, my analysis and/or opinion of market value in this appraisal report on the race, color, religion, sex, age, marital status, handicap, familial status, or national origin of either the prospective owners or occupants of the subject property or of the present owners or occupants of the properties in the vicinity of the subject property or on any other basis prohibited by law.

18. My employment and/or compensation for performing this appraisal or any future or anticipated appraisals was not conditioned on any agreement or understanding, written or otherwise, that I would report (or present analysis supporting) a predetermined specific value, a predetermined minimum value, a range or direction in value, a value that favors the cause of any party, or the attainment of a specific result or occurrence of a specific subsequent event (such as approval of a pending mortgage loan application).

19. I personally prepared all conclusions and opinions about the real estate that were set forth in this appraisal report. If I relied on significant real property appraisal assistance from any individual or individuals in the performance of this appraisal or the preparation of this appraisal report, I have named such individual(s) and disclosed the specific tasks performed in this appraisal report. I certify that any individual so named is qualified to perform the tasks. I have not authorized anyone to make a change to any item in this appraisal report; therefore, any change made to this appraisal is unauthorized and I will take no responsibility for it.

20. I identified the lender/client in this appraisal report who is the individual, organization, or agent for the organization that ordered and will receive this appraisal report.

Main File No. 2020997

# Uniform Residential Appraisal Report

148 Penn Avenue
File # 2020997

21. The lender/client may disclose or distribute this appraisal report to: the borrower; another lender at the request of the borrower; the mortgagee or its successors and assigns; mortgage insurers; government sponsored enterprises; other secondary market participants; data collection or reporting services; professional appraisal organizations; any department, agency, or instrumentality of the United States; and any state, the District of Columbia, or other jurisdictions; without having to obtain the appraiser's or supervisory appraiser's (if applicable) consent. Such consent must be obtained before this appraisal report may be disclosed or distributed to any other party (including, but not limited to, the public through advertising, public relations, news, sales, or other media).

22. I am aware that any disclosure or distribution of this appraisal report by me or the lender/client may be subject to certain laws and regulations. Further, I am also subject to the provisions of the Uniform Standards of Professional Appraisal Practice that pertain to disclosure or distribution by me.

23. The borrower, another lender at the request of the borrower, the mortgagee or its successors and assigns, mortgage insurers, government sponsored enterprises, and other secondary market participants may rely on this appraisal report as part of any mortgage finance transaction that involves any one or more of these parties.

24. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

25. Any intentional or negligent misrepresentation(s) contained in this appraisal report may result in civil liability and/or criminal penalties including, but not limited to, fine or imprisonment or both under the provisions of Title 18, United States Code, Section 1001, et seq., or similar state laws.

SUPERVISORY APPRAISER'S CERTIFICATION:    The Supervisory Appraiser certifies and agrees that:

1. I directly supervised the appraiser for this appraisal assignment, have read the appraisal report, and agree with the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

2. I accept full responsibility for the contents of this appraisal report including, but not limited to, the appraiser's analysis, opinions, statements, conclusions, and the appraiser's certification.

3. The appraiser identified in this appraisal report is either a sub-contractor or an employee of the supervisory appraiser (or the appraisal firm), is qualified to perform this appraisal, and is acceptable to perform this appraisal under the applicable state law.

4. This appraisal report complies with the Uniform Standards of Professional Appraisal Practice that were adopted and promulgated by the Appraisal Standards Board of The Appraisal Foundation and that were in place at the time this appraisal report was prepared.

5. If this appraisal report was transmitted as an "electronic record" containing my "electronic signature," as those terms are defined in applicable federal and/or state laws (excluding audio and video recordings), or a facsimile transmission of this appraisal report containing a copy or representation of my signature, the appraisal report shall be as effective, enforceable and valid as if a paper version of this appraisal report were delivered containing my original hand written signature.

