IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                 :  CHAPTER 13
                       :
Charles K. Nguyen      :  No. 19-13854-AMC
Hien T. Nguyen         :
      Debtors          :
```

O R D E R

**AND NOW**, upon Motion of the Debtor to avoid a judicial lien held by Tho Van Nguyen ("the Respondent") in personal property and/or real property of the Debtor located at 148 Penn Avenue Souderton, PA 18964,

And, the Debtor having asserted that the alleged lien arising from the judgment entered at Montgomery County Court of Common Pleas, Docket No. 20118-03992, in the amount of $248,350.20, is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtors having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default and the judicial lien held by the Respondent, if any, in:

    (a) the real property of the Debtor and/or

    (b) the personal property of the Debtor

listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED**, effective only upon entry of the Debtor's discharge.

Date:_____

**Date: November 12, 2020**

_____

**HONORABLE ASHELY M. CHAN**
**UNITED STATED BANKRUPTCY JUDGE**