United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 19-13854-amc
Charles K. Nguyen  Chapter 13
Hien T. Nguyen
    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Nov 12, 2020 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Charles K. Nguyen, Hien T. Nguyen, 148 Penn Avenue, Souderton, PA 18964-1849 |
| cr | + Tho Van Nguyen, 534 E. Broad Street, Souderton, PA 18964-1216 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 14, 2020  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:

**Name**  **Email Address**

DAVID M. OFFEN
   on behalf of Debtor Charles K. Nguyen dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
   on behalf of Joint Debtor Hien T. Nguyen dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

JEROME B. BLANK
   on behalf of Creditor Pennymac Loan Services  LLC paeb@fedphe.com

MARK A. HOFFMAN
   on behalf of Creditor Tho Van Nguyen secretary@mahalaw.com

MATTHEW R. NAHRGANG

District/off: 0313-2 User: Adminstra Page 2 of 2
Date Rcvd: Nov 12, 2020 Form ID: pdf900 Total Noticed: 2

    on behalf of Creditor Tho Van Nguyen mnahrgang@verizon.net

REBECCA ANN SOLARZ
    on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com

THOMAS YOUNG.HAE SONG
    on behalf of Creditor Pennymac Loan Services LLC paeb@fedphe.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
     IN RE:             :   CHAPTER 13
                        :
     Charles K. Nguyen  :   No. 19-13854-AMC
     Hien T. Nguyen     :
         Debtors        :
```

O R D E R

**AND NOW**, upon Motion of the Debtor to avoid a judicial lien held by Tho Van Nguyen ("the Respondent") in personal property and/or real property of the Debtor located at 148 Penn Avenue Souderton, PA 18964,

And, the Debtor having asserted that the alleged lien arising from the judgment entered at Montgomery County Court of Common Pleas, Docket No. 20118-03992, in the amount of $248,350.20, is subject to avoidance pursuant to 11 U.S.C. §522(f),

And, the Debtors having certified that adequate notice of the Motion was sent to the Respondent and that no answer or other response to the Motion has been filed,

It is hereby **ORDERED** that the Motion is **GRANTED** by default and the judicial lien held by the Respondent, if any, in:

    (a) the real property of the Debtor and/or

    (b) the personal property of the Debtor

listed and claimed as exempt in Schedule C of the Debtor's bankruptcy schedules is **AVOIDED,** effective only upon entry of the Debtor's discharge.

**Date:**_____
**Date: November 12, 2020**

_____
**HONORABLE ASHELY M. CHAN**
**UNITED STATED BANKRUPTCY JUDGE**