| 18-0046 | | 3660 - HARASSMENT - NO CHARGES |
|---|---|---|

**NGUYEN, THO VAN**  Arrest Date :   Disposition Date :

| Role | Incident Classification | How Charged | Disposition |
|---|---|---|---|
| SUSPECT | 3660 HARASSMENT - NO CHARGES | | |

Alias
Age-DOB   **66 -**   Height  **5'05"**
Race   **ASIAN OR PACIFI**   Weight  **0**   Home Addr  **534 E. BROAD ST**
Sex   **MALE**   Hair  **BLACK**   **SOUDERTON, PA 18964-**
Ethnicity   **NON-HISPANIC**   Eyes  **BROWN**
Marital Stat   Build   Home Ph #
Residency  **Resident**   Complex.   Work Ph #
SSN   Cell Ph #
Gang   Other Ph #   No Photo
Tattoo   E-Mail
Clothing   Employer
GBM Id
 -Entered  / /
 -Released  / /   Occupation
OLN/State   Addl Addr   **None**
Injury

## Main Narrative
### OFFICER GREGORY MEINHARDT (115)

    Charles and Hien came to the station to report harassment from Tho. Charles told me that he and Tho have been doing business together for a little bit. Tho has been coming by the house while Charles is not home to harass Hien about money. The harassment has led to Tho trying to make inappropriate advances towards Hien. Hien did not know what to do and finally told Charles. There are also text messages from Tho that are sexual in nature.

    I advised them that I will contact Tho to tell him he is not to have any more contact with them. Charles also asked me to let him know any business issues can be solved by lawyers. I also told Charles and Hien that if he is to contact them again or come to the house to harass to call 911.

    At 1550 I spoke with Tho. I advised him of the complaints. He told me that Hien has harassed his wife. I told him that it is a warning to leave them alone or he could be cited.

SOUDERTON POLICE DEPT. **Persons Involved**

## NGUYEN, HIEN

Arrest Date :    Disposition Date :

| Role | Incident Classification | How Charged | Disposition |
|---|---|---|---|
| VICTIM | 3660 HARASSMENT - NO CHARGES | | |

Alias
Age-DOB  **41 -**
Race  **ASIAN OR PACIFI**
Sex  **FEMALE**
Ethnicity  **NON-HISPANIC**
Marital Stat
Residency  **Resident**
SSN
Gang
Tattoo
Clothing
GBM Id
 -Entered  **/ /**
 -Released  **/ /**
OLN/State
Injury

Height
Weight  **0**
Hair  **BLACK**
Eyes  **BROWN**
Build  **SMALL**
Complex. **MEDIUM**

Home Addr  **148 PENN AVE**
            **SOUDERTON, PA  18964**
Home Ph #
Work Ph #
Cell Ph #
Other Ph #
E-Mail
Employer

Occupation
Addl Addr  **None**

No Photo

Comment  does not speak english

## NGUYEN, CHARLES K

Arrest Date :    Disposition Date :

| Role | Incident Classification | How Charged | Disposition |
|---|---|---|---|
| REPORTING PARTY | 3660 HARASSMENT - NO CHARGES | | |

Alias
Age-DOB  **65 -**
Race  **ASIAN OR PACIFI**
Sex  **MALE**
Ethnicity  **NON-HISPANIC**
Marital Stat
Residency  **Resident**
SSN
Gang
Tattoo
Clothing
GBM Id
 -Entered  **/ /**
 -Released  **/ /**
OLN/State
Injury

Height  **5'04"**
Weight  **0**
Hair  **BLACK**
Eyes  **BROWN**
Build  **MEDIUM**
Complex. **MEDIUM**

Home Addr  **148 PENN AVE**
            **SOUDERTON, PA  18964**
Home Ph #
Work Ph #
Cell Ph #
Other Ph #
E-Mail
Employer

Occupation
Addl Addr  **None**

No Photo



# Incident Report




**SOUDERTON POLICE DEPARTMENT**
**31 WEST SUMMIT ST**
**SOUDERTON, PA 18964**

**Phone: (215)723-6500**

| | |
|---|---|
| Approved Report ✓ 101 - THOMAS LAWSON | Municipality: SOUDERTON (421) |
| | Report Type: INCIDENT |
| Incident #: 18-0046 | Location: 148 PENN AVE - SOUDERTON 18964 |
| Reference #: | Landmark: |
| | Premise: |

**Criminal Code**
- Title :
- Section :
- Sub-Section :
- Description :

**UCR Codes**
- 3660  HARASSMENT - NO CHARGES

Point of Entry
Meth. of Entry
Patrol Zone       Grid
Reported          01/05/2018 @ 15:20 (Fri)
Discovered                    @
Last Secure                   @
Received                 Dispatched 15:20
Arrived         15:20    Cleared    15:40
Status          CLOSED/CLEARED
Disposition     CLOSED - NO FURTHER ACTION
Clear Date      01/05/2018
Badge           115 - OFFICER GREGORY MEINHARDT

---

Investigating Officer _____ Signature _____ Date      Approving Officer _____ Signature _____ Date

SOUDERTON POLICE DEPARTMENT                    Page 1 of 3
Printed by: DIANNA M FIELDS (01/11/2019 03:49:53 PM)