| No. | Date | Notes | Reciepient | Address | Telephone | Amount |
|---|---|---|---|---|---|---|
| 1 | 6/9/2016 | Payment for SH in Saigon | Thanh Don THAI | 262 LE VAN SY ST, 14 WARD, 3 DIST, HCMC | 84 913 632 444 | $2,250 |
| 2 | 7/10/2016 | Payment for deposit and lease of factory in Ho Chi Minh City | Chanh Minh TA | 10/15 TAN QUY TAY, BINH CHANH DIST, HCMC | 84 903 611 174 | $2,200 |
| 3 | 7/10/2016 | Payment for construction of factory in Ho Chi Minh City | Cuong Van NGUYEN | 10/15 TAN QUY TAY, BINH CHANH DIST, HCMC | 0934 057 726 | $7,000 |
| 4 | 9/10/2016 | Payment for goods used in factory in Ho Chi Minh City | Nguyen Minh Steels Company | Highway 1A, Binh Chanh, Ho Chi Minh City | 84 2873012345 | $15,000 |
| 5 | 21/10/2016 | Payment for advertisement on Asian News – Philadelphia | Asian News | 825 WASHINGTON AVE, PHILADELPHIA, PA 19147 | 215 327 4088 | $250 |
| 6 | 1/12/2016 | Payment to Trung Thanh CHAU | Trung Thanh CHAU | 369/1 TUNG THIEN VUONG ST, 8 DIST, HCMC | 84 938 032 419 | $30,300 |
| 7 | 10/12/2016 | Payment to Private Investigator to look for older brother | Saigon Investigation Company | 19-25 NGUYEN HUE, BEN NGHE, 1 DIST, HCMC | NA | $450 |
| 8 | 10/1/2017 | Payment for Tho NGUYEN's trip to Vietnam | Tho Van NGUYEN | VIETNAM | IN VIETNAM | $10,000 |
| 9 | 17/1/2017 | Payment to Ms. LAN | Ms. LAN | HATFIELD - USA | 215 337 5779 | $5,000 |
| 10 | 17/1/2017 | Payment to Ms. THUY of Nails Artech | Nails Artech | 150 COWPAD RD, SUITE 156, HATFIELD, PA19440 | 215 305 4458 | $4,900 |
| 11 | 20/1/2017 | Payment to Ms. Thanh Thuy Thi LE | Thanh Thuy Thi LE | THU DUC DIST, HCMC | 84 126 263 7295 | $10,000 |
| 12 | 21/1/2017 | Payment to Mr. HUNG | Mr. HUNG | HATFIELD - USA | 215 869 6977 | $2,400 |
| 13 | 21/1/2017 | Payment for advertisement on Asian News | Asian News | 825 WASHINGTON AVE, PHILADELPHIA, PA 19147 | 215 327 4088 | $380 |
| 14 | 1/2/2017 | Payment for hotel where Mr. Tho NGUYEN stayed. | Vung Tau Intourco | 1A THUY VAN ST, 8 WARD, VUNG TAU CITY, HCMC | 84 643 585 325 | $200 |
| 15 | 7/2/2017 | Payment for 2-week trip to Vietnam taking care of factory/warehouse | Hien Thanh NGUYEN | N/A | NA | $5,000 |
| 16 | 10/2/2017 | Payment for preparing meals for Mr. Tho NGUYEN & his wife in Vietnam | Anh Ngoc TRAN | 60 QL 1A, MY YEN, BEN LUC, LONG AN | 84 783 459 163 | $1,000 |
| 17 | 12/2/2017 | Payment for DNA test for Mr. Tho NGUYEN's child | Blood work Company | 24 NGUYEN DINH KHOI, TAN BINH DIST, HCMC | 84 710 68 999 | $220 |
| 18 | 16/2/2017 | Payment for Jesus statue | Sculptures Company | 69/5K NHA VUONG, TRUNG CHANH, HOC MON | 84 3666 000 666 | $1,600 |
| 19 | 19/2/2017 | Payment to Ms. Phuong NGO in Nha Trang | Phuong Thi NGO | VIEN ANH HOTEL, 12A TRUONG SON, 10 DIST, HCMC | 84 935 120 252 | $2,000 |
| 20 | 15/3/2017 | Payment for construction of 2nd factory/warehouse (Long An) | Thanh Thao Thi NGUYEN | 5/8 AP 4, MY YEN, BEN LUC, LONG AN | 84 165 670 5165 | $11,000 |
| 21 | 18/3/2017 | Payment for Goods to be displayed at 2nd factory/warehouse (Long An) | Nguyen Minh Steels Company | Binh Dien, Ho Chi Minh City | 85 165 670 5165 | $30,000 |
| 22 | 1/6/2017 | Payment for trip to Vietnam to dissolve the company | Airline tickets, Hotels & Meals | N/A | NA | $7,000 |

| # | Date | Description | Payee | Address | Phone | Amount |
|---|------|-------------|-------|---------|-------|--------|
| 23 | 26/7/2017 | Payment to nurse Lien | Thuan Lien | 18 DOCSON, DALAT CITY | 84 989 292 943 | $1,000 |
| 24 | 26/7/2017 | Payment for Tho NGUYEN's lenses | Pham Ngoc Thach Opticians | 8 PHAM NGOC THACH ST, 6 WARD, 3 DIST, HCMC | 84 9380 0080 | $80 |
| 25 | 9/10/2017 | Fees for dissolving the company | Long An Tax Office | LONG AN TAX DEPARTMENT | NA | $100 |
| 26 | 10/10/2017 | Payments for workers at 2nd factory/warehouse from March to October 2017 | Ngoc Yen Thi NGUYEN | 5/8 AP 4, MY YEN, BEN LUC, LONG AN | NA | $27,200 |
| 27 | 12/10/2017 | Tho NGUYEN received from Xuan Hong LE | Tho Van NGUYEN | 401 E SUMMIT ST, APT 77, TELFORD, PA 18969 | 267 778 7646 | $500 |
| 28 | 4/12/2017 | Cash payment at Tho NGUYEN's house | Tho Van NGUYEN | 534 E BROAD ST, SOUDERTON, PA 18964 | 267 884 1413 | $10,000 |
| 29 | 7/8/2016 | Transporting & Caring for Tho NGUYEN's son | N/A | 148 PENN AVE, SOUDERTON, PA 18964 | NA | $1,000 |
| **Total** | | | | | | **$188,030** |

As shown above, the amount paid to and on behalf of Mr. Tho NGUYEN exceeds the amount I received from him.

That is the reason why I was unable to meet the monthly mortgage payment and owed too much to credit card companies, resulting in the declaration of bankruptcy.

The amount I received from Mr. Tho NGUYEN was: USD 138,920.

The amount I paid to and on behalf of Mr. Tho NGUYEN shown above was: USD 188,030.

The amount I demand Mr. Tho NGUYEN to pay back to me is: USD 188,030 – USD 138,920 = USD 49,110