IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| Charles K. Nguyen and | : | No. 19-13854-AMC |
| Hien T. Nguyen | | |
| Debtor | | |

## PRAECIPE TO WITHDRAW

Pursuant to the above-captioned matter, kindly withdraw the Application for Compensation of Counsel Fees filed on 02/27/2020.

/s/ David M. Offen
David M. Offen, Esquire
Curtis Center, 1st Fl., Ste. 160 W
601 Walnut Street
Philadelphia, PA  19106
215-625-9600

Dated:  March 9, 2021