United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-13854-amc

Charles K. Nguyen  Chapter 13

Hien T. Nguyen

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4
Date Rcvd: Mar 09, 2021  Form ID: 155  Total Noticed: 64

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles K. Nguyen, Hien T. Nguyen, 148 Penn Avenue, Souderton, PA 18964-1849 |
| 14343246 | | Bank of America, 4060 Ogletown, Stanton Road, DE5-019-03-07, Newark DE 19713 |
| 14449088 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14343227 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, CCS/First Savings Bank, 500 E 60th Street N, Attn: Credit Manager, Sioux Falls SD 57104 |
| 14343245 | + | First Premier Bank, 3820 N Louise Avenue, Tape Only, Sioux Falls SD 57107-0145 |
| 14343213 | + | LLNV Funding LLC, 625 Pilot Road Suite 2/3, Las Vegas NV 89119-4485 |
| 14343220 | + | Mariner Finance, 5802 E. Virgirnia Beach Blvd., Suite 121, Norfolk VA 23502-2483 |
| 14430255 | + | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14342726 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14457545 | + | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41031, Norfolk, VA 23541-1031 |
| 14555642 | + | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14343208 | + | PennyMac Loan Services, Real Estate Mortgage, 6101 Condor Drive, Moorpark CA 93021-2602 |
| 14459416 | + | Pennymac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14372159 | | Pennymac Loan Services, LLC, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14555821 | + | Pennymac Loan Services,LLC, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14343247 | + | Rep/Build Card, P.O. Box 9203, Old Bethpage NY 11804-9203 |
| 14343215 | + | TBOM/ATLS/Fortiva MC, 5 Concourse Parkway, Suite 400, Atlanta GA 30328-9114 |
| 14343212 | | TD Bank USA/Target cred, 7000 Target Parkway N, Mail Stop NCD-0450, Brooklyn Park MN 55445-4301 |
| 14343219 | + | THD/CBNA, One Court Square, Long Island City NY 11120-0001 |
| 14343223 | + | The Bureaus Inc., 1717 Central Street, Evanston IL 60201-1507 |
| 14343248 | + | Tho V Nguyen (Individual), 534 E. Broad Street, Souderton PA 18964-1216 |
| 14355278 | + | Tho Van Nguyen, c/o Mark Hoffman,Esquire, 430 Main Street, Suite A, Harleysville PA 19438-2360 |
| 14372931 | | Thomas Song, Esq., Id. No.89834, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 23

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14448460 | | Email/Text: bnc@atlasacq.com | Mar 10 2021 02:12:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14552124 | | Email/Text: bnc@atlasacq.com | Mar 10 2021 02:12:00 | Atlas Acquisitions LLC., 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14456339 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2021 01:50:17 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14343210 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 10 2021 01:50:15 | Capital One Bank USA, P.O. Box 85015, Richmond VA 23285-5075 |

Case 19-13854-amc   Doc 124   Filed 03/11/21   Entered 03/12/21 03:26:40   Desc
Imaged Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Mar 09, 2021 | Form ID: 155 | Total Noticed: 64 |

