Certificate Number: 12433-PAE-DE-033899495

Bankruptcy Case Number: 19-13854



12433-PAE-DE-033899495

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>January 3, 2020</u>, at <u>12:37</u> o'clock <u>PM EST</u>, <u>Hien T. Nguyen</u> completed a course on personal financial management given <u>by internet</u> by <u>Solid Start Financial Education Services, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>January 3, 2020</u>         By:  <u>/s/Lisa Susoev</u>

                                         Name:  <u>Lisa Susoev</u>

                                         Title:  <u>Teacher</u>