IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              :        CHAPTER 13
                                    :
Charles K. Nguyen and               :
Hien T. Nguyen                      :        No. 19-13854-AMC
            Debtor                  :

## CERTIFICATION OF NO RESPONSE

I hereby certify that I have not received any objection to the Application for Compensation and that there has been no other Application for Administrative expenses filed and respectfully request that the Order attached to the Application be approved.

Dated: 10/05/2021

/s/ David M. Offen
Attorney for Debtor
Suite 160 West, Curtis Ctr.
601 Walnut Street
Philadelphia, PA  19106
215-625-9600