IN THE UNITED STATE BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:   Charles K. Nguyen | ) | Chapter 13 |
| Hien T. Nguyen | ) | 19-13854-AMC |
| Debtors | ) | |
| | ) | |
| | ) | |

## ORDER APPROVING COUNSEL FEES

AND NOW, upon consideration of the attached Application for Approval of Counsel Fees submitted by David M. Offen, Attorney for the Debtor, and upon notice and certification of no objection

It is hereby ORDERED that Counsel fee in the amount in the amount of $10,000.00 and expenses in the amount of $85.00 is allowed and the balance in the amount of $10,085.00 shall be paid by the Chapter 13 Trustee to the extent there are funds and consistent with the terms of the confirmed plan.

**Date: October 7, 2021**

_____                    _____
DATED:                                 HONORABLE ASHELY M. CHAN
                                       UNITED STATES BANKRUPTCY JUDGE