*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Charles K. Nguyen and Hien T. Nguyen

    Debtor(s)

Case No: 19–13854–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*
Motion for 2004 Examination Filed by Tho Van Nguyen Represented by MATTHEW R. NAHRGANG (Counsel).

on: 11/2/21

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  10/13/21

Timothy B. McGrath
Clerk of Court

135 – 130
Form 167