United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Charles K. Nguyen  
Hien T. Nguyen  
    Debtors

Case No. 19-13854-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 4  
Date Rcvd: Oct 13, 2021      Form ID: 167      Total Noticed: 67

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles K. Nguyen, Hien T. Nguyen, 148 Penn Avenue, Souderton, PA 18964-1849 |
| cr | + | Tho Van Nguyen, 534 E. Broad Street, Souderton, PA 18964-1216 |
| 14343246 | | Bank of America, 4060 Ogletown, Stanton Road, DE5-019-03-07, Newark DE 19713 |
| 14449088 | | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14343227 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, CCS/First Savings Bank, 500 E 60th Street N, Attn: Credit Manager, Sioux Falls SD 57104 |
| 14343245 | + | First Premier Bank, 3820 N Louise Avenue, Tape Only, Sioux Falls SD 57107-0145 |
| 14343213 | + | LLNV Funding LLC, 625 Pilot Road Suite 2/3, Las Vegas NV 89119-4485 |
| 14343220 | + | Mariner Finance, 5802 E. Virgirnia Beach Blvd., Suite 121, Norfolk VA 23502-2483 |
| 14457545 | + | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41031, Norfolk, VA 23541-1031 |
| 14555642 | + | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14343208 | + | PennyMac Loan Services, Real Estate Mortgage, 6101 Condor Drive, Moorpark CA 93021-2602 |
| 14459416 | + | Pennymac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14372159 | | Pennymac Loan Services, LLC, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14555821 | + | Pennymac Loan Services,LLC, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14343247 | + | Rep/Build Card, P.O. Box 9203, Old Bethpage NY 11804-9003 |
| 14343212 | | TD Bank USA/Target cred, 7000 Target Parkway N, Mail Stop NCD-0450, Brooklyn Park MN 55445-4301 |
| 14343219 | + | THD/CBNA, One Court Square, Long Island City NY 11120-0001 |
| 14343223 | + | The Bureaus Inc., 1717 Central Street, Evanston IL 60201-1507 |
| 14343248 | + | Tho V Nguyen (Individual), 534 E. Broad Street, Souderton PA 18964-1216 |
| 14355278 | + | Tho Van Nguyen, c/o Mark Hoffman,Esquire, 430 Main Street, Suite A, Harleysville PA 19438-2360 |
| 14372931 | | Thomas Song, Esq., Id. No.89834, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: cbp@onemainfinancial.com | Oct 13 2021 23:44:26 | OneMain Financial Group LLC, PO Box 3251, Evansville, IN 47731-3251 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Oct 13 2021 23:44:30 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14448460 | | Email/Text: bnc@atlasacq.com | Oct 13 2021 23:33:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14552124 | | Email/Text: bnc@atlasacq.com | Oct 13 2021 23:33:00 | Atlas Acquisitions LLC., 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14456339 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 13 2021 23:44:30 | Bureaus Investment Group Portfolio No 15 LLC, |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14343210 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 13 2021 23:44:26 | Capital One Bank USA, P.O. Box 85015, Richmond VA 23285-5075 |
| 14343232 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 13 2021 23:33:00 | CB Indigo/GF, P.O. Box 4499, Beaverton OR 97076-4499 |
| 14343233 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 23:44:27 | CBNA, P.O. Box 6497, Sioux Falls SD 57117-6497 |
| 14429796 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 13 2021 23:44:31 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14343225 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 13 2021 23:44:31 | CWS/CW Nexus, 101 Crossway Park Dr W, Holdings I, LLC, Woodbury NY 11797-2020 |
| 14343231 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 13 2021 23:44:35 | Capital One, P.O. Box 5253, Carol Stream IL 60197-5253 |
| 14343214 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 13 2021 23:44:35 | Capital One, P.O. Box 30253, Salt Lake City UT 84130-0253 |
| 14434573 | | Email/PDF: AIS.cocard.ebn@americaninfosource.com | Oct 13 2021 23:44:26 | Capital One Bank (USA), N.A., PO BOX 71083, Charlotte NC 28272-1083 |
| 14433977 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 13 2021 23:44:32 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14343235 | + | Email/Text: bzern@celticbank.com | Oct 13 2021 23:33:00 | Celtic Bank/Contfinco, 268 S. State Street, Suite 300, Salt Lake City UT 84111-5314 |
| 14343242 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 23:44:27 | Citi Bank, 701 E 60th St. N, IBS CDV Disputes, Sioux Falls SD 57104-0432 |
| 14343229 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 23:44:32 | Citi Bank, P.O. Box 6190, Sioux Falls SD 57117-6190 |
| 14434199 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 23:44:32 | Citibank, N.A., 6716 Grade Lane, Bldg 8, Suite 910-PY Dept, Louisville KY 40213-3410 |
| 14433813 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 23:44:37 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14343236 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 13 2021 23:33:00 | Comenity Bank/Wayfair, P.O. Box 182789, Columbus OH 43218-2789 |
| 14343237 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 13 2021 23:44:27 | Credit One Bank NA, 6801 S. Cimarron Road, Las Vegas NV 89113-2273 |
| 14343221 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 13 2021 23:44:36 | Credit One Bank NA, 6801 S. Cimarron Road, Las Vegas NW 89113-2273 |
| 14430291 | | Email/Text: mrdiscen@discover.com | Oct 13 2021 23:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14343244 | | Email/Text: mrdiscen@discover.com | Oct 13 2021 23:33:00 | Discover FIN SVCS LLC, P.O. Box 15316, Attn: CMS/Prod Develop, Wilmington DE 19850-5316 |
| 14343218 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 13 2021 23:44:35 | JPMCB Card, 301 N. Walnut Street, Floor 09, Wilmington DE 19801-3935 |
| 14343222 | | Email/Text: PBNCNotifications@peritusservices.com | Oct 13 2021 23:33:00 | Kohls/Capone, P.O. Box 3115, Milwaukee WI 53201-3115 |
| 14430531 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2021 23:44:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14429797 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 13 2021 23:44:31 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14343241 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 13 2021 23:44:31 | Merrick Bank Corp, P.O. Box 9201, Bethpage NY 11804-9001 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 14430255 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 13 2021 23:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14430050 |   | Email/PDF: cbp@onemainfinancial.com | Oct 13 2021 23:44:36 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14429889 | + | Email/PDF: cbp@onemainfinancial.com | Oct 13 2021 23:44:27 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14343209 | + | Email/PDF: cbp@onemainfinancial.com | Oct 13 2021 23:44:26 | OneMain Financial, 100 International Drive, 15th Floor, Baltimore MD 21202-4784 |
| 14342726 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 13 2021 23:44:31 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14456955 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 13 2021 23:44:26 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14343216 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2021 23:44:30 | Portfolio Recovery Associates LLC, 120 Corporate Blvd., Suite 100, Norfolk VA 23502 |
| 14445416 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2021 23:44:30 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14444512 |   | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 13 2021 23:44:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14453544 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2021 23:44:27 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14343239 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 23:44:32 | Sears/CBNA, P.O. Box 6497, Sioux Falls SD 57117-6497 |
| 14456205 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 23:44:26 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14343211 |   | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 23:44:35 | Synchrony Bank, P.O. Box 965036, Orlando FL 32896-5036 |
| 14343224 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 23:44:35 | Synchrony Bank/Walmart, 4125 Windward Plaza, Alpharetta GA 30005-8738 |
| 14343228 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 13 2021 23:44:35 | Synchrony/JCP, 4125 Windward Plaza, Alpharetta GA 30005-8738 |
| 14343215 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 13 2021 23:33:00 | TBOM/ATLS/Fortiva MC, 5 Concourse Parkway, Suite 400, Atlanta GA 30328-9114 |
| 14343240 |   | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 13 2021 23:44:27 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls SD 57117-6497 |

