**NAHRGANG & ASSOCIATES, P.C.**
**BY: MATTHEW R. NAHRGANG, ESQUIRE**
**ATTY. I.D.: 60051**
**35 Evansburg Road**
**Collegeville, PA 19426**
**(610)489-3041**
**E-Mail mnahrgang@verizon.net**

---

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Charles K. Nguyen | : No. 19-13854 |
| Hien T. Nguyen | : |
| Debtors | : |

**ORDER**

AND NOW this ___ day of _____, 2021, upon consideration of Motion of Tho Nguyen for Oral Examination Pursuant to Bankruptcy Rule 2004, any reply thereto, and following a hearing, it is hereby ORDERED and DECREED that the Motion is GRANTED.

The Debtors shall cooperate with Movant in scheduling their depositions no later than 30 days after the date of this Order.

**Date: November 2, 2021**

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge