**NAHRGANG & ASSOCIATES, P.C.**
**BY:  MATTHEW R. NAHRGANG, ESQUIRE**
**ATTY. I.D.:  60051**
**35 Evansburg Road**
**Collegeville, PA 19426**
**(610)489-3041**
**E-Mail mnahrgang@verizon.net**

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Charles K. Nguyen | : No. 19-13854 |
| Hien T. Nguyen | : |
|     Debtors | : |

**CERTIFICATE OF NO RESPONSE**

    I, Matthew R. Nahrgang, Esquire, hereby certify that no response to Motion of Tho Nguyen for Oral Examination Pursuant to Bankruptcy Rule 2004 has been filed or served upon me.

                                        /s/ *Matthew R. Nahrgang*
                                        _____
                                        Matthew R. Nahrgang, Esquire

June 9, 2022