**NAHRGANG & ASSOCIATES, P.C.**
**BY:  MATTHEW R. NAHRGANG, ESQUIRE**
**ATTY. I.D.:  60051**
**35 Evansburg Road**
**Collegeville, PA 19426**
**(610)489-3041**
**E-Mail mnahrgang@verizon.net**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| Charles K. Nguyen | : No. 19-13854 |
| Hien T. Nguyen | : |
|     Debtors | : |

**ORDER**

AND NOW this____day of_____, 2022, upon consideration of Motion of Tho Nguyen for Oral Examination Pursuant to Bankruptcy Rule 2004, any reply thereto, and following a hearing, it is hereby ORDERED and DECREED that the Motion is GRANTED.

Respondent, Ta Nguyen, shall cooperate with Movant in scheduling his deposition no later than 30 days after the date of this Order.

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge

**Date: June 14, 2022**