United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Charles K. Nguyen  
Hien T. Nguyen  
    Debtors

Case No. 19-13854-amc  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Charles K. Nguyen, Hien T. Nguyen, 148 Penn Avenue, Souderton, PA 18964-1849 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Joint Debtor Hien T. Nguyen dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor Charles K. Nguyen dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor Pennymac Loan Services LLC paeb@fedphe.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. HOFFMAN | on behalf of Creditor Tho Van Nguyen secretary@mahalaw.com |
| MATTHEW R. NAHRGANG | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jun 14, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Tho Van Nguyen mnahrgang@verizon.net

REBECCA ANN SOLARZ

on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

THOMAS SONG

on behalf of Creditor Pennymac Loan Services  LLC tomysong0@gmail.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 9

**NAHRGANG & ASSOCIATES, P.C.**
**BY:  MATTHEW R. NAHRGANG, ESQUIRE**
**ATTY. I.D.:  60051**
**35 Evansburg Road**
**Collegeville, PA 19426**
**(610)489-3041**
**E-Mail mnahrgang@verizon.net**

---

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Charles K. Nguyen | : No. 19-13854 |
| Hien T. Nguyen | : |
|     Debtors | : |

### ORDER

AND NOW this ___ day of _____, 2022, upon consideration of Motion of Tho Nguyen for Oral Examination Pursuant to Bankruptcy Rule 2004, any reply thereto, and following a hearing, it is hereby ORDERED and DECREED that the Motion is GRANTED.

Respondent, Ta Nguyen, shall cooperate with Movant in scheduling his deposition no later than 30 days after the date of this Order.

**Date: June 14, 2022**

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge