**NAHRGANG & ASSOCIATES, P.C.**
**BY:  MATTHEW R. NAHRGANG, ESQUIRE**
**ATTY. I.D.:  60051**
**35 Evansburg Road**
**Collegeville, PA 19426**
**(610)489-3041**
**E-Mail mnahrgang@verizon.net**

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| Charles K. Nguyen | : No. 19-13854 |
| Hien T. Nguyen | : |
| Debtors | : |

**CERTIFICATE OF NO RESPONSE**

I, Matthew R. Nahrgang, Esquire, hereby certify that no response to Motion of Tho Nguyen to Compel Discovery Responses Pursuant to FRCP 45 has been filed or served upon me.

/s/ *Matthew R. Nahrgang*
_____
Matthew R. Nahrgang, Esquire

October 17, 2022