In re: Charles K. Nguyen & Hien Nguyen

United States Bankruptcy Court
Eastern District of Pennsylvania
No. 19-13854
Chapter 13

### Affidavit of Service

I, Jeffrey Nugent, a competent adult, not a party to this case, do hereby certify Under penalty 18 P.S. §4904 that I caused true and correct copies of the within Subpoena to testify to be served on Ta Ngyuen

Place of service:     148 Penn Ave
                      Souderton, Pa 18964

Date of Service :     8/12/22
                             2:29 PM
Person service:       Ta Nguyen
                      Personally
                      served

*Jeffrey Nugent* (signed)

Jeffrey Nugent