**NAHRGANG & ASSOCIATES, P.C.**
**BY: MATTHEW R. NAHRGANG, ESQUIRE**
**ATTY. I.D.: 60051**
**35 Evansburg Road**
**Collegeville, PA 19426**
**(610)489-3041**
**E-Mail mnahrgang@verizon.net**

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

Charles K. Nguyen          : No. 19-13854
Hien T. Nguyen             :
    Debtors            :

**PRAECIPE TO WITHDRAW MOTION TO COMPEL**

To the Clerk of the Court:

    Kindly mark the Motion of Tho Nguyen to Compel Discovery Responses Pursuant to FRCP 45 WITHDRAWN.


/s/ *Matthew R. Nahrgang*
_____
Matthew R. Nahrgang, Esquire

December 30, 2022