United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 19-13854-amc

Charles K. Nguyen                                                         Chapter 13

Hien T. Nguyen

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2                         User: admin                                    Page 1 of 5

Date Rcvd: Mar 01, 2024                      Form ID: 138OBJ                          Total Noticed: 76

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 03, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Charles K. Nguyen, 148 Penn Avenue, Souderton, PA 18964-1849 |
| jdb | #+ | Hien T. Nguyen, 148 Penn Avenue, Souderton, PA 18964-1849 |
| 14806793 | | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14343213 | + | LLNV Funding LLC, 625 Pilot Road Suite 2/3, Las Vegas NV 89119-4485 |
| 14342726 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14806940 | + | PRA Receivables Management, LLC., Orion Portfolio Services, LLC, 10375 Old Alabama Rd Conn, Suite 302, Alpharetta, GA 30022-1119 |
| 14372159 | | Pennymac Loan Services, LLC, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14555821 | + | Pennymac Loan Services,LLC, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14343247 | + | Rep/Build Card, P.O. Box 9203, Old Bethpage NY 11804-9003 |
| 14817662 | + | Tho Nguyen, c/o Matthew R Nahrgang, Esq, 35 Evansburg Road, Ste 400, Collegeville, PA 19426-3165 |
| 14343248 | + | Tho V Nguyen (Individual), 534 E. Broad Street, Souderton PA 18964-1216 |
| 14373483 | + | Tho Van Nguyen, c/o MARK A. HOFFMAN,ESQUIRE, 430 Main Street, Harleysville, PA 19438-2360 |
| 14355278 | + | Tho Van Nguyen, c/o Mark Hoffman,Esquire, 430 Main Street, Suite A, Harleysville PA 19438-2360 |
| 14372931 | | Thomas Song, Esq., Id. No.89834, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14343226 | + | Trident Asset Management, 53 Perimeter Center East, Suite 440, Atlanta GA 30346-2230 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | | |
| | | | Mar 02 2024 01:33:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Mar 02 2024 01:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14448460 | | Email/Text: bnc@atlasacq.com | | |
| | | | Mar 02 2024 01:32:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14552124 | | Email/Text: bnc@atlasacq.com | | |
| | | | Mar 02 2024 01:32:00 | Atlas Acquisitions LLC., 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14806792 | | Email/Text: bnc-thebureaus@quantum3group.com | | |
| | | | Mar 02 2024 01:32:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14343246 | | Email/Text: creditcardbkcorrespondence@bofa.com | | |
| | | | Mar 02 2024 01:32:00 | Bank of America, 4060 Ogletown, Stanton Road, DE5-019-03-07, Newark DE 19713 |
| 14456339 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 02 2024 01:28:18 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box |

District/off: 0313-2 | User: admin | Page 2 of 5
Date Rcvd: Mar 01, 2024 | Form ID: 138OBJ | Total Noticed: 76

