IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                               : Chapter 13

Charles K Nguyen                     : Case No. 19-13854-amc
Hien T Nguyen
    Debtor(s)

ANSWER TO MOTION OF RELIEF FROM THE AUTOMATIC STAY OF
Pennymac Loan Services, LLC
AND CERTIFICATE OF SERVICE

1.  Admitted.
2.  Admitted.
3.  Admitted.
4.  Admitted.
5.  Admitted.
6.  Admitted.  Debtor asks for a chance to get caught up.
7.  Denied.
8.  Admitted.
9.  Denied.
10. No response required.

WHEREFORE, Debtor respectfully requests this Honorable Court deny Movant's Motion for Relief from Automatic Stay.

/s/ David M. Offen
David M. Offen Esquire
Attorney for Debtor

Dated:  March 11, 2024

A copy of this Answer is being served on MARK A. CRONIN, Esquire and the Chapter 13 Trustee.