*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Charles K. Nguyen and Hien T. Nguyen
    Debtor(s)

Case No: 19–13854–amc

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Notice of Deadline to Object to Discharge Filed by Tho Van Nguyen.

on: 4/2/24

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 3/18/24

Timothy B. McGrath
Clerk of Court