United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 19-13854-amc
Charles K. Nguyen     Chapter 13
Hien T. Nguyen
      Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Mar 18, 2024 | Form ID: 167 | Total Noticed: 79 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Charles K. Nguyen, 148 Penn Avenue, Souderton, PA 18964-1849 |
| jdb | #+ | Hien T. Nguyen, 148 Penn Avenue, Souderton, PA 18964-1849 |
| cr | + | Tho Van Nguyen, 534 E. Broad Street, Souderton, PA 18964-1216 |
| 14806793 | | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14343235 | + | Celtic Bank/Contfinco, 268 S. State Street, Suite 300, Salt Lake City UT 84111-5314 |
| 14343213 | + | LLNV Funding LLC, 625 Pilot Road Suite 2/3, Las Vegas NV 89119-4485 |
| 14342726 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14806940 | + | PRA Receivables Management, LLC., Orion Portfolio Services, LLC, 10375 Old Alabama Rd Conn, Suite 302, Alpharetta, GA 30022-1119 |
| 14372159 | | Pennymac Loan Services, LLC, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14555821 | + | Pennymac Loan Services,LLC, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14343247 | + | Rep/Build Card, P.O. Box 9203, Old Bethpage NY 11804-9003 |
| 14817662 | + | Tho Nguyen, c/o Matthew R Nahrgang, Esq, 35 Evansburg Road, Ste 400, Collegeville, PA 19426-3165 |
| 14343248 | + | Tho V Nguyen (Individual), 534 E. Broad Street, Souderton PA 18964-1216 |
| 14373483 | + | Tho Van Nguyen, c/o MARK A. HOFFMAN,ESQUIRE, 430 Main Street, Harleysville, PA 19438-2360 |
| 14355278 | + | Tho Van Nguyen, c/o Mark Hoffman,Esquire, 430 Main Street, Suite A, Harleysville PA 19438-2360 |
| 14372931 | | Thomas Song, Esq., Id. No.89834, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14343226 | + | Trident Asset Management, 53 Perimeter Center East, Suite 440, Atlanta GA 30346-2230 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Mar 19 2024 00:29:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | | Email/PDF: cbp@omf.com | Mar 19 2024 00:32:25 | OneMain Financial Group LLC, PO Box 3251, Evansville, IN 47731-3251 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2024 00:44:38 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2024 00:32:25 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14448460 | | Email/Text: bnc@atlasacq.com | Mar 19 2024 00:29:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14552124 | | Email/Text: bnc@atlasacq.com | Mar 19 2024 00:29:00 | Atlas Acquisitions LLC., 492C Cedar Lane, Ste |

