# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Charles K. Nguyen<br>Hien T. Nguyen dba NTH LLC (NO LONGER)<br>Debtor(s) | CHAPTER 13 |
| PENNYMAC LOAN SERVICES, LLC,<br>Movant<br>vs.<br>Charles K. Nguyen<br>Hien T. Nguyen dba NTH LLC (NO LONGER)<br>Debtor(s) | NO. 19-13854 AMC |
| Kenneth E. West<br>Trustee | 11 U.S.C. Section 362 |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion for Relief from Stay of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about March 4, 2024, Document No. 173.

Dated: March 26, 2024

Respectfully submitted,

/s/Denise Carlon, Esquire
Denise Carlon, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Phone: (215)-627-1322
dcarlon@kmllawgroup.com