United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 19-13854-amc

Charles K. Nguyen                                                                Chapter 13

Hien T. Nguyen

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 07, 2024 | Form ID: 138FIN | Total Noticed: 4 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#                   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 09, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Charles K. Nguyen, 148 Penn Avenue, Souderton, PA 18964-1849 |
| jdb | #+ | Hien T. Nguyen, 148 Penn Avenue, Souderton, PA 18964-1849 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | May 08 2024 00:18:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 08 2024 00:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 2

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2024                         Signature:              /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2024 at the address(es) listed below:**

**Name**                              **Email Address**

District/off: 0313-2                         User: admin                                    Page 2 of 2
Date Rcvd: May 07, 2024                      Form ID: 138FIN                              Total Noticed: 4

DAVID M. OFFEN
                    on behalf of Debtor Charles K. Nguyen dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DAVID M. OFFEN
                    on behalf of Joint Debtor Hien T. Nguyen dmo160west@gmail.com
                    davidoffenecf@gmail.com;offendr83598@notify.bestcase.com

DENISE ELIZABETH CARLON
                    on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com

JEROME B. BLANK
                    on behalf of Creditor Pennymac Loan Services  LLC jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
                    ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. HOFFMAN
                    on behalf of Creditor Tho Van Nguyen secretary@mahalaw.com

MATTHEW R. NAHRGANG
                    on behalf of Creditor Tho Van Nguyen mnahrgang@verizon.net

MICHAEL A. LATZES
                    on behalf of Creditor Tho Van Nguyen efiling@mlatzes-law.com

THOMAS SONG
                    on behalf of Creditor Pennymac Loan Services  LLC tomysong0@gmail.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Charles K. Nguyen and Hien T.
Nguyen

           Debtor(s)

Case No: 19−13854−amc

Chapter: 13

_____

### NOTICE OF DEADLINE TO OBJECT TO FINAL REPORT

    To all parties in interest, NOTICE IS GIVEN THAT:

    The Standing Chapter 13 Trustee has filed his final report and account. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed within 30 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

    All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

    In the absence of any objection, the Court may approve the Trustee's Final Report and Account.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/7/24