**NAHRGANG & ASSOCIATES, P.C.**
**BY: MATTHEW R. NAHRGANG, ESQUIRE**
**ATTY. I.D.: 60051**
35 Evansburg Road
Collegeville, PA 19426
(610)489-3041
E-Mail mnahrgang@verizon.net

---

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Charles K. Nguyen | : No. 19-13854 |
| Hien T. Nguyen | : |
| Debtors | : |

**ORDER**

AND NOW this 12th day of June, 2024, upon consideration of Stipulation Resolving Procedural Issues Regarding Tho Nguyens Objection to Discharge, it is hereby ORDERED and DECREED that the Stipulation is APPROVED.

Objector shall file an Adversary Complaint Objecting to Discharge, which shall be considered Nunc pro Tunc, effective March 14, 2024, no later than 14 days after the date of this Order.

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge