United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13854-amc |
| Charles K. Nguyen | Chapter 13 |
| Hien T. Nguyen | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Jun 12, 2024 | Form ID: pdf900 | Total Noticed: 80 |

The following symbols are used throughout this certificate:
**Symbol**   **Definition**

+ Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^ Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles K. Nguyen, Hien T. Nguyen, 148 Penn Avenue, Souderton, PA 18964-1849 |
| cr | + | Tho Van Nguyen, 534 E. Broad Street, Souderton, PA 18964-1216 |
| 14806793 | | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14343213 | + | LLNV Funding LLC, 625 Pilot Road Suite 2/3, Las Vegas NV 89119-4485 |
| 14342726 | + | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14806940 | + | PRA Receivables Management, LLC., Orion Portfolio Services, LLC, 10375 Old Alabama Rd Conn, Suite 302, Alpharetta, GA 30022-1119 |
| 14372159 | | Pennymac Loan Services, LLC, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14555821 | + | Pennymac Loan Services,LLC, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14343247 | + | Rep/Build Card, P.O. Box 9203, Old Bethpage NY 11804-9003 |
| 14456205 | + | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14817662 | + | Tho Nguyen, c/o Matthew R Nahrgang, Esq, 35 Evansburg Road, Ste 400, Collegeville, PA 19426-3165 |
| 14343248 | + | Tho V Nguyen (Individual), 534 E. Broad Street, Souderton PA 18964-1216 |
| 14373483 | + | Tho Van Nguyen, c/o MARK A. HOFFMAN,ESQUIRE, 430 Main Street, Harleysville, PA 19438-2360 |
| 14355278 | + | Tho Van Nguyen, c/o Mark Hoffman,Esquire, 430 Main Street, Suite A, Harleysville PA 19438-2360 |
| 14372931 | | Thomas Song, Esq., Id. No.89834, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14343226 | + | Trident Asset Management, 53 Perimeter Center East, Suite 440, Atlanta GA 30346-2230 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jun 13 2024 02:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 13 2024 02:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Jun 13 2024 02:45:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | | Email/PDF: cbp@omf.com | Jun 13 2024 02:53:14 | OneMain Financial Group LLC, PO Box 3251, Evansville, IN 47731-3251 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2024 02:53:14 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2024 02:54:02 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14448460 | | Email/Text: bnc@atlasacq.com | | |

Case 19-13854-amc   Doc 189   Filed 06/14/24   Entered 06/15/24 00:34:57   Desc
Imaged Certificate of Notice   Page 2 of 6

| District/off: 0313-2 | User: admin | Page 2 of 5 |
|---|---|---|
| Date Rcvd: Jun 12, 2024 | Form ID: pdf900 | Total Noticed: 80 |

