E X A M I N A T I O N

U N D E R   O A T H

IN RE: NGUYEN TA

- - -

TRANSCRIPT OF EXAMINATION, taken by and

before STEVEN KAMINSKI, Professional Reporter and Notary

Public, at the Law Offices of WARREN, MCGRAW & KNOWLES, LLC,

920 Lenmar Drive, Blue Bell, Pennsylvania on Friday, May 19,

2023, commencing at 10:46 a.m.

- - -

ERSA COURT REPORTERS
30 South 17th Street
United Plaza - Suite 1520
Philadelphia, Pennsylvania 19103
(215)564-1233

```
 1    A P P E A R A N C E S:

 2

 3        LAW OFFICES OF MICHAEL A. LATZES, P.C.

 4        BY:    MICHAEL A. LATZES, ESQUIRE

 5               1528 Walnut Street, Suite 710

 6               Philadelphia, Pennsylvania 19102

 7

                 Counsel for Nguyen Ta
 8

 9

10        NAHRGANG & ASSOCIATES, P.C.

11        BY:    MATT NAHRGANG, ESQUIRE

12               35 Evansburg Road, Suite 400

13               Collegeville, Pennsylvania 19426

14

                 Counsel for Tho Nguyen
15

16

17

18    A L S O   P R E S E N T:

19    Interpreter Elizebeth Dich with Morningside

20    Don W. Pak, Esquire with Pak Immigration Group, Inc.

21    Tho Nguyen

22

23

24
```

NGUYEN TA

3

```
 1                    I N D E X

 2

 3    WITNESS                                    PAGE

 4    NGUYEN TA

 5       By:  Mr. Nahrgang                         4

 6       By:  Mr. Latzes                          46

 7                      -  -  -

 8                  E X H I B I T S

 9                                   PAGE    PAGE
      NUMBER          DESCRIPTION    MARKED  ATTACHED
10

11    TA-1            Document         6      N/A

12    TA-2            Document         7      N/A

13    TA-3            Document         8      N/A

14    TA-4            Document        11      N/A

15    TA-5            Photos          19      N/A

16    TA-6            Photo           19      N/A

17    TA-7            Document        23      N/A

18    TA-8            Document        33      N/A

19    TA-9            Document        38      N/A

20    TA-10           Document        39      N/A

21    TA-11           Document        44      N/A

22      (THE EXHIBITS WERE REQUESTED TO NOT BE ATTACHED TO THE

23                      TRANSCRIPT.)

24                      -  -  -
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

4

```
 1                    (By agreement of counsel, the

 2              filing and certification of the transcript

 3              have been waived; and all objections,

 4              except as to the form of the question,

 5              have been reserved until the time of

 6              trial.)

 7                         -   -   -

 8                    ELIZEBETH DICH, having been duly

 9              sworn to translate English into Vietnamese

10              and Vietnamese into English translated as

11              follows:

12                         -   -   -

13                    NGUYEN TA, having been duly

14              sworn, was examined and testified as

15              follows:

16                         -   -   -

17   BY MR. NAHRGANG:

18   Q        Thank you for pointing out the name issue

19   because I want to address you properly.  Do you go

20   by "Ta" or "Nguyen"?

21   A        "Nguyen."  People will call me "Nguyen."

22   Q        Forgive me.  Very good.  So, Nguyen, do

23   you understand why you are here today?

24   A        Yes.
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

5

1  Q        And I am Matt Nahrgang.  I am the attorney

2  for Tho Nguyen, and I'm here to ask you questions

3  today on the record.

4  A        Yes.

5  Q        Are you under any medication that would

6  impair your ability to give clear and truthful

7  answers today?

8  A        No.

9  Q        Is there any reason you would not be able

10 to give clear answers today?

11 A        No.

12 Q        All right.  So I am going to ask you a

13 series of questions, and I ask that you please wait

14 until the question is asked before you answer.

15 A        Okay.

16 Q        If you don't understand a question that's

17 asked, please say so.

18 A        Okay.

19 Q        Because your answers will be deemed that

20 you understood the question.

21 A        Okay.

22 Q        All right.  Please tell me about your

23 education; what's your highest level of education?

24                    THO NGUYEN:  (Indistinct.)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

```
1    A        I graduated from high school.

2                       (At this time, a discussion was

3             held off the record.)

4    Q        Proceed.

5    A        So I finished my high school.

6                       (At this time, a document was

7             marked for identification as TA-1.)

8    BY MR. NAHRGANG:

9    Q        So, Nguyen, do you recognize TA-1?

10   A        It's a paperwork for the bankruptcy.

11                      MR. LATZES:  Can we go off

12            record for a second.

13                      MR. NAHRGANG:  Sure.

14                      (At this time, a discussion was

15            held off the record.)

16   BY MR. NAHRGANG:

17   Q        So the question that was asked is:  Do you

18   recognize TA-1?

19   A        Yes, I understand.

20   Q        All right.  And the second page, if you

21   turn to that, asked/requested that you provide

22   documents.

23   A        I understand.

24   Q        Okay.  And do you believe you've complied
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

1    with that request; forgetting about the time frame,

2    the deadline?

3    A          Yes, I can.

4    Q          So also mention to the witness please that

5    all of his answers have to be verbal.

6    A          Okay.

7    Q          You were asked to provide bank statements

8    for the period April 1, 2021 through

9    November 30, 2021.  Did you provide all of those

10   bank statements?

11   A          Yes, I have.

12   Q          Okay.

13                    (At this time, a document was

14                    marked for identification as TA-2.)

15   BY MR. NAHRGANG:

16   Q          Specifically, Number 4 requests any and

17   all credit card statements for credit accounts in

18   your name whether solely or jointly held for the

19   time period April 1, 2021 through November 30, 2021.

20                    Did you provide all the credit card

21   statements for that period?

22   A          Yes.

23   Q          Okay.

24                    (At this time, a document was

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

1              marked for identification as TA-3.)

2    BY MR. NAHRGANG:

3    Q        Looking at what has been marked TA-3, do

4    you recognize it?

5                    MR. LATZES:  Do you recognize

6              this document?

7    A        Yes, I do.

8    Q        And it was part of your 2021 tax return,

9    federal tax return; correct?

10   A        Correct.

11   Q        So I note that the only expense listed or

12   rather the only 3 expenses listed are "Supplies" on

13   Line 22 listed at $249,220.

14                   (At this time, the reporter read

15             back the record as requested.)

16                   MR. LATZES:  I'm going to object

17             as to form.  This document speaks for

18             itself.  I'm not sure what Counsel is

19             looking to try to inquire about it.  If he

20             feels that there's something in particular

21             he wants to ask about that's listed there,

22             other than it's listed there, but the fact

23             that there is listed there, he doesn't

24             need my client to confirm the fact that

NGUYEN TA

9

1              it's listed there.  The document speaks

2              for itself.

3    Q        So on your form, did you prepare this tax

4    return?

5    A        Correct.

6    Q        So you are familiar with the contents of

7    the tax return?

8    A        Correct.

9    Q        And you claim that you spent $249,220 in

10   Supplies; correct?

11   A        Correct.

12   Q        What is the nature of the business?

13   A        So it's a travel agency; selling airplane

14   ticket.

15              MR. LATZES:  Could we go off the

16              record for a second.

17              MR. NAHRGANG:  Okay.

18              (At this time, a discussion was

19              held off the record.)

20   BY MR. NAHRGANG:

21   Q        So your answer is that it's a travel

22   agency?

23   A        Correct.

24   Q        And are you aware that your mother had a

NGUYEN TA

10

```
 1   business?

 2   A        No, I do not.

 3   Q        You had no idea that she was self-employed

 4   and had her own business?

 5   A        No, I am not aware.

 6   Q        Okay.  Do you have office space?

 7   A        No.

 8   Q        Where do you conduct your business?

 9   A        At my house.

10   Q        And that is 148 Penn Avenue?

11   A        Correct.

12   Q        Is there anyone who helps you with the

13   business such as subcontractors or employees?

14   A        Okay.  I do not have any additional

15   outside employees; however, my parents assist me in

16   my business.

17   Q        How do they assist you, exactly?

18                 MR. NAHRGANG:  Let the record

19                 reflect that there's been a pause of about

20                 a minute and hasn't answered.

21                 MR. LATZES:  I wouldn't say that

22                 there is a pause of about a minute, but

23                 what has he said so far?

24                 INTERPRETER:  "For example."
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

11

```
 1                    MR. LATZES:  "For example."
 2    A        So I do not know how to answer your
 3    question, but whatever I need their help with, they
 4    will assist me in that matter.
 5             So they assist me; manage my affair with
 6    the bank account.  Sometimes, I am not so
 7    experienced in that area, and they assist me in
 8    answering all those issues addressed to my bank
 9    account.
10    Q        Do you pay your mom any money for her
11    assistance?
12    A        No.
13    Q        How much time does your mom spend
14    assisting you with the business?
15                    INTERPRETER:  In reference of a
16             "month," Counsel -- can you --
17                    MR. NAHRGANG:  Sure.
18    A        So only when there is an issue arise with
19    the bank account when there's a fund transfer
20    incorrectly, that she would assist me in that
21    matter.
22                    (At this time, a document was
23             marked for identification as TA-4.)
24                    (At this time, a discussion was
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

12

```
 1              held off the record.)

 2   BY MR. NAHRGANG:

 3   Q        So TA-4; you have seen and you can

 4   identify it.  Please identify it, what is it?

 5   A        So it's a registration for fictitious

 6   name, yes.

 7   Q        Who filed that?

 8   A        I am.

 9   Q        I'm sorry.

10   A        I did.

11   Q        And it's dated November 9, 2020.  How old

12   were you when that was filed?

