DAVID M. OFFEN, ESQUIRE
ID NO. 41626
THE CURTIS CENTER
601 WALNUT STREET, SUITE 160 WEST
PHILADELPHIA, PA. 19106
215-625-9600
info@offenlaw.com

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

Charles K. Nguyen              :
Hien T. Nguyen                 :     No. 19-13854
    Debtors                    :

SUPPLEMENT TO CHARLES K. NGUYEN and HIEN T. NGUYEN
REMOTE WITNESS LIST FOR
ZOOM HEARING SEPTEMBER 18, 2025 RE: EXHIBITS

1. Hien T. Nguyen
   Souderton PA
   CN78858@gmail.com

    Ms. Nguyen intends for the Court to rely on Exhibits M1 - M25 submitted with her pending Motion to Compel which she filed pro se.

                                      Respectfully Submitted,

Dated: 09/16/2025              /s/ David M. Offen
                                        David M. Offen
                                        Attorney for Debtor(s)
                                        The Curtis Center
                                        601 Walnut Street, Suite 160 West
                                        Philadelphia, PA 19106
                                        215-625-9600
                                        info@offenlaw.com