```
DAVID M. OFFEN, ESQUIRE
ID NO. 41626
THE CURTIS CENTER
601 WALNUT STREET, SUITE 160 WEST
PHILADELPHIA, PA. 19106
215-625-9600
```
info@offenlaw.com

_____

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
Charles K. Nguyen             :
Hien T. Nguyen                :    No. 19-13854
     Debtors                  :
```

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- SUPPLEMENT TO CHARLES K. NGUYEN and HIEN T. NGUYEN REMOTE WITNESS LIST RE: EXHIBITS

I certify under penalty of perjury that the above document(s) were sent using the mode of service indicated.

```
Dated: 09/16/2025            /s/ David M. Offen
                             David M. Offen
                             Attorney for Debtor(s)
                             The Curtis Center
                             601 Walnut Street, Suite 160 West
                             Philadelphia, PA 19106
                             215-625-9600
                             info@offenlaw.com
```

Mailing List Exhibit: (Check all that apply.  If via e-mail, include e-mail address.  Continue to the next page if necessary.)

KENNETH E. WEST, Bankruptcy Trustee
Kenneth E. West, Chapter 13 Standing Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
ecfemails@ph13trustee.com
philaecf@gmail.com
**Trustee via CM/ECF**

Office of the United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
USTPRegion03.PH.ECF@usdoj.gov
**US Trustee via CM/ECF**

NAHRGANG & ASSOCIATES, P.C.
MATTHEW R. NAHRGANG, ESQUIRE
35 Evansburg Road
Collegeville, PA 19426
mnahrgang@verizon.net
**Creditor via CM/ECF**