| APPRAISER | SUPERVISORY APPRAISER (ONLY IF REQUIRED) |
|---|---|
| Signature: *Jeaneen Purdie Chambers* | Signature: |
| Name: Jeaneen Purdie Chambers | Name: |
| Company Name: PA Certified General Real Estate Appraiser | Company Name: |
| Company Address: The Purdie Group, P.O. Box 9955, Philadelphia, PA 19118 | Company Address: |
| Telephone Number: (215) 248-6078 | Telephone Number: |
| Email Address: jeaneen@purdie-d.com | Email Address: |
| Date of Signature and Report: 10/09/2020 | Date of Signature: |
| Effective Date of Appraisal: 09/29/2020 | State Certification #: |
| State Certification #: GA003781 | or State License #: |
| or State License #: | State: |
| or Other (describe):       State #: | Expiration Date of Certification or License: |
| State: PA | |
| Expiration Date of Certification or License: 06/30/2021 | SUBJECT PROPERTY |
| | ☐ Did not inspect subject property |
| ADDRESS OF PROPERTY APPRAISED | ☐ Did inspect exterior of subject property from street |
| 148 Penn Ave | Date of Inspection |
| Souderton, PA 18964 | ☐ Did inspect interior and exterior of subject property |
| APPRAISED VALUE OF SUBJECT PROPERTY $ 205,000 | Date of Inspection |
| LENDER/CLIENT | |
| Name: Charles Nguyen | COMPARABLE SALES |
| Company Name: Mr. David M. Offen, Attorney | |
| Company Address: The Curtis Center 601 Walnut Street Ste 160, Philadelphia, PA 19106 | ☐ Did not inspect exterior of comparable sales from street |
| | ☐ Did inspect exterior of comparable sales from street |
| Email Address: info@offenlaw.com | Date of Inspection |

Freddie Mac Form 70 March 2005           UAD Version 9/2011           Page 6 of 6           Fannie Mae Form 1004 March 2005

Form 1004UAD - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# Market Conditions Addendum to the Appraisal Report

Main File No. 2020997
File No. 2020997

The purpose of this addendum is to provide the lender/client with a clear and accurate understanding of the market trends and conditions prevalent in the subject neighborhood. This is a required addendum for all appraisal reports with an effective date on or after April 1, 2009.

| Property Address | 148 Penn Ave | City | Souderton | State | PA | ZIP Code | 18964 |
|---|---|---|---|---|---|---|---|

Borrower

**Instructions:** The appraiser must use the information required on this form as the basis for his/her conclusions, and must provide support for those conclusions, regarding housing trends and overall market conditions as reported in the Neighborhood section of the appraisal report form. The appraiser must fill in all the information to the extent it is available and reliable and must provide analysis as indicated below. If any required data is unavailable or is considered unreliable, the appraiser must provide an explanation. It is recognized that not all data sources will be able to provide data for the shaded areas below; if it is available, however, the appraiser must include the data in the analysis. If data sources provide the required information as an average instead of the median, the appraiser should report the available figure and identify it as an average. Sales and listings must be properties that compete with the subject property, determined by applying the criteria that would be used by a prospective buyer of the subject property. The appraiser must explain any anomalies in the data, such as seasonal markets, new construction, foreclosures, etc.

## MARKET RESEARCH & ANALYSIS

| Inventory Analysis | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | 32 | 11 | 30 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | 5.33 | 3.67 | 10.00 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Total # of Comparable Active Listings | 5 | 8 | 4 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Months of Housing Supply (Total Listings/Ab.Rate) | 0.94 | 2.18 | 0.40 | ☐ Declining | ☒ Stable | ☐ Increasing |
| **Median Sale & List Price, DOM, Sale/List %** | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
| Median Comparable Sale Price | $ 229,900 | $ 267,000 | $ 270,000 | ☐ Increasing | ☒ Stable | ☐ Declining |
| Median Comparable Sales Days on Market | 39 | 14 | 13 | ☐ Declining | ☒ Stable | ☐ Increasing |
| Median Comparable List Price | $ 199,900 | $ 268,500 | $ 299,950 | ☒ Increasing | ☐ Stable | ☐ Declining |
| Median Comparable Listings Days on Market | 124 | 37 | 30 | ☒ Declining | ☐ Stable | ☐ Increasing |
| Median Sale Price as % of List Price | 99.32% | 98.37% | 100.00% | ☐ Increasing | ☒ Stable | ☐ Declining |
| Seller-(developer, builder, etc.)paid financial assistance prevalent? | | ☐ Yes ☒ No | | ☐ Declining | ☒ Stable | ☐ Increasing |

Explain in detail the seller concessions trends for the past 12 months (e.g., seller contributions increased from 3% to 5%, increasing use of buydowns, closing costs, condo fees, options, etc.).
Seller assist occur sporadically in the market.