| | | | | |
| --- | --- | --- | --- | --- |
| 14343232 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 10 2021 02:13:00 | CB Indigo/GF, P.O. Box 4499, Beaverton OR 97076-4499 |
| 14343233 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2021 01:51:52 | CBNA, P.O. Box 6497, Sioux Falls SD 57117-6497 |
| 14429796 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 10 2021 01:53:13 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14343225 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 10 2021 01:53:13 | CWS/CW Nexus, 101 Crossway Park Dr W, Holdings I, LLC, Woodbury NY 11797-2020 |
| 14343231 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 10 2021 01:51:44 | Capital One, P.O. Box 5253, Carol Stream IL 60197-5253 |
| 14343214 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 10 2021 01:50:15 | Capital One, P.O. Box 30253, Salt Lake City UT 84130-0253 |
| 14434573 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Mar 10 2021 01:53:13 | Capital One Bank (USA), N.A., PO BOX 71083, Charlotte NC 28272-1083 |
| 14433977 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 10 2021 01:50:23 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14343235 | + | Email/Text: bzern@celticbank.com | Mar 10 2021 02:13:00 | Celtic Bank/Contfinco, 268 S. State Street, Suite 300, Salt Lake City UT 84111-5314 |
| 14343242 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2021 01:51:52 | Citi Bank, 701 E 60th St. N, IBS CDV Disputes, Sioux Falls SD 57104-0432 |
| 14343229 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2021 01:51:59 | Citi Bank, P.O. Box 6190, Sioux Falls SD 57117-6190 |
| 14434199 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2021 01:50:33 | Citibank, N.A., 6716 Grade Lane, Bldg 8, Suite 910-PY Dept, Louisville KY 40213-3410 |
| 14433813 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2021 01:53:30 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14343236 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 10 2021 02:12:00 | Comenity Bank/Wayfair, P.O. Box 182789, Columbus OH 43218-2789 |
| 14343237 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 10 2021 01:50:17 | Credit One Bank NA, 6801 S. Cimarron Road, Las Vegas NV 89113-2273 |
| 14343221 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 10 2021 01:50:16 | Credit One Bank NA, 6801 S. Cimarron Road, Las Vegas NW 89113-2273 |
| 14430291 | | Email/Text: mrdiscen@discover.com | Mar 10 2021 02:12:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14343244 | | Email/Text: mrdiscen@discover.com | Mar 10 2021 02:12:00 | Discover FIN SVCS LLC, P.O. Box 15316, Attn: CMS/Prod Develop, Wilmington DE 19850-5316 |
| 14343218 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 10 2021 01:51:42 | JPMCB Card, 301 N. Walnut Street, Floor 09, Wilmington DE 19801-3935 |
| 14343222 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 10 2021 02:12:00 | Kohls/Capone, P.O. Box 3115, Milwaukee WI 53201-3115 |
| 14430531 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2021 01:51:46 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14429797 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 10 2021 01:51:43 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14343241 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 10 2021 01:50:15 | Merrick Bank Corp, P.O. Box 9201, Bethpage NY 11804-9001 |
| 14430050 | | Email/PDF: cbp@onemainfinancial.com | Mar 10 2021 01:50:14 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14429889 | + | Email/PDF: cbp@onemainfinancial.com | Mar 10 2021 01:51:42 | OneMain Financial, PO Box 3251, Evansville, IN |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 47731-3251 |
| 14343209 | + | Email/PDF: cbp@onemainfinancial.com | Mar 10 2021 01:50:14 | OneMain Financial, 100 International Drive, 15th Floor, Baltimore MD 21202-4784 |
| 14456955 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2021 01:53:14 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14343216 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2021 01:50:17 | Portfolio Recovery Associates LLC, 120 Corporate Blvd., Suite 100, Norfolk VA 23502 |
| 14445416 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2021 01:53:14 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14444512 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 10 2021 01:51:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14453544 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 10 2021 01:51:46 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14343239 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2021 01:52:00 | Sears/CBNA, P.O. Box 6497, Sioux Falls SD 57117-6497 |
| 14456205 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 01:51:41 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14343211 | | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 01:50:13 | Synchrony Bank, P.O. Box 965036, Orlando FL 32896-5036 |
| 14343224 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 01:51:41 | Synchrony Bank/Walmart, 4125 Windward Plaza, Alpharetta GA 30005-8738 |
| 14343228 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 10 2021 01:51:41 | Synchrony/JCP, 4125 Windward Plaza, Alpharetta GA 30005-8738 |
| 14343240 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 10 2021 01:50:33 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls SD 57117-6497 |

TOTAL: 41

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14343238 | *P++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096, address filed with court:, FSB-Blaze, P.O. Box 5065, Sioux Falls SD 57117 |
| 14373483 | ##+ | Tho Van Nguyen, c/o MARK A. HOFFMAN,ESQUIRE, 430 Main Street, Harleysville, PA 19438-2360 |
| 14343226 | ##+ | Trident Asset Management, 53 Perimeter Center East, Suite 440, Atlanta GA 30346-2230 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2021    Signature:    /s/Joseph Speetjens

Case 19-13854-amc    Doc 124    Filed 03/11/21    Entered 03/12/21 03:26:40    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Mar 09, 2021 | Form ID: 155 | Total Noticed: 64 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 9, 2021 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| DAVID M. OFFEN | on behalf of Joint Debtor Hien T. Nguyen dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor Charles K. Nguyen dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor Pennymac Loan Services  LLC paeb@fedphe.com |
| MARK A. HOFFMAN | on behalf of Creditor Tho Van Nguyen secretary@mahalaw.com |
| MATTHEW R. NAHRGANG | on behalf of Creditor Tho Van Nguyen mnahrgang@verizon.net |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Pennymac Loan Services  LLC paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Charles K. Nguyen and Hien T. Nguyen

    Debtor(s)

Chapter: 13
Bankruptcy No: 19−13854−amc

---

### ORDER CONFIRMING PLAN UNDER CHAPTER 13

AND NOW, this 9th day of March 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

Ashely M. Chan
Judge ,
United States Bankruptcy Court

123 − 114
Form 155