TOTAL: 46

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14343238 | *P++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096, address filed with court:, FSB-Blaze, P.O. Box 5065, Sioux Falls SD 57117 |
| 14373483 | ##+ | Tho Van Nguyen, c/o MARK A. HOFFMAN,ESQUIRE, 430 Main Street, Harleysville, PA 19438-2360 |
| 14343226 | ##+ | Trident Asset Management, 53 Perimeter Center East, Suite 440, Atlanta GA 30346-2230 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 15, 2021          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Joint Debtor Hien T. Nguyen dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor Charles K. Nguyen dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor Pennymac Loan Services LLC paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. HOFFMAN | on behalf of Creditor Tho Van Nguyen secretary@mahalaw.com |
| MATTHEW R. NAHRGANG | on behalf of Creditor Tho Van Nguyen mnahrgang@verizon.net |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| THOMAS SONG | on behalf of Creditor Pennymac Loan Services LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Charles K. Nguyen and Hien T. Nguyen
    Debtor(s)

Case No: 19−13854−amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

\*\*\*RESCHEDULING NOTICE\*\*\*
Motion for 2004 Examination Filed by Tho Van Nguyen Represented by MATTHEW R. NAHRGANG (Counsel).

on: 11/2/21

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 10/13/21

Timothy B. McGrath
Clerk of Court

135 − 130
Form 167