| | | | | |
|---|---|---|---|---|
| | | | | 41021, Norfolk VA 23541-1021 |
| 14343210 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Mar 02 2024 01:28:03 | Capital One Bank USA, P.O. Box 85015, Richmond VA 23285-5075 |
| 14343232 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | | |
| | | | Mar 02 2024 01:34:00 | CB Indigo/GF, P.O. Box 4499, Beaverton OR 97076-4499 |
| 14343233 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Mar 02 2024 02:19:18 | CBNA, P.O. Box 6497, Sioux Falls SD 57117-6497 |
| 14429796 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Mar 02 2024 01:29:09 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14343225 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Mar 02 2024 01:28:03 | CWS/CW Nexus, 101 Crossway Park Dr W, Holdings I, LLC, Woodbury NY 11797-2020 |
| 14343231 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Mar 02 2024 02:19:21 | Capital One, P.O. Box 5253, Carol Stream IL 60197-5253 |
| 14343214 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Mar 02 2024 01:29:09 | Capital One, P.O. Box 30253, Salt Lake City UT 84130-0253 |
| 14434573 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Mar 02 2024 01:29:09 | Capital One Bank (USA), N.A., PO BOX 71083, Charlotte NC 28272-1083 |
| 14433977 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Mar 02 2024 01:29:10 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14449088 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Mar 02 2024 02:08:29 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14343235 | + | Email/Text: bzern@celticbank.com | | |
| | | | Mar 02 2024 01:34:00 | Celtic Bank/Continfco, 268 S. State Street, Suite 300, Salt Lake City UT 84111-5314 |
| 14343242 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Mar 02 2024 01:29:10 | Citi Bank, 701 E 60th St. N, IBS CDV Disputes, Sioux Falls SD 57104-0432 |
| 14343229 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Mar 02 2024 01:29:46 | Citi Bank, P.O. Box 6190, Sioux Falls SD 57117-6190 |
| 14434199 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Mar 02 2024 01:29:47 | Citibank, N.A., 6716 Grade Lane, Bldg 8, Suite 910-PY Dept, Louisville KY 40213-3410 |
| 14433813 | | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Mar 02 2024 01:29:10 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14343236 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.com | | |
| | | | Mar 02 2024 01:33:00 | Comenity Bank/Wayfair, P.O. Box 182789, Columbus OH 43218-2789 |
| 14343237 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Mar 02 2024 02:19:26 | Credit One Bank NA, 6801 S. Cimarron Road, Las Vegas NV 89113-2273 |
| 14343221 | + | Email/PDF: creditonebknotifications@resurgent.com | | |
| | | | Mar 02 2024 01:28:04 | Credit One Bank NA, 6801 S. Cimarron Road, Las Vegas NW 89113-2273 |
| 14430291 | | Email/Text: mrdiscen@discover.com | | |
| | | | Mar 02 2024 01:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14343244 | | Email/Text: mrdiscen@discover.com | | |
| | | | Mar 02 2024 01:32:00 | Discover FIN SVCS LLC, P.O. Box 15316, Attn: CMS/Prod Develop, Wilmington DE 19850-5316 |
| 14343227 | | Email/Text: BNSFS@capitalsvcs.com | | |
| | | | Mar 02 2024 01:32:00 | CCS/First Savings Bank, 500 E 60th Street N, Attn: Credit Manager, Sioux Falls SD 57104 |
| 14343238 | | Email/Text: BNBLAZE@capitalsvcs.com | | |
| | | | Mar 02 2024 01:32:00 | FSB-Blaze, P.O. Box 5065, Sioux Falls SD 57117 |
| 14343245 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Mar 02 2024 01:29:09 | First Premier Bank, 3820 N Louise Avenue, Tape Only, Sioux Falls SD 57107-0145 |
| 14343218 | | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Mar 02 2024 02:19:21 | JPMCB Card, 301 N. Walnut Street, Floor 09, Wilmington DE 19801-3935 |
| 14343222 | | Email/Text: PBNCNotifications@peritusservices.com | | |
| | | | Mar 02 2024 01:32:00 | Kohls/Capone, P.O. Box 3115, Milwaukee WI |