Case 19-13854-amc   Doc 179   Filed 03/20/24   Entered 03/21/24 00:32:33   Desc
Imaged Certificate of Notice   Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Mar 18, 2024 | Form ID: 167 | Total Noticed: 79 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | 442, Teaneck, NJ 07666 |
| 14806792 | | Email/Text: bnc-thebureaus@quantum3group.com | Mar 19 2024 00:29:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14343246 | | Email/Text: creditcardbkcorrespondence@bofa.com | Mar 19 2024 00:29:00 | Bank of America, 4060 Ogletown, Stanton Road, DE5-019-03-07, Newark DE 19713 |
| 14456339 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2024 00:43:46 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14343210 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2024 00:32:10 | Capital One Bank USA, P.O. Box 85015, Richmond VA 23285-5075 |
| 14343232 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Mar 19 2024 00:29:00 | CB Indigo/GF, P.O. Box 4499, Beaverton OR 97076-4499 |
| 14343233 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2024 00:32:25 | CBNA, P.O. Box 6497, Sioux Falls SD 57117-6497 |
| 14429796 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 19 2024 00:32:24 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14343225 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 19 2024 00:43:46 | CWS/CW Nexus, 101 Crossway Park Dr W, Holdings I, LLC, Woodbury NY 11797-2020 |
| 14343231 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2024 00:32:08 | Capital One, P.O. Box 5253, Carol Stream IL 60197-5253 |
| 14343214 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2024 00:43:46 | Capital One, P.O. Box 30253, Salt Lake City UT 84130-0253 |
| 14434573 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2024 00:32:10 | Capital One Bank (USA), N.A., PO BOX 71083, Charlotte NC 28272-1083 |
| 14433977 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 19 2024 00:32:10 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14449088 | | Email/PDF: bncnotices@becket-lee.com | Mar 19 2024 00:44:38 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14343242 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2024 00:44:09 | Citi Bank, 701 E 60th St. N, IBS CDV Disputes, Sioux Falls SD 57104-0432 |
| 14343229 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2024 00:44:12 | Citi Bank, P.O. Box 6190, Sioux Falls SD 57117-6190 |
| 14434199 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2024 00:32:25 | Citibank, N.A., 6716 Grade Lane, Bldg 8, Suite 910-PY Dept, Louisville KY 40213-3410 |
| 14433813 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2024 00:43:46 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14343236 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Mar 19 2024 00:29:00 | Comenity Bank/Wayfair, P.O. Box 182789, Columbus OH 43218-2789 |
| 14343237 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 19 2024 00:32:25 | Credit One Bank NA, 6801 S. Cimarron Road, Las Vegas NV 89113-2273 |
| 14343221 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 19 2024 00:32:11 | Credit One Bank NA, 6801 S. Cimarron Road, Las Vegas NW 89113-2273 |
| 14430291 | | Email/Text: mrdiscen@discover.com | Mar 19 2024 00:29:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14343244 | | Email/Text: mrdiscen@discover.com | Mar 19 2024 00:29:00 | Discover FIN SVCS LLC, P.O. Box 15316, Attn: CMS/Prod Develop, Wilmington DE 19850-5316 |
| 14343227 | | Email/Text: BNSFS@capitalsvcs.com | Mar 19 2024 00:29:00 | CCS/First Savings Bank, 500 E 60th Street N, Attn: Credit Manager, Sioux Falls SD 57104 |
| 14343238 | | Email/Text: BNBLAZE@capitalsvcs.com | Mar 19 2024 00:29:00 | FSB-Blaze, P.O. Box 5065, Sioux Falls SD 57117 |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14343245 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Mar 19 2024 00:32:31 | First Premier Bank, 3820 N Louise Avenue, Tape Only, Sioux Falls SD 57107-0145 |
| 14343218 | | Email/PDF: ais.chase.ebn@aisinfo.com | Mar 19 2024 00:32:32 | JPMCB Card, 301 N. Walnut Street, Floor 09, Wilmington DE 19801-3935 |
| 14343222 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 19 2024 00:29:00 | Kohls/Capone, P.O. Box 3115, Milwaukee WI 53201-3115 |
| 14430531 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2024 00:32:25 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14429797 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 19 2024 00:32:25 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14343220 | ^ | MEBN | Mar 19 2024 00:26:58 | Mariner Finance, 5802 E. Virgirnia Beach Blvd., Suite 121, Norfolk VA 23502-2483 |
| 14343241 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 19 2024 00:32:32 | Merrick Bank Corp, P.O. Box 9201, Bethpage NY 11804-9001 |
| 14430255 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 19 2024 00:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14430050 | | Email/PDF: cbp@omf.com | Mar 19 2024 00:32:08 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14429889 | + | Email/PDF: cbp@omf.com | Mar 19 2024 00:44:11 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14343209 | + | Email/PDF: cbp@omf.com | Mar 19 2024 00:32:11 | OneMain Financial, 100 International Drive, 15th Floor, Baltimore MD 21202-4784 |
| 14456955 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2024 00:43:46 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14457545 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2024 00:32:10 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41031, Norfolk, VA 23541-1031 |
| 14555642 | ^ | MEBN | Mar 19 2024 00:27:04 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14343216 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2024 00:32:10 | Portfolio Recovery Associates LLC, 120 Corporate Blvd., Suite 100, Norfolk VA 23502 |
| 14445416 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2024 00:44:11 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14444512 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2024 00:32:08 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14453544 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2024 00:32:25 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14343208 | + | Email/PDF: ebnotices@pnmac.com | Mar 19 2024 00:32:32 | PennyMac Loan Services, Real Estate Mortgage, 6101 Condor Drive, Moorpark CA 93021-2602 |
| 14459416 | + | Email/PDF: ebnotices@pnmac.com | Mar 19 2024 00:32:25 | Pennymac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14343239 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2024 00:43:46 | Sears/CBNA, P.O. Box 6497, Sioux Falls SD 57117-6497 |
| 14456205 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 19 2024 00:32:32 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14343211 | | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2024 00:43:46 | Synchrony Bank, P.O. Box 965036, Orlando FL 32896-5036 |
| 14794091 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 19 2024 00:43:46 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK |

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Mar 18, 2024 | Form ID: 167 | Total Noticed: 79 |

| | | | | |
|---|---|---|---|---|
| 14794172 | | Email/PDF: ebn_ais@aisinfo.com | Mar 19 2024 00:44:09 | 73118-7901<br>Synchrony Bank by AIS InfoSource, LP as agent, Dept 888 PO BOX 4457, Houston TX 77210-4457 |
| 14343224 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2024 00:32:08 | Synchrony Bank/Walmart, 4125 Windward Plaza, Alpharetta GA 30005-8738 |
| 14343228 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Mar 19 2024 00:43:46 | Synchrony/JCP, 4125 Windward Plaza, Alpharetta GA 30005-8738 |
| 14343215 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 19 2024 00:29:00 | TBOM/ATLS/Fortiva MC, 5 Concourse Parkway, Suite 400, Atlanta GA 30328-9114 |
| 14343212 | | Email/Text: bncmail@w-legal.com | Mar 19 2024 00:29:00 | TD Bank USA/Target cred, 7000 Target Parkway N, Mail Stop NCD-0450, Brooklyn Park MN 55445-4301 |
| 14343219 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2024 00:43:46 | THD/CBNA, One Court Square, Long Island City NY 11120-0001 |
| 14343223 | + | Email/Text: bnc-thebureaus@quantum3group.com | Mar 19 2024 00:29:00 | The Bureaus Inc., 1717 Central Street, Evanston IL 60201-1507 |
| 14343240 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 19 2024 00:44:38 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls SD 57117-6497 |

TOTAL: 62

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2024    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 18, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Joint Debtor Hien T. Nguyen dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | |

Case 19-13854-amc Doc 179 Filed 03/20/24 Entered 03/21/24 00:32:33 Desc
Imaged Certificate of Notice Page 5 of 6

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Mar 18, 2024 | Form ID: 167 | Total Noticed: 79 |

| | |
|---|---|
| | on behalf of Debtor Charles K. Nguyen dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Pennymac Loan Services LLC jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. HOFFMAN | on behalf of Creditor Tho Van Nguyen secretary@mahalaw.com |
| MATTHEW R. NAHRGANG | on behalf of Creditor Tho Van Nguyen mnahrgang@verizon.net |
| MICHAEL A. LATZES | on behalf of Creditor Tho Van Nguyen efiling@mlatzes-law.com |
| THOMAS SONG | on behalf of Creditor Pennymac Loan Services LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Charles K. Nguyen and Hien T. Nguyen
    Debtor(s)

Case No: 19−13854−amc

Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Judge to consider:

Objection to Notice of Deadline to Object to Discharge Filed by Tho Van Nguyen.

on: 4/2/24

at: 11:00 AM

in: Courtroom #4, 900 Market Street, Philadelphia, PA 19107

For The Court

Date:  3/18/24

Timothy B. McGrath
Clerk of Court

178 − 177
Form 167