| Recipient ID | | Notice Method | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14552124 | | Email/Text: bnc@atlasacq.com | Jun 13 2024 02:45:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14806792 | | Email/Text: bnc-thebureaus@quantum3group.com | Jun 13 2024 02:45:00 | Atlas Acquisitions LLC., 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14343246 | | Email/Text: creditcardbkcorrespondence@bofa.com | Jun 13 2024 02:45:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14456339 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2024 02:45:00 | Bank of America, 4060 Ogletown, Stanton Road, DE5-019-03-07, Newark DE 19713 |
| | | | Jun 13 2024 02:53:14 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14343210 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 03:12:54 | Capital One Bank USA, P.O. Box 85015, Richmond VA 23285-5075 |
| 14343232 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 13 2024 02:46:00 | CB Indigo/GF, P.O. Box 4499, Beaverton OR 97076-4499 |
| 14343233 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 02:53:17 | CBNA, P.O. Box 6497, Sioux Falls SD 57117-6497 |
| 14429796 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2024 02:53:17 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14343225 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2024 02:52:45 | CWS/CW Nexus, 101 Crossway Park Dr W, Holdings I, LLC, Woodbury NY 11797-2020 |
| 14343231 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 02:54:03 | Capital One, P.O. Box 5253, Carol Stream IL 60197-5253 |
| 14343214 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 02:53:14 | Capital One, P.O. Box 30253, Salt Lake City UT 84130-0253 |
| 14434573 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2024 03:13:43 | Capital One Bank (USA), N.A., PO BOX 71083, Charlotte NC 28272-1083 |
| 14433977 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2024 02:52:51 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14449088 | | Email/PDF: bncnotices@becket-lee.com | Jun 13 2024 02:53:19 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14343235 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Jun 13 2024 02:46:00 | Celtic Bank/Contfinco, 268 S. State Street, Suite 300, Salt Lake City UT 84111-5314 |
| 14343242 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 02:53:17 | Citi Bank, 701 E 60th St. N, IBS CDV Disputes, Sioux Falls SD 57104-0432 |
| 14343229 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 03:12:48 | Citi Bank, P.O. Box 6190, Sioux Falls SD 57117-6190 |
| 14434199 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 02:53:59 | Citibank, N.A., 6716 Grade Lane, Bldg 8, Suite 910-PY Dept, Louisville KY 40213-3410 |
| 14433813 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 03:13:51 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14343236 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 13 2024 02:45:00 | Comenity Bank/Wayfair, P.O. Box 182789, Columbus OH 43218-2789 |
| 14343237 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 13 2024 02:52:46 | Credit One Bank NA, 6801 S. Cimarron Road, Las Vegas NV 89113-2273 |
| 14343221 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 13 2024 02:53:17 | Credit One Bank NA, 6801 S. Cimarron Road, Las Vegas NW 89113-2273 |
| 14430291 | | Email/Text: mrdiscen@discover.com | Jun 13 2024 02:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14343244 | | Email/Text: mrdiscen@discover.com | | |

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 12, 2024 | Form ID: pdf900 | Total Noticed: 80 |

| | | Jun 13 2024 02:45:00 | Discover FIN SVCS LLC, P.O. Box 15316, Attn: CMS/Prod Develop, Wilmington DE 19850-5316 |
|---|---|---|---|
| 14343227 | Email/Text: BNSFS@capitalsvcs.com | Jun 13 2024 02:45:00 | CCS/First Savings Bank, 500 E 60th Street N, Attn: Credit Manager, Sioux Falls SD 57104 |
| 14343238 | Email/Text: BNBLAZE@capitalsvcs.com | Jun 13 2024 02:45:00 | FSB-Blaze, P.O. Box 5065, Sioux Falls SD 57117 |
| 14343245 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Jun 13 2024 02:52:35 | First Premier Bank, 3820 N Louise Avenue, Tape Only, Sioux Falls SD 57107-0145 |
| 14343218 | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 13 2024 02:52:32 | JPMCB Card, 301 N. Walnut Street, Floor 09, Wilmington DE 19801-3935 |
| 14343222 | Email/Text: PBNCNotifications@peritusservices.com | Jun 13 2024 02:45:00 | Kohls/Capone, P.O. Box 3115, Milwaukee WI 53201-3115 |
| 14430531 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2024 02:53:17 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14429797 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2024 02:52:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14343220 | ^ MEBN | Jun 13 2024 02:36:56 | Mariner Finance, 5802 E. Virgirnia Beach Blvd., Suite 121, Norfolk VA 23502-2483 |
| 14343241 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 13 2024 02:52:38 | Merrick Bank Corp, P.O. Box 9201, Bethpage NY 11804-9001 |
| 14430255 | + Email/Text: bankruptcydpt@mcmcg.com | Jun 13 2024 02:46:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14430050 | Email/PDF: cbp@omf.com | Jun 13 2024 02:54:06 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14429889 | + Email/PDF: cbp@omf.com | Jun 13 2024 03:13:37 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14343209 | + Email/PDF: cbp@omf.com | Jun 13 2024 02:53:17 | OneMain Financial, 100 International Drive, 15th Floor, Baltimore MD 21202-4784 |
| 14342726 | ^ MEBN | Jun 13 2024 02:37:13 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14456955 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2024 03:35:37 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14457545 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2024 03:14:00 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41031, Norfolk, VA 23541-1031 |
| 14555642 | ^ MEBN | Jun 13 2024 02:37:06 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14343216 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2024 02:54:01 | Portfolio Recovery Associates LLC, 120 Corporate Blvd., Suite 100, Norfolk VA 23502 |
| 14445416 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2024 02:53:55 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14444512 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jun 13 2024 02:53:17 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14453544 | + Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2024 02:53:14 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14343208 | + Email/PDF: ebnotices@pnmac.com | Jun 13 2024 02:53:00 | PennyMac Loan Services, Real Estate Mortgage, 6101 Condor Drive, Moorpark CA 93021-2602 |
| 14459416 | + Email/PDF: ebnotices@pnmac.com | Jun 13 2024 02:53:17 | Pennymac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14343239 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 02:53:18 | Sears/CBNA, P.O. Box 6497, Sioux Falls SD |