13   A        I was 18 years old at the time.

14   Q        When did you turn 18?

15   A        So I turned 18 on March 29.

16   Q        And what made you decide to register this

17   fictitious name?

18   A        I want to do so.

19   Q        But why?

20                    MR. LATZES:  Objection.

21           Objection.  It's asked and answered.

22                    MR. NAHRGANG:  Okay.  Let me ask

23           it another way.

24   Q        What did you understand was the purpose of
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

```
 1    registering the fictitious name?

 2    A        So, Counsel, can you clarify "fictitious

 3    name"?

 4    Q        I'm trying to figure out how to best

 5    proceed here because this is a form that the witness

 6    filed, and when I asked, you know, what was the

 7    reason, what made you decide to do it, I was told

 8    that was asked and answered.

 9             I'm asking, you know, what is the purpose

10    of doing this?  Do you know the purpose of filing a

11    request for a fictitious name?

12                     INTERPRETER:  Can I get the

13             spelling of the --

14                     MR. LATZES:  Yeah.  Why don't we

15             confirm what the name -- the fictitious

16             name is?  Go off -- are we on record?

17             We're off record?  We're on record?  You

18             don't mind if --

19                     The name you are using for your

20             business is X-U-A-T, C-A-N-H, M-Y; is that

21             correct?

22                     WITNESS:  Yes.

23                     MR. LATZES:  So Counsel is

24             curious as to the reasoning that you
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

14

1              wanted to list this name with the

2              Department of State; what was it that --

3              do you have a reason why you did that?

4                   Is that pretty much what you are

5              looking for?

6                   MR. NAHRGANG:   (Motions head.)

7    A    Because that's the name I want to use for

8    the travel agency.

9    Q    What does that name mean?

10                  MR. LATZES:  I'm sorry.

11             Objection.  When you say "what does it

12             mean," you mean translate it into English?

13             Is that what you are asking?

14                  MR. NAHRGANG:  Yes.  Yes, I

15             guess so.

16                  MR. LATZES:  Is there an English

17             translation to that?

18                  INTERPRETER:  So it means

19             "travel outside of U.S."

20                  MR. LATZES:  Okay.

21                  MR. NAHRGANG:  That's the

22             interpretation of that name?

23                  MR. LATZES:  I'm sorry --

24   A    It means for travels.  It's a travel

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

1    agency.

2                      MR. LATZES:  He said that.  Off

3          the guard.

4                      (At this time, a discussion was

5          held off the record.)

6                      MR. LATZES:  Back on the record.

7                      INTERPRETER:  It meant for

8          travels, but he didn't mention travel

9          outside of the United States, but the name

10         is in Vietnamese; so therefore, it has

11         intentions to travel to Vietnam and back

12         to U.S. in that sense.

13                     MR. LATZES:  And I'm going to

14         object, I guess, at this point.  I mean,

15         if you are moving on, great, as far as

16         this lining of questioning, but I don't

17         really know where we're going with this as

18         far as relevancy, as far as what this may

19         or may not have to do as far as the

20         definition of the business and so forth.

21         I'm not sure where that comes from and how

22         it's going to be of any help to --

23    Q    I do have another question regarding this

24    form.  Number 2 reflects that the business is for

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

1    services and online trading.

2                        INTERPRETER:  Interpreter wants

3              to make sure to get the correct

4              interpretation.

5                        MR. NAHRGANG:  Off the record,

6              please.

7                        (At this time, a discussion was

8              held off the record.)

9    BY MR. NAHRGANG:

10   Q      So I didn't ask a question.  I just made a

11   statement.  I don't know if you finished

12   interpreting it --

13                        INTERPRETER:  No, I didn't

14             because --

15                        MR. LATZES:  Why don't we just

16             let her -- you just wanted to ask that it

17             says this.  I don't know if she understood

18             that.  So if she looks at it, maybe that

19             would help.

20                        INTERPRETER:  I appreciate it.

21             Thank you.

22                        MR. NAHRGANG:  All right.

23                        MR. LATZES:  Number 2.

24                        (Document given to interpreter.)

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

1              MR. LATZES:  For the record,

2        Interpreter is reading Number 2 on

3        Exhibit-4.

4              INTERPRETER:  So you did have a

5        question; right, Counsel?

6              MR. NAHRGANG:  The question is:

7        Are you engaged in online trading?

8              INTERPRETER:  So the answer is

9        "no."

10             MR. LATZES:  And I'm not even

11       sure -- I'm going to object as far as -- I

12       don't even know what "online trading"

13       really means, but I guess, you know, we

14       would need a clarification as to what you

15       mean by "online trading."  Maybe what --

16       well, yeah.  So I would object to that.

17       What do you mean when you say "online

18       trading"?

19             MR. NAHRGANG:  Yeah, I don't

20       understand how you object to language

21       that's prepared by your client.  He's

22       already testified he prepared it and he

23       filed it.

24             MR. LATZES:  What does "online

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

18

```
 1              trading" --

 2                    MR. NAHRGANG:  What differences

 3              does it make --

 4                    MR. LATZES:  It could mean a

 5              hundred of different things.

 6                    MR. NAHRGANG:  What does he

 7              think?  He's the one who wrote it.  I can

 8              ask him that question.

 9                    MR. LATZES:  What do you mean by

10              "online trading?"  That would be the

11              question, wouldn't it?

12                    MR. NAHRGANG:  I'm going to ask

13              my questions --

14                    MR. LATZES:  Again first of all,

15              it's ambiguous.  It's not clear -- ask him

16              what he means by "online trading."

17              Wouldn't that be the right thing that you

18              would want to ask.

19                    MR. NAHRGANG:  I will rephrase

20              the question.

21    Q         When you prepared this form and wrote the

22    words "online trading" --

23    A         I only referring to service online.

24    Q         I don't know what that means.
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

19

```
 1    A         So what I'm not sure what your question is

 2    because the purpose of my business is for service

 3    online.

 4                        MR. LATZES:  That seems clear.

 5    Q         What do you mean by "service online"?

 6    What do you mean?

 7    A         So it referring to customer can purchase,

 8    can contact my agency through online service.

 9    Q         Okay.  Thank you.

10                        (At this time, documents were

11                        marked for identification as TA-5 and 6.)

12                        (At this time, a discussion was

13                        held off the record.)

14    BY MR. NAHRGANG:

15    Q         TA-5.  Showing you what has been marked

16    TA-5 which is 3 pages, have you reviewed them?

17                        MR. LATZES:  You looked at them?

18    A         Yes, I did.

19    Q         So who are the people in the picture on

20    the first page?

21    A         This is my grandparents on my mother's

22    side.

23    Q         And they appear to be looking at a phone;

24    correct?
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

20

1    A        Correct.

2    Q        Do you know where that phone came from?

3  Who bought it?

4                 MR. LATZES:  I'm going to object

5              as to relevance, but obviously he can

6              still answer the question, but I'm

7              strongly objecting to this line of

8              questioning at this point in time.

9    A        I do not want to answer any question that

10  has no relation to this --

11                 MR. LATZES:  You have to --

12              we're off the record.

13                 (At this time, a discussion was

14              held off the record.)

15                 (At this time, the reporter read

16              back the record as requested.)

17  A        I don't remember.

18                 MR. NAHRGANG:  And I'm going to

19              ask a follow-up --

20                 MR. LATZES:  Okay.  But I'm also

21              going to add another objection.  I'm

22              looking at this picture, and I could

23              barely tell that there's a phone in this

24              lady's hands.  I don't know what's in her

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

21

1              hands.  So just as a means of just

2              identifying --

3                        MR. NAHRGANG:  Look at page 3.

4                        MR. LATZES:  Oh.  Page 3 is a

5              better, it's a better picture.  That's

6              true.

7    Q         If I told you that your mom said you

8    bought that phone as a gift, would you agree with

9    that or disagree with that?

10                       MR. LATZES:  And I'm going to

11             let him answer, but I'm also objecting to

12             the question.

13   A         So what is the question, again?

14                       (At this time, the reporter read

15             back the record as requested.)

16   A         I agree.

17   Q         So before when you said you didn't

18   remember, did that refresh your recollection?

19   A         Possibly, I recall.

20   Q         Did you buy this phone for your

21   grandmother as a gift?

22                       MR. LATZES:  I'm going to

23             object.  I don't understand the relevance

24             of the fact whether he bought this phone

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