Are foreclosure sales (REO sales) a factor in the market?   ☐ Yes   ☒ No   If yes, explain (including the trends in listings and sales of foreclosed properties).
Distressed sales occur sporadically in the market.

Cite data sources for above information.
Bright, multiple listing service and public record last updated on 09/22/2020.

Summarize the above information as support for your conclusions in the Neighborhood section of the appraisal report form. If you used any additional information, such as an analysis of pending sales and/or expired and withdrawn listings, to formulate your conclusions, provide both an explanation and support for your conclusions.
Indexes disclose demand (sales) outpace supply (listings) and sales generally close within three month marketing time, at 98% to 100% sale-to-list price ratio.

## CONDO/CO-OP PROJECTS

If the subject is a unit in a condominium or cooperative project, complete the following:    **Project Name:**

| Subject Project Data | Prior 7–12 Months | Prior 4–6 Months | Current – 3 Months | Overall Trend | | |
|---|---|---|---|---|---|---|
| Total # of Comparable Sales (Settled) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Absorption Rate (Total Sales/Months) | | | | ☐ Increasing | ☐ Stable | ☐ Declining |
| Total # of Active Comparable Listings | | | | ☐ Declining | ☐ Stable | ☐ Increasing |
| Months of Unit Supply (Total Listings/Ab.Rate) | | | | ☐ Declining | ☐ Stable | ☐ Increasing |

Are foreclosure sales (REO sales) a factor in the project?   ☐ Yes   ☐ No   If yes, indicate the number of REO listings and explain the trends in listings and sales of foreclosed properties.

Summarize the above trends and address the impact on the subject unit and project.

## APPRAISER

| Signature | _signed_ | Signature | |
|---|---|---|---|
| Appraiser Name | Jeaneen Purdie Chambers | Supervisory Appraiser Name | |
| Company Name | PA Certified General Real Estate Appraiser | Company Name | |
| Company Address | The Purdie Group, P.O. Box 9955, Philadelphia, PA 19118 | Company Address | |
| State License/Certification # | GA003781 | State PA | State License/Certification # | State |
| Email Address | jeaneen@purdie-d.com | Email Address | |

Freddie Mac Form 71   March 2009          Page 1 of 1          Fannie Mae Form 1004MC   March 2009

Form 1004MC2 - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

## Subject Photo Page

| | |
|---|---|
| Borrower | |
| Property Address | 148 Penn Ave |
| City | Souderton |
| County | Montgomery County |
| State | PA |
| Zip Code | 18964 |
| Lender/Client | |



### Subject Front

| | |
|---|---|
| 148 Penn Ave | |
| Sales Price | |
| Gross Living Area | 1,453 |
| Total Rooms | 7 |
| Total Bedrooms | 4 |
| Total Bathrooms | 1.0 |
| Location | N;Res; |
| View | N;Res; |
| Site | 4975 sf |
| Quality | Q4 |
| Age | 101 |



### Subject Rear



### Subject Street

### Interior Photos

| | |
|---|---|
| Borrower | |
| Property Address | 148 Penn Ave |
| City Souderton | County Montgomery County    State PA    Zip Code 18964 |
| Lender/Client | |



**rear garage**



**front elevation view**



**front entrance**



**stair and hall**



**living room**



**dining room**

Main File No. 2020997

## Interior Photos

| | |
|---|---|
| Borrower | |
| Property Address | 148 Penn Ave |
| City Souderton | County Montgomery County  State PA  Zip Code 18964 |
| Lender/Client | |



kitchen



same kitchen



stair to 2nd floor



rear bedroom



3-pc bathroom



same 3-pc bathroom

Interior Photos

Main File No. 2020997

| | |
|---|---|
| Borrower | |
| Property Address | 148 Penn Ave |
| City Souderton | County Montgomery County   State PA   Zip Code 18964 |
| Lender/Client | |