53201-3115

| 14430531 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 02 2024 01:29:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14429797 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Mar 02 2024 01:28:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14343220 | ^ | MEBN | | |
| | | | Mar 02 2024 01:06:13 | Mariner Finance, 5802 E. Virgirnia Beach Blvd., Suite 121, Norfolk VA 23502-2483 |
| 14343241 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Mar 02 2024 01:54:10 | Merrick Bank Corp, P.O. Box 9201, Bethpage NY 11804-9001 |
| 14430255 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Mar 02 2024 01:33:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14430050 | | Email/PDF: cbp@omf.com | | |
| | | | Mar 02 2024 01:29:18 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14429889 | + | Email/PDF: cbp@omf.com | | |
| | | | Mar 02 2024 01:29:08 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14343209 | + | Email/PDF: cbp@omf.com | | |
| | | | Mar 02 2024 02:29:36 | OneMain Financial, 100 International Drive, 15th Floor, Baltimore MD 21202-4784 |
| 14456955 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 02 2024 02:19:24 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14457545 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 02 2024 01:29:18 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41031, Norfolk, VA 23541-1031 |
| 14555642 | ^ | MEBN | | |
| | | | Mar 02 2024 01:06:04 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14343216 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 02 2024 01:28:05 | Portfolio Recovery Associates LLC, 120 Corporate Blvd., Suite 100, Norfolk VA 23502 |
| 14445416 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 02 2024 01:29:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14444512 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 02 2024 01:29:09 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14453544 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Mar 02 2024 01:29:46 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14343208 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Mar 02 2024 01:53:12 | PennyMac Loan Services, Real Estate Mortgage, 6101 Condor Drive, Moorpark CA 93021-2602 |
| 14459416 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Mar 02 2024 01:29:09 | Pennymac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14343239 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Mar 02 2024 01:28:06 | Sears/CBNA, P.O. Box 6497, Sioux Falls SD 57117-6497 |
| 14456205 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Mar 02 2024 01:54:19 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14343211 | | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Mar 02 2024 02:19:17 | Synchrony Bank, P.O. Box 965036, Orlando FL 32896-5036 |
| 14794091 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Mar 02 2024 01:29:47 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14794172 | | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Mar 02 2024 01:29:16 | Synchrony Bank by AIS InfoSource, LP as agent, Dept 888 PO BOX 4457, Houston TX 77210-4457 |
| 14343224 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Mar 02 2024 01:29:44 | Synchrony Bank/Walmart, 4125 Windward Plaza, Alpharetta GA 30005-8738 |

| District/off: 0313-2 | User: admin | Page 4 of 5 |
| Date Rcvd: Mar 01, 2024 | Form ID: 138OBJ | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| 14343228 | + Email/PDF: ais.sync.ebn@aisinfo.com | | Mar 02 2024 01:54:07 | Synchrony/JCP, 4125 Windward Plaza, Alpharetta GA 30005-8738 |
| 14343215 | + Email/Text: Atlanticus@ebn.phinsolutions.com | | Mar 02 2024 01:32:00 | TBOM/ATLS/Fortiva MC, 5 Concourse Parkway, Suite 400, Atlanta GA 30328-9114 |
| 14343212 | Email/Text: bncmail@w-legal.com | | Mar 02 2024 01:32:00 | TD Bank USA/Target cred, 7000 Target Parkway N, Mail Stop NCD-0450, Brooklyn Park MN 55445-4301 |
| 14343219 | + Email/PDF: Citi.BNC.Correspondence@citi.com | | Mar 02 2024 01:54:15 | THD/CBNA, One Court Square, Long Island City NY 11120-0001 |
| 14343223 | + Email/Text: bnc-thebureaus@quantum3group.com | | Mar 02 2024 01:32:00 | The Bureaus Inc., 1717 Central Street, Evanston IL 60201-1507 |
| 14343240 | Email/PDF: Citi.BNC.Correspondence@citi.com | | Mar 02 2024 01:54:14 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls SD 57117-6497 |

TOTAL: 61

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 03, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 1, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Joint Debtor Hien T. Nguyen dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor Charles K. Nguyen dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| JEROME B. BLANK | on behalf of Creditor Pennymac Loan Services LLC jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| MARK A. HOFFMAN | on behalf of Creditor Tho Van Nguyen secretary@mahalaw.com |
| MATTHEW R. NAHRGANG | on behalf of Creditor Tho Van Nguyen mnahrgang@verizon.net |

MICHAEL A. LATZES
                    on behalf of Creditor Tho Van Nguyen efiling@mlatzes-law.com

THOMAS SONG
                    on behalf of Creditor Pennymac Loan Services  LLC tomysong0@gmail.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

_____

In Re: Charles K. Nguyen and Hien T.
Nguyen

       Debtor(s)                      Case No: 19−13854−amc

                                         Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 3/1/24

170 − 168
Form 138OBJ