| District/off: 0313-2 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 12, 2024 | Form ID: pdf900 | Total Noticed: 80 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 57117-6497 |
| 14456205 | | ^ MEBN | Jun 13 2024 02:37:16 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14343211 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 03:12:56 | Synchrony Bank, P.O. Box 965036, Orlando FL 32896-5036 |
| 14794091 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2024 02:53:14 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14794172 | | Email/PDF: ebn_ais@aisinfo.com | Jun 13 2024 02:53:14 | Synchrony Bank by AIS InfoSource, LP as agent, Dept 888 PO BOX 4457, Houston TX 77210-4457 |
| 14343224 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 02:54:02 | Synchrony Bank/Walmart, 4125 Windward Plaza, Alpharetta GA 30005-8738 |
| 14343228 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2024 02:52:27 | Synchrony/JCP, 4125 Windward Plaza, Alpharetta GA 30005-8738 |
| 14343215 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Jun 13 2024 02:45:00 | TBOM/ATLS/Fortiva MC, 5 Concourse Parkway, Suite 400, Atlanta GA 30328-9114 |
| 14343212 | | Email/Text: bncmail@w-legal.com | Jun 13 2024 02:45:00 | TD Bank USA/Target cred, 7000 Target Parkway N, Mail Stop NCD-0450, Brooklyn Park MN 55445-4301 |
| 14343219 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 02:53:17 | THD/CBNA, One Court Square, Long Island City NY 11120-0001 |
| 14343223 | + | Email/Text: bnc-thebureaus@quantum3group.com | Jun 13 2024 02:45:00 | The Bureaus Inc., 1717 Central Street, Evanston IL 60201-1507 |
| 14343240 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2024 02:53:17 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls SD 57117-6497 |

TOTAL: 66

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2024        Signature:        /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 5 of 5
Date Rcvd: Jun 12, 2024 | Form ID: pdf900 | Total Noticed: 80

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Joint Debtor Hien T. Nguyen dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor Charles K. Nguyen dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pennymac Loan Services  LLC bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Pennymac Loan Services  LLC jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. HOFFMAN | on behalf of Creditor Tho Van Nguyen secretary@mahalaw.com |
| MATTHEW R. NAHRGANG | on behalf of Creditor Tho Van Nguyen mnahrgang@verizon.net |
| MICHAEL A. LATZES | on behalf of Creditor Tho Van Nguyen efiling@mlatzes-law.com |
| THOMAS SONG | on behalf of Creditor Pennymac Loan Services  LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 10

```
NAHRGANG & ASSOCIATES, P.C.
BY:  MATTHEW R. NAHRGANG, ESQUIRE
ATTY. I.D.:  60051
35 Evansburg Road
Collegeville, PA 19426
(610)489-3041
E-Mail mnahrgang@verizon.net
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Charles K. Nguyen | : No. 19-13854 |
| Hien T. Nguyen | : |
| Debtors | : |

### ORDER

AND NOW this **12th** day of **June**, 2024, upon consideration of Stipulation Resolving Procedural Issues Regarding Tho Nguyens Objection to Discharge, it is hereby ORDERED and DECREED that the Stipulation is APPROVED.

Objector shall file an Adversary Complaint Objecting to Discharge, which shall be considered Nunc pro Tunc, effective March 14, 2024, no later than 14 days after the date of this Order.

_____
HONORABLE ASHELY M. CHAN
United States Bankruptcy Judge