```
 1              for his grandmother or didn't buy the
 2              phone for his grandmother.  I don't see
 3              how this relates to any of these, the
 4              issues of what's important.
 5                   So I'm objecting, but you can
 6              answer the question.
 7                   (At this time, the reporter read
 8              back the record as requested.)
 9   A         Possibly, I did.
10   Q         Moving on to TA-6.  Can you identify that
11   picture?
12   A         I do.
13   Q         I'm sorry.  "Yes"?
14   A         I do.
15   Q         And was your grandmother visiting you or
16   visiting the family here; did she come here from
17   Vietnam?
18   A         Correct.
19   Q         Who paid for her travel, for her ticket to
20   come here?
21   A         I did.
22   Q         All right.  And you spent some time in
23   Florida with your family; isn't that right?
24   A         Yes, I did.
```

NGUYEN TA

23

1    Q        And who paid for that vacation?

2    A        I did.

3                    (At this time, a document was

4            marked for identification as TA-7.)

5    BY MR. NAHRGANG:

6    Q        So on TA-1 which was the subpoena and

7    request for documents, on Number 4 it asks for all

8    credit card statements.

9                    MR. LATZES:  We have them.  Go

10           ahead.  Oh, you need to see it.

11                   INTERPRETER:  I'm good.

12   Q        So it asks for the period April 1, 2021

13   through November 30, 2021.  Does TA-7 represent all

14   the bank statements for that 6-month period?

15                   MR. LATZES:  You mean credit

16           card statements?

17   Q        I'm sorry.  Credit card statements.  Thank

18   you.

19   A        Yes.

20   Q        So Capital One, which is the first page,

21   is a statement from July 27 through August 16th.

22   You had no Capital One statements before that?

23                   INTERPRETER:  I'm sorry

24           July 27th to August 15th?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

24

1                        MR. NAHRGANG:  August 16, 2021.

2                        MR. LATZES:  I'm sorry.  What

3            dates are you referring to?

4                        MR. NAHRGANG:  The first page --

5                        MR. LATZES:  Well, the first

6            page is September of 2021; right?

7                        MR. NAHRGANG:  Well, that's '22.

8            If you look at the top, the statement is

9            July 27th through August 16th --

10                       MR. LATZES:  Okay.  Got it.

11                       (At this time, the reporter read

12           back the record as requested.)

13   A        I believe that's true.

14   Q        So you just opened this account or you

15   just started using it?

16   A        I do not really recall what months I

17   opened the account.

18   Q        Okay.  All right.  Turning to Capital One

19   September 23rd, which is -- let me see.

20                       MR. LATZES:  Are you referring

21           to the line item?

22                       MR. NAHRGANG:  Yeah.  Bear with

23           me.  I'm going to count the pages.  The

24           6th page in.  Yes.  Thank you.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

1                    MR. LATZES:  This one.

2                    MR. NAHRGANG:  6th page in.

3         Thank you.

4                    MR. LATZES:  Which item are you

5         referring to?

6                    MR. NAHRGANG:  It's actually

7         September 22nd, posted September 23rd.

8         PPL Electric.

9    Q    Do you see that charge there?

10   A    I do.

11   Q    What was that charge for?  I see it says

12   PPL, but for whose account?

13   A    It is for utility bills.

14   Q    Whose utility bill?

15   A    Of the house.  The house that I live at,

16   at the time.

17   Q    Well, you live at 148 Penn Avenue;

18   correct?

19   A    Correct.

20   Q    So this is the utility bill for your

21   parents' house; correct?

22   A    Correct.

23   Q    And then turning two more pages to

24   October.  October 26th -- actually 25, 26, there's 3

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

1    items in a row.  There's a PECO bill, PPL, and a

2    Verizon.  Do you see them?

3    A        I see it.

4    Q        Okay.  And is it the same answer as with

5    September in the PPL, you are paying utilities for

6    your parents' house?

7    A        Correct.

8    Q        And on November 4th -- it's actually the

9    same page.  Sorry.  Central Bucks Oil.  Same answer;

10   you are paying utility bill for the house?

11   A        Correct.

12   Q        And then on November 9th, same page,

13   Borough of Souderton, $562.87.  What was that for?

14   A        I don't remember.

15   Q        Bear with me.  Go back to September 28th

16   which I believe is the third page, again.  The trans

17   date is September 27th but the post-date is

18   September 28th.  PA Driver and Vehicle, do you see

19   that?  What was that for?

20                    INTERPRETER:  I'm sorry.  What

21            was the transaction --

22                    (At this time, a discussion was

23            held off the record.)

24

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

27

1    BY MR. NAHRGANG:

2    Q        PA Driver and Vehicle; what is that charge

3    for?

4    A        So it's related to obtaining job license

5    and travel -- I'm sorry -- for vehicle usage.

6    Q        Whose vehicle?

7    A        I do not remember.

8    Q        Turning to the Southwest, which I believe

9    is a Chase card.  I'm sorry.  I don't know how many

10   pages in that is, but if you flip through past the

11   Capital One, you'll get to it.

12                      MR. LATZES:  Which payment due

13             period?  The first one?

14                      MR. NAHRGANG:  Bear with me.

15             The first page, payment due January 1,

16             2022.

17                      MR. LATZES:  Right.

18                      MR. NAHRGANG:  I'm looking at

19             the second page of that statement.

20                      MR. LATZES:  Off the record.

21                      (At this time, a discussion was

22             held off the record.)

23   A        I do recognize it.

24   Q        And what are they?  What are those charges

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

1    for?

2    A        It is the transaction for purchasing the

3    airline ticket.

4    Q        Are you the only one who uses all these

5    credit cards that you provided the statements for?

6    A        Correct.

7                    INTERPRETER:  Sorry, Counsel.

8                Can interpreter rephrase that question one

9                more time?  I just want to clarify the

10               accurate question.

11                   MR. NAHRGANG:  We can read it

12               back --

13                   INTERPRETER:  No.  Interpreter

14               interpreted incorrectly.

15                   MR. NAHRGANG:  Oh.  You

16               interpreted incorrectly.  Sorry.

17                   (At this time, the interpreter

18               asked the question again.)

19   A        Correct.

20   Q        So turning to Credit One which is near the

21   back of TA-7.

22                   INTERPRETER:  Turn back to which

23               page?

24                   MR. NAHRGANG:  It's actually the

NGUYEN TA

29

```
 1            last page.
 2                  MR. LATZES:  Last page of the
 3            group --
 4                  MR. NAHRGANG:  Yep.
 5                  (At this time, a discussion was
 6            held off the record.)
 7  BY MR. NAHRGANG:
 8  Q       So you see the last page of that exhibit;
 9  correct?
10  A       Yes.
11  Q       And it reflects North Penn Water Authority
12  charge of $118.  Is that the same as the other
13  utilities that you've been paying for the house?
14                  MR. LATZES:  I'm just going to
15            object.  I'm going to ask for
16            clarification.  Are you referring -- are
17            you indicating that the North Penn Water
18            Authority was a previous charge or are you
19            just suggesting that this is just an
20            additional utility charge; is that what
21            your question is?
22                  MR. NAHRGANG:  Yes, this appears
23            to be another utility charge.
24                  MR. LATZES:  Right.  There was
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

1       not a water -- there wasn't a previous

2       water charge.

3             MR. NAHRGANG:  No.  I'm lumping

4       it in with all the utilities that we

5       discussed before; PPL, PECO, Verizon, this

6       is water; so that's another utility, and

7       just like the other utilities, you are

8       paying utilities for the house.

9             MR. LATZES:  And I'm just gonna

10      object.  I'm gonna object as to the form

11      of the question.  I'm just simply going to

12      say that Counsel indicated, as to paying

13      the utilities for the house.  The

14      utilities for the house are identified in

15      these charges.  These are the charges that

16      were -- that my client confirmed that he

17      paid.  He didn't confirm that he paid all

18      the -- and I'm not sure if this is what

19      you are trying to get at, but if it was, I

20      just want to clarify.  He's not suggesting

21      -- and I don't know if you are suggesting,

22      but if it is a suggestion, that's not what

23      he's testifying to.  He's testifying that

24      these charges for these particular

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

31

1          expenses were paid for the house.  Not all

2          the utility charges for whatever period of

3          time was paid for the house.  So if that's

4          a clarification, you know, I just want to

5          make sure.

6                    WITNESS:  I don't understand.

7                    MR. LATZES:  Okay.  So the

8          question, again, Counsel asked the

9          question, but I'm just getting

10         clarification.  If you are limiting your

11         question to:  Is this a charge that you

12         are paying in addition to the other

13         charges on the credit cards, that's fine.

14                    If you are saying:  Is this a

15         charge that you are paying for all the

16         charges for the utilities on the home

17         open-ended, then I object, and obviously

18         that's not what he's saying and that's not

19         what this is about.  So that -- you

20         understand what I'm asking?

21                    MR. NAHRGANG:  Yes.  What I was

22         trying to do was simply tie it into the

23         previous answers which obviously became

24         far too complicated.  So I'll make it

NGUYEN TA

32

1          simple.

2     Q          Is this North Penn Water Authority item a

3     utility bill for the house that your mom owns?

4     A          Yes.

5     Q          How did you come to charge that on your

6     credit card?

7     A          I don't understand what your question

8     mean.

9     Q          On all these statements, you incurred

10    charges; right?  So you purchased items for

11    services; correct?

12    A          I don't understand your question, but in

13    general, I understand it means I use my credit card

14    for all this transaction; correct?

15    Q          Yes.  And this North Penn Water bill, was

16    it in your name?

17    A          I don't understand.

18                    MR. NAHRGANG:  So the witness

19            has answered to my last question was, he

20            didn't understand the question?

21                    MR. LATZES:  That's what he just

22            said.  Well -- can we go off the record

23            for a second.

24                    (At this time, a discussion was

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

33

```
 1              held off the record.)

 2    A         So whoever is the house, the property

 3    owner is the one that bill from North Penn Water

 4    Authority addressed to.

 5    Q         Okay.  So to restate, your answer is that

 6    these utility bills that you had paid were not in

 7    your name; correct?

 8    A         Correct.

 9                   MR. NAHRGANG:  So off the

10              record.

11                   (At this time, a discussion was

12              held off the record.)

13    BY MR. NAHRGANG:

14    Q         So we had an off the record discussion in

15    which when you confirmed that the utility bills are

16    provided to you by your mother, and then you pay

17    those bills through your credit card; correct?

18    A         Correct.

19    Q         Thank you.

20                   (At this time, a document was

21              marked for identification as TA-8.)

22                   (At this time, a discussion was

23              held off the record.)

24
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

34

```
 1    BY MR. NAHRGANG:

 2    Q          Back on the record.  Directing your

 3    attention to the second page of TA-8.  July 29th

 4    reflects a deposit from your mother; correct?