**hall bathroom (same)**



**middle bedroom**



**front bedroom**



**same front bedroom**



**stair to 3rd floor**



**bedroom on 3rd floor**

Main File No. 2020997

## Interior Photos

| | |
|---|---|
| Borrower | |
| Property Address | 148 Penn Ave |
| City  Souderton | County  Montgomery County    State  PA    Zip Code  18964 |
| Lender/Client | |



**unfinished basement**



**100-Amp electric**



**pump-fired hot water tank**



**oil-boiler furnace**



**Bilco door walk-up exit**



**oil tank**

Main File No. 2020997

## Comparable Photo Page

| | |
|---|---|
| Borrower | |
| Property Address | 148 Penn Ave |
| City | Souderton |
| County | Montgomery County |
| State | PA |
| Zip Code | 18964 |
| Lender/Client | |



### Comparable 1
62 Green St
Prox. to Subject
Sale Price           216,500
Gross Living Area    1,680
Total Rooms          7
Total Bedrooms       4
Total Bathrooms      1.1
Location             N;Res;
View                 N;Res;
Site                 4850 sf
Quality              Q4
Age                  120



### Comparable 2
123 W Broad St
Prox. to Subject
Sale Price           217,000
Gross Living Area    1,428
Total Rooms          6
Total Bedrooms       3
Total Bathrooms      1.0
Location             N;Res;
View                 N;Res;
Site                 5292 sf
Quality              Q4
Age                  131



### Comparable 3
19 Central Ave
Prox. to Subject
Sale Price           229,000
Gross Living Area    1,654
Total Rooms          7
Total Bedrooms       4
Total Bathrooms      1.1
Location             N;Res;
View                 N;Res;
Site                 2105 sf
Quality              Q4
Age                  104

UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM

(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Condition Ratings and Definitions

C1

The improvements have been recently constructed and have not been previously occupied. The entire structure and all components are new and the dwelling features no physical depreciation.

Note: Newly constructed improvements that feature recycled or previously used materials and/or components can be considered new dwellings provided that the dwelling is placed on a 100 percent new foundation and the recycled materials and the recycled components have been rehabilitated/remanufactured into like-new condition. Improvements that have not been previously occupied are not considered "new" if they have any significant physical depreciation (that is, newly constructed dwellings that have been vacant for an extended period of time without adequate maintenance or upkeep).

C2

The improvements feature no deferred maintenance, little or no physical depreciation, and require no repairs. Virtually all building components are new or have been recently repaired, refinished, or rehabilitated. All outdated components and finishes have been updated and/or replaced with components that meet current standards. Dwellings in this category are either almost new or have been recently completely renovated and are similar in condition to new construction.

Note: The improvements represent a relatively new property that is well maintained with no deferred maintenance and little or no physical depreciation, or an older property that has been recently completely renovated.

C3

The improvements are well maintained and feature limited physical depreciation due to normal wear and tear. Some components, but not every major building component, may be updated or recently rehabilitated. The structure has been well maintained.

Note: The improvement is in its first-cycle of replacing short-lived building components (appliances, floor coverings, HVAC, etc.) and is being well maintained. Its estimated effective age is less than its actual age. It also may reflect a property in which the majority of short-lived building components have been replaced but not to the level of a complete renovation.

C4

The improvements feature some minor deferred maintenance and physical deterioration due to normal wear and tear. The dwelling has been adequately maintained and requires only minimal repairs to building components/mechanical systems and cosmetic repairs. All major building components have been adequately maintained and are functionally adequate.

Note: The estimated effective age may be close to or equal to its actual age. It reflects a property in which some of the short-lived building components have been replaced, and some short-lived building components are at or near the end of their physical life expectancy; however, they still function adequately. Most minor repairs have been addressed on an ongoing basis resulting in an adequately maintained property.

C5

The improvements feature obvious deferred maintenance and are in need of some significant repairs. Some building components need repairs, rehabilitation, or updating. The functional utility and overall livability is somewhat diminished due to condition, but the dwelling remains useable and functional as a residence.

Note: Some significant repairs are needed to the improvements due to the lack of adequate maintenance. It reflects a property in which many of its short-lived building components are at the end of or have exceeded their physical life expectancy but remain functional.

C6

The improvements have substantial damage or deferred maintenance with deficiencies or defects that are severe enough to affect the safety, soundness, or structural integrity of the improvements. The improvements are in need of substantial repairs and rehabilitation, including many or most major components.