 5                        MR. LATZES:  For the record, it

 6                says "Zelle From Thai Hien Nguyen" on

 7                7/29.

 8    A          No.

 9    Q          "No" that is not a deposit from your

10    mother?

11    A          No.

12                        MR. LATZES:  Can he explain?

13    Q          I'll ask you to explain what that item is

14    then in your bank statement.

15    A          That is the payment for the airline

16    ticket.

17    Q          That item, that line reflects "deposit";

18    correct?

19    A          Correct.  It is the payment from customer

20    for the airline ticket I purchased for them.

21    Q          So the name that's listed there, that's

22    not your mother's name?

23    A          No.

24    Q          It's someone with the same name?
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

1    A         Correct.

2    Q         All right.  There were various purchases.

3    I mean, you can look through the exhibit and find

4    them, but again, these are your bank statements that

5    reflect payments to the Vietnam Embassy?

6                      MR. LATZES:  Why don't we just

7               go off the record for a second.

8                      (At this time, a discussion was

9               held off the record.)

10   BY MR. NAHRGANG:

11   Q         Back on the record.

12   A         So those are the transaction I assist

13   clients or particularly more toward my grandparent

14   when they have to apply for Visa to travel in the

15   country of Vietnam or out of the country of Vietnam.

16   Q         So does every purchase from the Vietnam

17   Embassy that appears in these bank statements, is

18   every one of those purchases related to your

19   grandparents?

20   A         So some of the transaction is for the

21   assistance to the customers who need to travel back

22   to Vietnam.  They need to apply for Visa.  And part

23   of it directly assists with my grandparents when

24   they need to apply for Visa from Vietnam to U.S.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

36

1    Q        All right.  Directing your attention to

2    November 10th.  If you will go find November 10th,

3    please.  At the top, it says page 2 of the

4    November 30 statement.

5                    MR. LATZES:  Which one are you

6                    referring to?

7    Q        So the first November 10th item reflects a

8    deposit of $20,000 purporting to be from Everyday

9    Checking.  Is that a deposit from your personal bank

10   account?

11   A        So that is the transaction deposit from my

12   personal bank account to my business account.

13   Q        Okay.  So throughout these -- throughout

14   this exhibit, there are transfers or deposits from

15   the business banking account to your personal

16   banking account.  Can you generally explain the

17   purpose of those?

18   A        Correct.

19   Q        Well, I'm asking what is the purpose of

20   the transfers back and forth from your personal

21   account to your business account?

22   A        Due to the fact prior to open the business

23   bank account, I utilized all the transactions of

24   business on my personal bank account; however, after

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

1    I had opened the business bank account, I have to

2    transfer the fund where that account need for that

3    account.

4    Q        Okay.  And also on November 10th, you see

5    a Check Number 1004?

6                        INTERPRETER:  On November 10th,

7              Counsel?

8                        MR. NAHRGANG:  I believe so.

9              November 10th.  Yep.

10                        INTERPRETER:  Oh.  This one.  Is

11              it for the $2,000 or $12,000, Counsel?

12                        MR. NAHRGANG:  $12,000.

13                        MR. LATZES:  Well, let him ask a

14              question before you --

15    Q        Yeah.  I want to direct your attention to

16    that.  Do you see that?

17    A        Yes, I see it.

18    Q        Okay.  What was that check for?

19    A        So when the customer canceled their travel

20    plan, we have to refund them the money.

21                        MR. NAHRGANG:  Okay.  I'd like a

22              copy of that check just to verify that.

23                        MR. LATZES:  I'll see what I can

24              do.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

```
 1                    (At this time, a document was

 2          marked for identification as TA-9.)

 3  BY MR. NAHRGANG:

 4  Q        All right.  Moving on to TA-9.  Directing

 5  your attention to the second page, June 28th --

 6  first of all, I can represent to you that this is

 7  the July statement from your bank account ending in

 8  2103.  Does that look correct?

 9  A        Please wait for a second.

10                    MR. LATZES:  Off the record.

11                    (At this time, a discussion was

12          held off the record.)

13  A        Okay.

14  Q        On June 28th, which is the second page,

15  there is a debit to a TD account.

16                    INTERPRETER:  I'm sorry.  What

17          line are you looking at?

18  Q        June 28th.  TD Bank account fund.  Can you

19  explain --

20                    MR. LATZES:  Hold on.  I'm

21          trying to find it.  Hold on.  I see it --

22          oh.  No, I don't.  Oh.  Yes, I do.  Got

23          it.  Off the record.

24                    (At this time, a discussion was
```

NGUYEN TA

1              held off the record.)

2    Q        All right.  So on the record.  So as I

3    understand your testimony which based on a

4    discussion off the record, your debit from your bank

5    account on June 28th, there's two items to a TD

6    account.  You don't recall what that is?

7    A        Correct, I don't remember.

8    Q        Does your mom have access to this bank

9    account online?

10   A        I don't know.

11   Q        Okay.  Is it possible that she made that

12   withdraw?

13                  MR. LATZES:  I'm going to

14              object.  It asks for speculation.

15   A        I do not know.

16   Q        Okay.  Moving on to TA-10 which is the

17   Freedom.

18                  (At this time, a discussion was

19              held off the record.)

20                  (At this time, a document was

21              marked for identification as TA-10.)

22   BY MR. NAHRGANG:

23   Q        So you've been shown TA-10, and I can

24   represent to you that it's a copy of the Freedom

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

1    bank account ending in 5518, a copy of it that you

2    provided to me, and you've reviewed it, and that's

3    correct; right?

4    A        Correct.

5    Q        Okay.  So looking at the first page, you

6    see a deposit which purports to be a deposit from

7    your stepfather Charles in the amount of $2,500.  Do

8    you see that?  Is that correct?

9    A        Correct.

10   Q        And then two days later, a debit, a

11   withdraw for $2,000 back to Charles; correct?

12   A        I see it.

13   Q        Okay.  And can you explain -- well, let me

14   restate.  Throughout TA-10, there are transfers back

15   and forth from your parents' account to this

16   account; correct?

17   A        Yes.

18   Q        What is -- generally, what is the purpose

19   of all these transfers back and forth?

20   A        So this is the transaction that sometimes

21   my parents borrow me -- from me, from my account to

22   pay their expenses on their account, and -- or they

23   have pay me back the amount that was being borrowed.

24   Q        Okay.  And who transferred -- on those

NGUYEN TA

41

1    occasions, who transferred the money; was it you or

2    your mother?

3                    MR. LATZES:  I'm going to

4                    object.  I don't want -- and I don't want

5                    us to have to go through each item,

6                    believe me, but the question is so general

7                    that I'm not sure what you are referring

8                    to when you say "these transfers."  Do you

9                    mean that all the transfers on all of the

10                   accounts in all the months that you are

11                   talking about or are you referring to one

12                   particular month in particular?  Are you

13                   referring to what exactly?

14                   MR. NAHRGANG:  Well, just as I

15                   phrased the question "in generally" and

16                   the witness answered.  So I think he

17                   understood what I meant when I said

18                   "generally."  I'll use the same condition

19                   if you will.

20   Q        Generally, who does these transfers,

21   generally?

22   A        So you are referring to the transaction

23   coming out from my bank account or are you asking --

24   what exactly is your question?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

42

1   Q        So one of the questions earlier asked

2   about the transfers, generally, to and from this

3   account and your parents' account.  So I say to and

4   from; so withdraws and deposits both ways, and you

5   answered the question, and you said, generally, it's

6   them borrowing money and them paying you back.

7            I'm asking the same question regarding who

8   is performing the transfers; generally, is it you or

9   is it your mother?

10                   MR. LATZES:  Or is it both?

11  Q        Or is it both?

12  A        I myself perform the transfer.

13  Q        All of them?

14  A        So the transaction, that is deposited into

15  my account is wired from my parents' account that's

16  wired to my account, but the account, the

17  transaction that withdraw from my account, I perform

18  that.

19  Q        So I'm going to restate what I understand

20  your answer to be.

21           Every time there's a deposit in your

22  account from your parents, they arrange that, and

23  every time there's a withdraw from your account back

24  to theirs, you arrange that; is that correct?

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

1    A        Correct.

2    Q        Were any transfers from you to your

3    stepfather's account for the purpose of charity?

4    A        Yes.

5    Q        What charities did you transfer money for

6    and why?

7    A        So I only transfer the fund to my parents'

8    account, and they determine what charity,

9    organization or what charity they want to support in

10   Vietnam during the COVID.

11   Q        So the charity, the charitable

12   contribution is from your parents, not from you?

13   Even though you are the source of the funds, it's

14   their charitable contribution, not yours; correct?

15                    MR. LATZES:  I'm going to object

16             as to the form.  It includes information

17             that he didn't testify to, but reality is

18             he said that it's their decision what

19             charities are made in Vietnam.  He simply

20             provides the money for those charities.

21                    MR. NAHRGANG:  And I would like

22             to hear the answer he provided.

23                    INTERPRETER:  He answered --

24             Mr. Ta answered "Correct."

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

44

1                          (At this time, a document was

2                  marked for identification as TA-11.)

3                          (At this time, a discussion was

4                  held off the record.)

5    BY MR. NAHRGANG:

6    Q       So I'm going to have two more exhibits or

7    at least one.  This will be TA-11.  So having read

8    that portion of TA-11, do you have a different

9    answer or the same answer about who is asking for

10   this charity?

11   A       No, I don't have a different answer.

12   Q       So your mom testified that you were the

13   one who initiated the charitable contribution and

14   required your dad's account to accomplish it.  Do

15   you disagree with that?