Note: Substantial repairs are needed to the improvements due to the lack of adequate maintenance or property damage. It reflects a property with conditions severe enough to affect the safety, soundness, or structural integrity of the improvements.

Quality Ratings and Definitions

Q1

Dwellings with this quality rating are usually unique structures that are individually designed by an architect for a specified user. Such residences typically are constructed from detailed architectural plans and specifications and feature an exceptionally high level of workmanship and exceptionally high-grade materials throughout the interior and exterior of the structure. The design features exceptionally high-quality exterior refinements and ornamentation, and exceptionally high-quality interior refinements. The workmanship, materials, and finishes throughout the dwelling are of exceptionally high quality.

Q2

Dwellings with this quality rating are often custom designed for construction on an individual property owner's site. However, dwellings in this quality grade are also found in high-quality tract developments featuring residence constructed from individual plans or from highly modified or upgraded plans. The design features detailed, high quality exterior ornamentation, high-quality interior refinements, and detail. The workmanship, materials, and finishes throughout the dwelling are generally of high or very high quality.

UNIFORM APPRAISAL DATASET (UAD) DEFINITIONS ADDENDUM
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Quality Ratings and Definitions (continued)

Q3
Dwellings with this quality rating are residences of higher quality built from individual or readily available designer plans in above-standard residential tract developments or on an individual property owner's site. The design includes significant exterior ornamentation and interiors that are well finished. The workmanship exceeds acceptable standards and many materials and finishes throughout the dwelling have been upgraded from "stock" standards.

Q4
Dwellings with this quality rating meet or exceed the requirements of applicable building codes. Standard or modified standard building plans are utilized and the design includes adequate fenestration and some exterior ornamentation and interior refinements. Materials, workmanship, finish, and equipment are of stock or builder grade and may feature some upgrades.

Q5
Dwellings with this quality rating feature economy of construction and basic functionality as main considerations. Such dwellings feature a plain design using readily available or basic floor plans featuring minimal fenestration and basic finishes with minimal exterior ornamentation and limited interior detail. These dwellings meet minimum building codes and are constructed with inexpensive, stock materials with limited refinements and upgrades.

Q6
Dwellings with this quality rating are of basic quality and lower cost; some may not be suitable for year-round occupancy. Such dwellings are often built with simple plans or without plans, often utilizing the lowest quality building materials. Such dwellings are often built or expanded by persons who are professionally unskilled or possess only minimal construction skills. Electrical, plumbing, and other mechanical systems and equipment may be minimal or non-existent. Older dwellings may feature one or more substandard or non-conforming additions to the original structure

Definitions of Not Updated, Updated, and Remodeled

Not Updated
Little or no updating or modernization. This description includes, but is not limited to, new homes.
Residential properties of fifteen years of age or less often reflect an original condition with no updating, if no major components have been replaced or updated. Those over fifteen years of age are also considered not updated if the appliances, fixtures, and finishes are predominantly dated. An area that is 'Not Updated' may still be well maintained and fully functional, and this rating does not necessarily imply deferred maintenance or physical/functional deterioration.

Updated
The area of the home has been modified to meet current market expectations. These modifications are limited in terms of both scope and cost.
An updated area of the home should have an improved look and feel, or functional utility. Changes that constitute updates include refurbishment and/or replacing components to meet existing market expectations. Updates do not include significant alterations to the existing structure.

Remodeled
Significant finish and/or structural changes have been made that increase utility and appeal through complete replacement and/or expansion.
A remodeled area reflects fundamental changes that include multiple alterations. These alterations may include some or all of the following: replacement of a major component (cabinet(s), bathtub, or bathroom tile), relocation of plumbing/gas fixtures/appliances, significant structural alterations (relocating walls, and/or the addition of) square footage). This would include a complete gutting and rebuild.

Explanation of Bathroom Count

Three-quarter baths are counted as a full bath in all cases.  Quarter baths (baths that feature only a toilet) are not included in the bathroom count.  The number of full and half baths is reported by separating the two values using a period, where the full bath count is represented to the left of the period and the half bath count is represented to the right of the period.

Example:
3.2 indicates three full baths and two half baths.