16                          MR. LATZES:  I'm going to

17                  object.  I'm not sure that's what it says

18                  here.  For the record, it says:  So those

19                  amounts that you saw that were deposited

20                  to the bank account from these statements

21                  for were for my son who was asking my

22                  husband to help him transfer the money

23                  back to Vietnam to the people that we

24                  support that they need assistance.

NGUYEN TA

1              Not necessarily suggesting that

2       it's Mr. Ta's only -- is the only person

3       or any person that would be --

4              MR. NAHRGANG:  Okay.

5              MR. LATZES:  So I'm just saying

6       the way that you are interpreting it is

7       different than the way I read it.

8              MR. NAHRGANG:  All right.  I

9       have no further question.

10              MR. LATZES:  I was just going to

11       ask one or two follow-up.  I want to get a

12       stipulation on this, but I think it was

13       exhibit -- maybe you could help me out --

14              MR. NAHRGANG:  What did you want

15       to stipulate?

16              MR. LATZES:  I don't think it's

17       that relevant, but I want to make sure

18       that it's clear, because we made an issue

19       about the tax return, and I just want to

20       get clarification that the actual -- I

21       think it was under, the line item under --

22              MR. NAHRGANG:  TA-3 --

23              MR. LATZES:  Yeah.  That

24       supplies that were listed and you made,

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

1                you know, you made an issue of it, and I

2                did try to clarify it, and I don't know if

3                it's necessary -- and we're off the

4                record.  Are we off the record?

5                        COURT REPORTER:  No.

6                        MR. NAHRGANG:  I didn't know,

7                honestly.

8                        (At this time, a discussion was

9                held off the record.)

10  BY MR. LATZES:

11  Q        All right.  Go back on the record.  I'm

12  going to refer you back to TA-3, the profit and loss

13  statement.  You prepared this tax return; right?

14  A        Correct.

15  Q        And this was for the tax year of 2021?

16  A        Okay.

17  Q        And it showed that you had gross receipts

18  of $351,626?

19  A        Mm-hmm.

20  Q        And you prepared this tax return; is that

21  correct?

22  A        Correct.

23  Q        And you testified that you haven't gone --

24  I don't believe you went to college -- did you

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

1    graduate college?

2    A        No.

3    Q        And how far did you go in school?

4    A        High school.

5    Q        Okay.  And you are not trained in

6    accounting, are you?

7    A        No.

8    Q        So the question is:  You listed under Line

9    Item Number 22, Supplies.  Now, do you see that?

10   Did you spend $249,000 on brooms or brushes or --

11   A        Only ticket.

12   Q        Tickets.  Okay.  Tickets that cost -- they

13   cost money?

14   A        Correct.

15   Q        Would you consider this the cost of doing

16   business; that $249,000 that you spent?

17   A        No.

18   Q        The cost of doing business to spend that

19   money -- when I say "cost of doing business," I mean

20   to buy tickets and the other expenses to run the

21   business.

22   A        No.  It's only towards the expense of

23   purchasing air ticket.  Not including other

24   expenses.

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

1    Q        Oh.   So this is just a ticket itself, and

2    there's other expenses?

3    A        Correct.

4                  MR. LATZES:  All right.   That's

5         all I have.

6                  (Witness excused.)

7                  (Deposition concluded at 1:18

8         p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

NGUYEN TA

49

1                    C E R T I F I C A T I O N

2

3

4            I, STEVEN KAMINSKI, Professional Reporter and

5    Notary Public, hereby certify that the proceedings, evidence

6    and objections are contained fully and accurately in the

7    notes taken by me in the hearing of the foregoing matter,

8    and that this is a true and correct transcript of the same.