UNIFORM APPRAISAL DATASET (UAD) Field-Specific Standardization Requirements
(Source: Fannie Mae UAD Appendix D: UAD Field-Specific Standardization Requirements)

Abbreviations Used in Data Standardization Text

| Abbreviation | Full Name | Fields Where This Abbreviation May Appear |
|---|---|---|
| A | Adverse | Location & View |
| ac | Acres | Area, Site |
| AdjPrk | Adjacent to Park | Location |
| AdjPwr | Adjacent to Power Lines | Location |
| ArmLth | Arms Length Sale | Sale or Financing Concessions |
| AT | Attached Structure | Design (Style) |
| B | Beneficial | Location & View |
| ba | Bathroom(s) | Basement & Finished Rooms Below Grade |
| br | Bedroom | Basement & Finished Rooms Below Grade |
| BsyRd | Busy Road | Location |
| c | Contracted Date | Date of Sale/Time |
| Cash | Cash | Sale or Financing Concessions |
| Comm | Commercial Influence | Location |
| Conv | Conventional | Sale or Financing Concessions |
| cp | Carport | Garage/Carport |
| CrtOrd | Court Ordered Sale | Sale or Financing Concessions |
| CtySky | City View Skyline View | View |
| CtyStr | City Street View | View |
| cv | Covered | Garage/Carport |
| DOM | Days On Market | Data Sources |
| DT | Detached Structure | Design (Style) |
| dw | Driveway | Garage/Carport |
| e | Expiration Date | Date of Sale/Time |
| Estate | Estate Sale | Sale or Financing Concessions |
| FHA | Federal Housing Authority | Sale or Financing Concessions |
| g | Garage | Garage/Carport |
| ga | Attached Garage | Garage/Carport |
| gbi | Built-in Garage | Garage/Carport |
| gd | Detached Garage | Garage/Carport |
| GlfCse | Golf Course | Location |
| Glfvw | Golf Course View | View |
| GR | Garden | Design (Style) |
| HR | High Rise | Design (Style) |
| in | Interior Only Stairs | Basement & Finished Rooms Below Grade |
| Ind | Industrial | Location & View |
| Listing | Listing | Sale or Financing Concessions |
| Lndfl | Landfill | Location |
| LtdSght | Limited Sight | View |
| MR | Mid-rise | Design (Style) |
| Mtn | Mountain View | View |
| N | Neutral | Location & View |
| NonArm | Non-Arms Length Sale | Sale or Financing Concessions |
| o | Other | Basement & Finished Rooms Below Grade |
| O | Other | Design (Style) |
| op | Open | Garage/Carport |
| Prk | Park View | View |
| Pstrl | Pastoral View | View |
| PwrLn | Power Lines | View |
| PubTrn | Public Transportation | Location |
| Relo | Relocation Sale | Sale or Financing Concessions |
| REO | REO Sale | Sale or Financing Concessions |
| Res | Residential | Location & View |
| RH | USDA - Rural Housing | Sale or Financing Concessions |
| rr | Recreational (Rec) Room | Basement & Finished Rooms Below Grade |
| RT | Row or Townhouse | Design (Style) |
| s | Settlement Date | Date of Sale/Time |
| SD | Semi-detached Structure | Design (Style) |
| Short | Short Sale | Sale or Financing Concessions |
| sf | Square Feet | Area, Site, Basement |
| sqm | Square Meters | Area, Site |
| Unk | Unknown | Date of Sale/Time |
| VA | Veterans Administration | Sale or Financing Concessions |
| w | Withdrawn Date | Date of Sale/Time |
| wo | Walk Out Basement | Basement & Finished Rooms Below Grade |
| Woods | Woods View | View |
| Wtr | Water View | View |
| WtrFr | Water Frontage | Location |
| wu | Walk Up Basement | Basement & Finished Rooms Below Grade |

UAD Version 9/2011 (Updated 1/2014)

Form UADDEFINE1A - "TOTAL" appraisal software by a la mode, inc. - 1-800-ALAMODE

# CERTIFICATION

Main File No. 2020997

| | |
|---|---|
| Borrower | |
| Property Address | 148 Penn Ave |
| City Souderton | County Montgomery County    State PA    Zip Code 18964 |
| Lender/Client | |