9

10                          -   -   -

11

12

13

14

15

16

17

18

19

20

21

22   DATE:                        _____

23                                STEVEN KAMINSKI

24

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

50

```
1                    INSTRUCTIONS TO WITNESS

2

3              Please read your deposition over carefully

4    and make any necessary corrections.  You should

5    state the reason in the appropriate space on the

6    errata sheet for any corrections that are made.

7              After doing so, please sign the errata

8    sheet and date it.

9              You are signing same subject to the

10   changes you have noted on the errata sheet, which

11   will be attached to your deposition.

12             It is imperative that you return the

13   original errata sheet to the deposing attorney

14   within thirty (30) days of receipt of the deposition

15   transcript by you.  If you fail to do so, the

16   deposition transcript may be deemed to be accurate

17   and may be used in court.

18

19

20

21

22

23

24
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

51

1                                      - - -

2                      E R R A T A   S H E E T

3                                      - - -

4

5      PAGE         LINE        CHANGE

6      _____        _____        _____

7      _____        _____        _____

8      _____        _____        _____

9      _____        _____        _____

10     _____        _____        _____

11     _____        _____        _____

12     _____        _____        _____

13     _____        _____        _____

14     _____        _____        _____

15     _____        _____        _____

16     _____        _____        _____

17     _____        _____        _____

18     _____        _____        _____

19     _____        _____        _____

20     _____        _____        _____

21     _____        _____        _____

22     _____        _____        _____

23     _____        _____        _____

24     _____        _____        _____

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

52

1                    ACKNOWLEDGMENT OF DEPONENT

2

3              I, _Nguyen Ta_        , do hereby certify

4    that I have read the foregoing pages and that the

5    same is a correct transcription of the answers given

6    by me to the questions therein propounded, except

7    for the corrections or changes in form or substance,

8    if any, noted in the attached Errata Sheet.

9

10

11

12    _____        _____
      Date                   Signature

13

14

15

16

17                    Steven Kaminski

18                    Notary Public

19

20

21

22

23

24

NGUYEN TA

53

## A

**a.m** 1:16
**ability** 5:6
**able** 5:9
**access** 39:8
**accomplish** 44:14
**account** 11:6,9,19 24:14,17
25:12 36:10,12,12,15,16,21
36:21,23,24 37:1,2,3 38:7
38:15,18 39:5,6,9 40:1,15
40:16,21,22 41:23 42:3,3,15
42:15,16,16,17,22,23 43:3,8
44:14,20
**accounting** 47:6
**accounts** 7:17 41:10
**accurate** 28:10 50:16
**accurately** 49:6
**ACKNOWLEDGMENT**
52:1
**actual** 45:20
**add** 20:21
**addition** 31:12
**additional** 10:14 29:20
**address** 4:19
**addressed** 11:8 33:4
**affair** 11:5
**agency** 9:13,22 14:8 15:1
19:8
**agree** 21:8,16
**agreement** 4:1
**ahead** 23:10
**air** 47:23
**airline** 28:3 34:15,20
**airplane** 9:13
**ambiguous** 18:15
**amount** 40:7,23
**amounts** 44:19
**answer** 5:14 9:21 11:2 17:8
20:6,9 21:11 22:6 26:4,9
33:5 42:20 43:22 44:9,9,11
**answered** 10:20 12:21 13:8
32:19 41:16 42:5 43:23,24
**answering** 11:8
**answers** 5:7,10,19 7:5 31:23
52:5
**appear** 19:23
**appears** 29:22 35:17

**apply** 35:14,22,24
**appreciate** 16:20
**appropriate** 50:5
**April** 7:8,19 23:12
**area** 11:7
**arrange** 42:22,24
**asked** 5:14,17 6:17 7:7 12:21
13:6,8 28:18 31:8 42:1
**asked/requested** 6:21
**asking** 13:9 14:13 31:20
36:19 41:23 42:7 44:9,21
**asks** 23:7,12 39:14
**assist** 10:15,17 11:4,5,7,20
35:12
**assistance** 11:11 35:21 44:24
**assisting** 11:14
**assists** 35:23
**ASSOCIATES** 2:10
**attached** 3:9,22 50:11 52:8
**attention** 34:3 36:1 37:15
38:5
**attorney** 5:1 50:13
**August** 23:21,24 24:1,9
**Authority** 29:11,18 32:2 33:4
**Avenue** 10:10 25:17
**aware** 9:24 10:5

## B

**B** 3:8
**back** 8:15 15:6,11 20:16
21:15 22:8 24:12 26:15
28:12,21,22 34:2 35:11,21
36:20 40:11,14,19,23 42:6
42:23 44:23 46:11,12
**bank** 7:7,10 11:6,8,19 23:14
34:14 35:4,17 36:9,12,23,24
37:1 38:7,18 39:4,8 40:1
41:23 44:20
**banking** 36:15,16
**bankruptcy** 6:10
**barely** 20:23
**based** 39:3
**Bear** 24:22 26:15 27:14
**believe** 6:24 24:13 26:16 27:8
37:8 41:6 46:24
**Bell** 1:15
**best** 13:4

**better** 21:5,5
**bill** 25:14,20 26:1,10 32:3,15
33:3
**bills** 25:13 33:6,15,17
**Blue** 1:15
**Borough** 26:13
**borrow** 40:21
**borrowed** 40:23
**borrowing** 42:6
**bought** 20:3 21:8,24
**brooms** 47:10
**brushes** 47:10
**Bucks** 26:9
**business** 9:12 10:1,4,8,13,16
11:14 13:20 15:20,24 19:2
36:12,15,21,22,24 37:1
47:16,18,19,21
**buy** 21:20 22:1 47:20

## C

**C** 2:1 49:1,1
**C-A-N-H** 13:20
**call** 4:21
**canceled** 37:19
**Capital** 23:20,22 24:18 27:11
**card** 7:17,20 23:8,16,17 27:9
32:6,13 33:17
**cards** 28:5 31:13
**carefully** 50:3
**Central** 26:9
**certification** 4:2
**certify** 49:5 52:3
**CHANGE** 51:5
**changes** 50:10 52:7
**charge** 25:9,11 27:2 29:12,18
29:20,23 30:2 31:11,15 32:5
**charges** 27:24 30:15,15,24
31:2,13,16 32:10
**charitable** 43:11,14 44:13
**charities** 43:5,19,20
**charity** 43:3,8,9,11 44:10
**Charles** 40:7,11
**Chase** 27:9
**check** 37:5,18,22
**Checking** 36:9
**claim** 9:9
**clarification** 17:14 29:16

NGUYEN TA

54

31:4,10 45:20
clarify 13:2 28:9 30:20 46:2
clear 5:6,10 18:15 19:4 45:18
client 8:24 17:21 30:16
clients 35:13
college 46:24 47:1
Collegeville 2:13
come 22:16,20 32:5
comes 15:21
coming 41:23
commencing 1:16
complicated 31:24
complied 6:24
concluded 48:7
condition 41:18
conduct 10:8
confirm 8:24 13:15 30:17
confirmed 30:16 33:15
consider 47:15
contact 19:8
contained 49:6
contents 9:6
contribution 43:12,14 44:13
copy 37:22 39:24 40:1
correct 8:9,10 9:5,8,10,11,23
  10:11 13:21 16:3 19:24
  20:1 22:18 25:18,19,21,22
  26:7,11 28:6,19 29:9 32:11
  32:14 33:7,8,17,18 34:4,18
  34:19 35:1 36:18 38:8 39:7
  40:3,4,8,9,11,16 42:24 43:1
  43:14,24 46:14,21,22 47:14
  48:3 49:8 52:5
corrections 50:4,6 52:7
cost 47:12,13,15,18,19
counsel 2:7,14 4:1 8:18 11:16
  13:2,23 17:5 28:7 30:12
  31:8 37:7,11
count 24:23
country 35:15,15
court 1:21 46:5 50:17
COVID 43:10
credit 7:17,17,20 23:8,15,17
  28:5,20 31:13 32:6,13 33:17
curious 13:24
customer 19:7 34:19 37:19
customers 35:21

**D**

D 1:2 3:1
dad's 44:14
date 26:17 49:22 50:8 52:12
dated 12:11
dates 24:3
days 40:10 50:14
deadline 7:2
debit 38:15 39:4 40:10
decide 12:16 13:7
decision 43:18
deemed 5:19 50:16
definition 15:20
Department 14:2
DEPONENT 52:1
deposing 50:13
deposit 34:4,9,17 36:8,9,11
  40:6,6 42:21
deposited 42:14 44:19
deposition 48:7 50:3,11,14,16
deposits 36:14 42:4
DESCRIPTION 3:9
determine 43:8
Dich 2:19 4:8
differences 18:2
different 18:5 44:8,11 45:7
direct 37:15
Directing 34:2 36:1 38:4
directly 35:23
disagree 21:9 44:15
discussed 30:5
discussion 6:2,14 9:18 11:24
  15:4 16:7 19:12 20:13
  26:22 27:21 29:5 32:24
  33:11,14,22 35:8 38:11,24
  39:4,18 44:3 46:8
document 3:11,12,13,14,17
  3:18,19,20,21 6:6 7:13,24
  8:6,17 9:1 11:22 16:24 23:3
  33:20 38:1 39:20 44:1
documents 6:22 19:10 23:7
doing 13:10 47:15,18,19 50:7
Don 2:20
Drive 1:15
Driver 26:18 27:2
due 27:12,15 36:22
duly 4:8,13

**E**

E 1:1,2 2:1,1,18,18 3:1,8 49:1
  51:2,2,2
earlier 42:1
education 5:23,23
Electric 25:8
Elizebeth 2:19 4:8
Embassy 35:5,17
employees 10:13,15
engaged 17:7
English 4:9,10 14:12,16
errata 50:6,7,10,13 52:8
ERSA 1:21
Esquire 2:4,11,20
Evansburg 2:12
Everyday 36:8
evidence 49:5
exactly 10:17 41:13,24
EXAMINATION 1:12
examined 4:14
example 10:24 11:1
excused 48:6
exhibit 29:8 35:3 36:14 45:13
Exhibit-4 17:3
exhibits 3:22 44:6
expense 8:11 47:22
expenses 8:12 31:1 40:22
  47:20,24 48:2
experienced 11:7
explain 34:12,13 36:16 38:19
  40:13

**F**

F 49:1
fact 8:22,24 21:24 36:22
fail 50:15
familiar 9:6
family 22:16,23
far 10:23 15:15,18,18,19
  17:11 31:24 47:3
federal 8:9
feels 8:20
fictitious 12:5,17 13:1,2,11
  13:15
figure 13:4
filed 12:7,12 13:6 17:23
filing 4:2 13:10

**find** 35:3 36:2 38:21
**fine** 31:13
**finished** 6:5 16:11
**first** 18:14 19:20 23:20 24:4,5
  27:13,15 36:7 38:6 40:5
**flip** 27:10
**Florida** 22:23
**follow-up** 20:19 45:11
**follows** 4:11,15
**foregoing** 49:7 52:4
**forgetting** 7:1
**Forgive** 4:22
**form** 4:4 8:17 9:3 13:5 15:24
  18:21 30:10 43:16 52:7
**forth** 15:20 36:20 40:15,19
**frame** 7:1
**Freedom** 39:17,24
**Friday** 1:15
**fully** 49:6
**fund** 11:19 37:2 38:18 43:7
**funds** 43:13
**further** 45:9

**G**

**general** 32:13 41:6
**generally** 36:16 40:18 41:15
  41:18,20,21 42:2,5,8
**getting** 31:9
**gift** 21:8,21
**give** 5:6,10
**given** 16:24 52:5
**go** 4:19 6:11 9:15 13:16 23:9
  26:15 32:22 35:7 36:2 41:5
  46:11 47:3
**going** 5:12 8:16 15:13,17,22
  17:11 18:12 20:4,18,21
  21:10,22 24:23 29:14,15
  30:11 39:13 41:3 42:19
  43:15 44:6,16 45:10 46:12
**gonna** 30:9,10
**good** 4:22 23:11
**graduate** 47:1
**graduated** 6:1
**grandmother** 21:21 22:1,2
  22:15
**grandparent** 35:13
**grandparents** 19:21 35:19,23

**great** 15:15
**gross** 46:17
**group** 2:20 29:3
**guard** 15:3
**guess** 14:15 15:14 17:13

**H**

**H** 1:2 3:8 51:2
**hands** 20:24 21:1
**head** 14:6
**hear** 43:22
**hearing** 49:7
**held** 6:3,15 7:18 9:19 12:1
  15:5 16:8 19:13 20:14
  26:23 27:22 29:6 33:1,12,23
  35:9 38:12 39:1,19 44:4
  46:9
**help** 11:3 15:22 16:19 44:22
  45:13
**helps** 10:12
**Hien** 34:6
**high** 6:1,5 47:4
**highest** 5:23
**Hold** 38:20,21
**home** 31:16
**honestly** 46:7
**house** 10:9 25:15,15,21 26:6
  26:10 29:13 30:8,13,14 31:1
  31:3 32:3 33:2
**hundred** 18:5
**husband** 44:22

**I**

**idea** 10:3
**identification** 6:7 7:14 8:1
  11:23 19:11 23:4 33:21
  38:2 39:21 44:2
**identified** 30:14
**identify** 12:4,4 22:10
**identifying** 21:2
**Immigration** 2:20
**impair** 5:6
**imperative** 50:12
**important** 22:4
**includes** 43:16
**including** 47:23
**incorrectly** 11:20 28:14,16

**incurred** 32:9
**indicated** 30:12
**indicating** 29:17
**Indistinct** 5:24
**information** 43:16
**initiated** 44:13
**inquire** 8:19
**INSTRUCTIONS** 50:1
**intentions** 15:11
**interpretation** 14:22 16:4
**interpreted** 28:14,16
**interpreter** 2:19 10:24 11:15
  13:12 14:18 15:7 16:2,2,13
  16:20,24 17:2,4,8 23:11,23
  26:20 28:7,8,13,13,17,22
  37:6,10 38:16 43:23
**interpreting** 16:12 45:6
**issue** 4:18 11:18 45:18 46:1
**issues** 11:8 22:4
**item** 24:21 25:4 32:2 34:13
  34:17 36:7 41:5 45:21 47:9
**items** 26:1 32:10 39:5

**J**

**January** 27:15
**job** 27:4
**jointly** 7:18
**July** 23:21,24 24:9 34:3 38:7
**June** 38:5,14,18 39:5

**K**

**Kaminski** 1:13 49:4,23 52:17
**know** 11:2 13:6,9,10 15:17
  16:11,17 17:12,13 18:24
  20:2,24 27:9 30:21 31:4
  39:10,15 46:1,2,6
**KNOWLES** 1:14

**L**

**L** 2:18
**lady's** 20:24
**language** 17:20
**Latzes** 2:3,4 3:6 6:11 8:5,16
  9:15 10:21 11:1 12:20
  13:14,23 14:10,16,20,23
  15:2,6,13 16:15,23 17:1,10
  17:24 18:4,9,14 19:4,17

20:4,11,20 21:4,10,22 23:9
23:15 24:2,5,10,20 25:1,4
27:12,17,20 29:2,14,24 30:9
31:7 32:21 34:5,12 35:6
36:5 37:13,23 38:10,20
39:13 41:3 42:10 43:15
44:16 45:5,10,16,23 46:10
48:4
**Law** 1:14 2:3
**Lenmar** 1:15
**level** 5:23
**license** 27:4
**limiting** 31:10
**line** 8:13 20:7 24:21 34:17
38:17 45:21 47:8 51:5
**lining** 15:16
**list** 14:1
**listed** 8:11,12,13,21,22,23 9:1
34:21 45:24 47:8
**live** 25:15,17
**LLC** 1:14
**look** 21:3 24:8 35:3 38:8
**looked** 19:17
**looking** 8:3,19 14:5 19:23
20:22 27:18 38:17 40:5
**looks** 16:18
**loss** 46:12
**lumping** 30:3

---
### M
**M** 1:1
**M-Y** 13:20
**manage** 11:5
**March** 12:15
**marked** 3:9 6:7 7:14 8:1,3
11:23 19:11,15 23:4 33:21
38:2 39:21 44:2
**Matt** 2:11 5:1
**matter** 11:4,21 49:7
**MCGRAW** 1:14
**mean** 14:9,12,12 15:14 17:15
17:17 18:4,9 19:5,6 23:15
32:8 35:3 41:9 47:19
**means** 14:18,24 17:13 18:16
18:24 21:1 32:13
**meant** 15:7 41:17
**medication** 5:5

**mention** 7:4 15:8
**MICHAEL** 2:3,4
**mind** 13:18
**minute** 10:20,22
**Mm-hmm** 46:19
**mom** 11:10,13 21:7 32:3 39:8
44:12
**money** 11:10 37:20 41:1 42:6
43:5,20 44:22 47:13,19
**month** 11:16 41:12
**months** 24:16 41:10
**Morningside** 2:19
**mother** 9:24 33:16 34:4,10
41:2 42:9
**mother's** 19:21 34:22
**Motions** 14:6
**moving** 15:15 22:10 38:4
39:16

---
### N
**N** 1:1,1,2 2:1,18 3:1 49:1
**N/A** 3:11,12,13,14,15,16,17
3:18,19,20,21
**Nahrgang** 2:10,11 3:5 4:17
5:1 6:8,13,16 7:15 8:2 9:17
9:20 10:18 11:17 12:2,22
14:6,14,21 16:5,9,22 17:6
17:19 18:2,6,12,19 19:14
20:18 21:3 23:5 24:1,4,7,22
25:2,6 27:1,14,18 28:11,15
28:24 29:4,7,22 30:3 31:21
32:18 33:9,13 34:1 35:10
37:8,12,21 38:3 39:22 41:14
43:21 44:5 45:4,8,14,22
46:6
**name** 4:18 7:18 12:6,17 13:1
13:3,11,15,16,19 14:1,7,9
14:22 15:9 32:16 33:7
34:21,22,24
**nature** 9:12
**near** 28:20
**necessarily** 45:1
**necessary** 46:3 50:4
**need** 8:24 11:3 17:14 23:10
35:21,22,24 37:2 44:24
**Nguyen** 1:3 2:7,14,21 3:4
4:13,20,21,21,22 5:2,24 6:9

34:6
**North** 29:11,17 32:2,15 33:3
**Notary** 1:13 49:5 52:18
**note** 8:11
**noted** 50:10 52:8
**notes** 49:7
**November** 7:9,19 12:11
23:13 26:8,12 36:2,2,4,7
37:4,6,9
**Number** 3:9 7:16 15:24 16:23
17:2 23:7 37:5 47:9

---
### O
**O** 1:1,2 2:18 49:1
**object** 8:16 15:14 17:11,16,20
20:4 21:23 29:15 30:10,10
31:17 39:14 41:4 43:15
44:17
**objecting** 20:7 21:11 22:5
**objection** 12:20,21 14:11
20:21
**objections** 4:3 49:6
**obtaining** 27:4
**obviously** 20:5 31:17,23
**occasions** 41:1
**October** 25:24,24
**office** 10:6
**Offices** 1:14 2:3
**oh** 21:4 23:10 28:15 37:10
38:22,22 48:1
**Oil** 26:9
**Okay** 5:15,18,21 6:24 7:6,12
7:23 9:17 10:6,14 12:22
14:20 19:9 20:20 24:10,18
26:4 31:7 33:5 36:13 37:4
37:18,21 38:13 39:11,16
40:5,13,24 45:4 46:16 47:5
47:12
**old** 12:11,13
**online** 16:1 17:7,12,15,17,24
18:10,16,22,23 19:3,5,8
39:9
**open** 36:22
**open-ended** 31:17
**opened** 24:14,17 37:1
**organization** 43:9
**original** 50:13

NGUYEN TA

**outside** 10:15 14:19 15:9
**owner** 33:3
**owns** 32:3

---

**P**

**P** 2:1,1,18
**P.C** 2:3,10
**p.m** 48:8
**PA** 26:18 27:2
**page** 3:3,9,9 6:20 19:20 21:3
  21:4 23:20 24:4,6,24 25:2
  26:9,12,16 27:15,19 28:23
  29:1,2,8 34:3 36:3 38:5,14
  40:5 51:5
**pages** 19:16 24:23 25:23
  27:10 52:4
**paid** 22:19 23:1 30:17,17
  31:1,3 33:6
**Pak** 2:20,20
**paperwork** 6:10
**parents** 10:15 40:21 42:22
  43:12
**parents'** 25:21 26:6 40:15
  42:3,15 43:7
**part** 8:8 35:22
**particular** 8:20 30:24 41:12
  41:12
**particularly** 35:13
**pause** 10:19,22
**pay** 11:10 33:16 40:22,23
**paying** 26:5,10 29:13 30:8,12
  31:12,15 42:6
**payment** 27:12,15 34:15,19
**payments** 35:5
**PECO** 26:1 30:5
**Penn** 10:10 25:17 29:11,17
  32:2,15 33:3
**Pennsylvania** 1:15,22 2:6,13
**people** 4:21 19:19 44:23
**perform** 42:12,17
**performing** 42:8
**period** 7:8,19,21 23:12,14
  27:13 31:2
**person** 45:2,3
**personal** 36:9,12,15,20,24
**Philadelphia** 1:22 2:6
**phone** 19:23 20:2,23 21:8,20

  21:24 22:2
**Photo** 3:16
**Photos** 3:15
**phrased** 41:15
**picture** 19:19 20:22 21:5
  22:11
**plan** 37:20
**Plaza** 1:22
**please** 5:13,17,22 7:4 12:4
  16:6 36:3 38:9 50:3,7
**point** 15:14 20:8
**pointing** 4:18
**portion** 44:8
**possible** 39:11
**Possibly** 21:19 22:9
**post-date** 26:17
**posted** 25:7
**PPL** 25:8,12 26:1,5 30:5
**prepare** 9:3
**prepared** 17:21,22 18:21
  46:13,20
**pretty** 14:4
**previous** 29:18 30:1 31:23
**prior** 36:22
**proceed** 6:4 13:5
**proceedings** 49:5
**Professional** 1:13 49:4
**profit** 46:12
**properly** 4:19
**property** 33:2
**propounded** 52:6
**provide** 6:21 7:7,9,20
**provided** 28:5 33:16 40:2
  43:22
**provides** 43:20
**Public** 1:14 49:5 52:18
**purchase** 19:7 35:16
**purchased** 32:10 34:20
**purchases** 35:2,18
**purchasing** 28:2 47:23
**purporting** 36:8
**purports** 40:6
**purpose** 12:24 13:9,10 19:2
  36:17,19 40:18 43:3

---

**Q**

**question** 4:4 5:14,16,20 6:17

  11:3 15:23 16:10 17:5,6
  18:8,11,20 19:1 20:6,9
  21:12,13 22:6 28:8,10,18
  29:21 30:11 31:8,9,11 32:7
  32:12,19,20 37:14 41:6,15
  41:24 42:5,7 45:9 47:8
**questioning** 15:16 20:8
**questions** 5:2,13 18:13 42:1
  52:6

---

**R**

**R** 1:2 2:1,18 49:1 51:2,2
**read** 8:14 20:15 21:14 22:7
  24:11 28:11 44:7 45:7 50:3
  52:4
**reading** 17:2
**reality** 43:17
**really** 15:17 17:13 24:16
**reason** 5:9 13:7 14:3 50:5
**reasoning** 13:24
**recall** 21:19 24:16 39:6
**receipt** 50:14
**receipts** 46:17
**recognize** 6:9,18 8:4,5 27:23
**recollection** 21:18
**record** 5:3 6:3,12,15 8:15
  9:16,19 10:18 12:1 13:16,17
  13:17 15:5,6 16:5,8 17:1
  19:13 20:12,14,16 21:15
  22:8 24:12 26:23 27:20,22
  29:6 32:22 33:1,10,12,14,23
  34:2,5 35:7,9,11 38:10,12
  38:23 39:1,2,4,19 44:4,18
  46:4,4,9,11
**refer** 46:12
**reference** 11:15
**referring** 18:23 19:7 24:3,20
  25:5 29:16 36:6 41:7,11,13
  41:22
**reflect** 10:19 35:5
**reflects** 15:24 29:11 34:4,17
  36:7
**refresh** 21:18
**refund** 37:20
**regarding** 15:23 42:7
**register** 12:16
**registering** 13:1

NGUYEN TA

58

registration 12:5
related 27:4 35:18
relates 22:3
relation 20:10
relevance 20:5 21:23
relevancy 15:18
relevant 45:17
remember 20:17 21:18 26:14
    27:7 39:7
rephrase 18:19 28:8
reporter 1:13 8:14 20:15
    21:14 22:7 24:11 46:5 49:4
REPORTERS 1:21
represent 23:13 38:6 39:24
request 7:1 13:11 23:7
requested 3:22 8:15 20:16
    21:15 22:8 24:12
requests 7:16
required 44:14
reserved 4:5
restate 33:5 40:14 42:19
return 8:8,9 9:4,7 45:19
    46:13,20 50:12
reviewed 19:16 40:2
right 5:12,22 6:20 16:22 17:5
    18:17 22:22,23 24:6,18
    27:17 29:24 32:10 35:2
    36:1 38:4 39:2 40:3 45:8
    46:11,13 48:4
Road 2:12
row 26:1
run 47:20

S

S 2:1,18,18 3:8 51:2
saw 44:19
saying 31:14,18 45:5
says 16:17 25:11 34:6 36:3
    44:17,18
school 6:1,5 47:3,4
second 6:12,20 9:16 27:19
    32:23 34:3 35:7 38:5,9,14
see 22:2 23:10 24:19 25:9,11
    26:2,3,18 29:8 37:4,16,17
    37:23 38:21 40:6,8,12 47:9
seen 12:3
self-employed 10:3

selling 9:13
sense 15:12
September 24:6,19 25:7,7
    26:5,15,17,18
series 5:13
service 18:23 19:2,5,8
services 16:1 32:11
sheet 50:6,8,10,13 52:8
showed 46:17
Showing 19:15
shown 39:23
side 19:22
sign 50:7
Signature 52:12
signing 50:9
simple 32:1
simply 30:11 31:22 43:19
solely 7:18
son 44:21
sorry 12:9 14:10,23 22:13
    23:17,23 24:2 26:9,20 27:5
    27:9 28:7,16 38:16
Souderton 26:13
source 43:13
South 1:21
Southwest 27:8
space 10:6 50:5
speaks 8:17 9:1
Specifically 7:16
speculation 39:14
spelling 13:13
spend 11:13 47:10,18
spent 9:9 22:22 47:16
started 24:15
state 14:2 50:5
statement 16:11 23:21 24:8
    27:19 34:14 36:4 38:7
    46:13
statements 7:7,10,17,21 23:8
    23:14,16,17,22 28:5 32:9
    35:4,17 44:20
States 15:9
stepfather 40:7
stepfather's 43:3
Steven 1:13 49:4,23 52:17
stipulate 45:15
stipulation 45:12

Street 1:21 2:5
strongly 20:7
subcontractors 10:13
subject 50:9
subpoena 23:6
substance 52:7
suggesting 29:19 30:20,21
    45:1
suggestion 30:22
Suite 1:22 2:5,12
supplies 8:12 9:10 45:24 47:9
support 43:9 44:24
sure 6:13 8:18 11:17 15:21
    16:3 17:11 19:1 30:18 31:5
    41:7 44:17 45:17
sworn 4:9,14

T

T 1:1,2 2:18 3:8 49:1,1 51:2,2
Ta 1:3 2:7 3:4 4:13,20 43:24
Ta's 45:2
TA-1 3:11 6:7,9,18 23:6
TA-10 3:20 39:16,21,23
    40:14
TA-11 3:21 44:2,7,8
TA-2 3:12 7:14
TA-3 3:13 8:1,3 45:22 46:12
TA-4 3:14 11:23 12:3
TA-5 3:15 19:11,15,16
TA-6 3:16 22:10
TA-7 3:17 23:4,13 28:21
TA-8 3:18 33:21 34:3
TA-9 3:19 38:2,4
taken 1:12 49:7
talking 41:11
tax 8:8,9 9:3,7 45:19 46:13,15
    46:20
TD 38:15,18 39:5
tell 5:22 20:23
testified 4:14 17:22 44:12
    46:23
testify 43:17
testifying 30:23,23
testimony 39:3
Thai 34:6
Thank 4:18 16:21 19:9 23:17
    24:24 25:3 33:19

theirs 42:24
thing 18:17
things 18:5
think 18:7 41:16 45:12,16,21
third 26:16
thirty 50:14
Tho 2:14,21 5:2,24
ticket 9:14 22:19 28:3 34:16
  34:20 47:11,23 48:1
tickets 47:12,12,20
tie 31:22
time 4:5 6:2,6,14 7:1,13,19
  7:24 8:14 9:18 11:13,22,24
  12:13 15:4 16:7 19:10,12
  20:8,13,15 21:14 22:7,22
  23:3 24:11 25:16 26:22
  27:21 28:9,17 29:5 31:3
  32:24 33:11,20,22 35:8 38:1
  38:11,24 39:18,20 42:21,23
  44:1,3 46:8
today 4:23 5:3,7,10
told 13:7 21:7
top 24:8 36:3
trading 16:1 17:7,12,15,18
  18:1,10,16,22
trained 47:5
trans 26:16
transaction 26:21 28:2 32:14
  35:12,20 36:11 40:20 41:22
  42:14,17
transactions 36:23
transcript 1:12 3:23 4:2 49:8
  50:15,16
transcription 52:5
transfer 11:19 37:2 42:12
  43:5,7 44:22
transferred 40:24 41:1
transfers 36:14,20 40:14,19
  41:8,9,20 42:2,8 43:2
translate 4:9 14:12
translated 4:10
translation 14:17
travel 9:13,21 14:8,19,24
  15:8,11 22:19 27:5 35:14,21
  37:19
travels 14:24 15:8
trial 4:6

true 21:6 24:13 49:8
truthful 5:6
try 8:19 46:2
trying 13:4 30:19 31:22
  38:21
turn 6:21 12:14 28:22
turned 12:15
turning 24:18 25:23 27:8
  28:20
two 25:23 39:5 40:10 44:6
  45:11

_____

**U**

U 1:2
U.S 14:19 15:12 35:24
understand 4:23 5:16 6:19
  6:23 12:24 17:20 21:23
  31:6,20 32:7,12,13,17,20
  39:3 42:19
understood 5:20 16:17 41:17
United 1:22 15:9
usage 27:5
use 14:7 32:13 41:18
uses 28:4
utilities 26:5 29:13 30:4,7,8
  30:13,14 31:16
utility 25:13,14,20 26:10
  29:20,23 30:6 31:2 32:3
  33:6,15
utilized 36:23

_____

**V**

vacation 23:1
various 35:2
vehicle 26:18 27:2,5,6
verbal 7:5
verify 37:22
Verizon 26:2 30:5
Vietnam 15:11 22:17 35:5,15
  35:15,16,22,24 43:10,19
  44:23
Vietnamese 4:9,10 15:10
Visa 35:14,22,24
visiting 22:15,16

_____

**W**

W 2:20

wait 5:13 38:9
waived 4:3
Walnut 2:5
want 4:19 12:18 14:7 18:18
  20:9 28:9 30:20 31:4 37:15
  41:4,4 43:9 45:11,14,17,19
wanted 14:1 16:16
wants 8:21 16:2
WARREN 1:14
wasn't 30:1
water 29:11,17 30:1,2,6 32:2
  32:15 33:3
way 12:23 45:6,7
ways 42:4
we're 13:17,17 15:17 20:12
  46:3
went 46:24
wired 42:15,16
withdraw 39:12 40:11 42:17
  42:23
withdraws 42:4
witness 3:3 7:4 13:5,22 31:6
  32:18 41:16 48:6 50:1
words 18:22
wouldn't 10:21 18:11,17
wrote 18:7,21

_____

**X**

X 1:1 3:1,8
X-U-A-T 13:20

_____

**Y**

yeah 13:14 17:16,19 24:22
  37:15 45:23
year 46:15
years 12:13
Yep 29:4 37:9

_____

**Z**

Zelle 34:6

_____

**0**

_____

**1**

1 7:8,19 23:12 27:15
1:18 48:7
10:46 1:16
1004 37:5

NGUYEN TA

60

**10th** 36:2,2,7 37:4,6,9
**11** 3:14
**118** 29:12
**12,000** 37:11,12
**148** 10:10 25:17
**1520** 1:22
**1528** 2:5
**15th** 23:24
**16** 24:1
**16th** 23:21 24:9
**17th** 1:21
**18** 12:13,14,15
**19** 1:15 3:15,16
**19102** 2:6
**19103** 1:22
**19426** 2:13

---
**2**
---
**2** 15:24 16:23 17:2 36:3
**2,000** 37:11 40:11
**2,500** 40:7
**20,000** 36:8
**2020** 12:11
**2021** 7:8,9,19,19 8:8 23:12,13
  24:1,6 46:15
**2022** 27:16
**2023** 1:16
**2103** 38:8
**215)564-1233** 1:23
**22** 8:13 24:7 47:9
**22nd** 25:7
**23** 3:17
**23rd** 24:19 25:7
**249,000** 47:10,16
**249,220** 8:13 9:9
**25** 25:24
**26** 25:24
**26th** 25:24
**27** 23:21
**27th** 23:24 24:9 26:17
**28th** 26:15,18 38:5,14,18
  39:5
**29** 12:15
**29th** 34:3

---
**3**
---
**3** 8:12 19:16 21:3,4 25:24

**30** 1:21 7:9,19 23:13 36:4
  50:14
**33** 3:18
**35** 2:12
**351,626** 46:18
**38** 3:19
**39** 3:20

---
**4**
---
**4** 3:5 7:16 23:7
**400** 2:12
**44** 3:21
**46** 3:6
**4th** 26:8

---
**5**
---
**5518** 40:1
**562.87** 26:13

---
**6**
---
**6** 3:11 19:11
**6-month** 23:14
**6th** 24:24 25:2

---
**7**
---
**7** 3:12
**7/29** 34:7
**710** 2:5

---
**8**
---
**8** 3:13

---
**9**
---
**9** 12:11
**920** 1:15
**9th** 26:12