

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA

In re: Charles K. Nguyen and Hien T. Nguyen – Debtors

Case No.: 19-13854

## SUPPLEMENT TO MOTION TO COMPEL & CORRECTED EXHIBIT INDEX

This Supplement is submitted in connection with Debtor's pro se Motion to Compel (Doc. 207), which was accepted for filing by the Court. Debtor respectfully submits this supplement to clarify the record and provide a corrected, organized Exhibit Index for the Court's convenience in advance of the September 18, 2025 hearing.

**Summary with Legal References:**

Plaintiff has relied heavily on Debtor's own Exhibits M-1 through M-24 to allege that Debtor owns or controls "**Xuat Canh My DBA**." However, when reviewed as a whole, these exhibits demonstrate the opposite:

- **M-1 (Schedule A/B, Line 37)** – Filed under penalty of perjury showing "No" business assets. *Required by 11 U.S.C. § 521(a)(1) and Bankruptcy Rule 1008.*

- **M-2 (Statement of Financial Affairs Q27)** – Shows no business or self-employment activity in the four years before petition. *Filed under penalty of perjury (FRBP 1008).*

- **M-3 (PA Dept. of State Business Search)** – No LLC or business found under Debtor's name. **Admissible as a public record under FRE 803(8).**

- **M-4 (Montgomery County Docket – Tho v. Charles & Hien Nguyen)** – Civil case filings show no judgment or finding of business ownership. Demonstrates Plaintiff previously pursued this theory unsuccessfully.

- **M-5 (Schedule I & J)** – Debtors disclosed all household income and expenses; no business income listed. *Admissible as party admission under FRE 801(d)(2).*

- **M-6 (Charles Deposition, pgs 15–18)** – Charles confirmed all income disclosed was accurate and did not include business income. *Supports credibility of Schedule I disclosures (FRE 602).*

- **M-7 (Hien Deposition, pg 33)** – Debtor testified "no business" exists in her name, confirming no managerial *role (FRE 602 personal knowledge).*

- **M-8, M-9 & M-10 (Charles Bank Statements, April & September 2021)** – Show deposits that match transfers from son or wife for household support, not business revenue. *Admissible under FRE 803(6) (business records).*

- **M-11 (Charles Deposition, pgs 38–49)** – Charles testified that deposits were transfers from son Ta or wife, not business income. Debtors' counsel confirmed these amounts are not income. *Admissible under FRE 801(d)(2) and FRE 602.*

- **M-12 (Hien Deposition, pgs 20–24)** – Debtor testified she only assisted son with paperwork and did not operate the business. Appearance of personal email is not proof of ownership *(FRE 401, 403).*

- **M-13 (Hien Deposition, pg 30)** – Debtor confirmed no business account, no management role, no profit received. Sworn testimony *under FRE 602.*

### - M-14 – Fictitious Name Registration Lists Debtor's son, **Ta**, as registrant.

Ta personally completed and signed the registration; Debtor only assisted with administrative steps and used personal email for convenience and tracking because **Ta** had little experience with government filings and did not yet have a business email. This limited assistance does not indicate managerial control or ownership *(FRE 401).*

Entity# : 7162665
Date Filed : 11/09/2020
Pennsylvania Department of State

PENNSYLVANIA DEPARTMENT OF STATE
BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS

☑ Return document by mail to:
NGUYEN TA
Name
148 PENN AVENUE
Address
SOUDERTON        PA        18964
City                State        Zip Code
☑ Return document by email to: hiennguyen7626@gmail.com

Registration of Fictitious Name
DSCB:54-311
(rev. 2/2017)

TML201113DP0121

Read all instructions prior to completing. This form may be sub

Fee: $70        ☐ I qualify for a veteran/reservist-owned small business fee exemption (see instructions)

In compliance with the requirements of 54 Pa.C.S. § 311 (relating to registration), the undersigned entity(ies) desiring to register a fictitious name under 54 Pa.C.S. Ch. 3 (relating to fictitious names), hereby state(s) that:

1. The fictitious name is:
XUAT CANH MY

2. A brief statement of the character or nature of the business or other activity to be carried on under or through the fictitious name is:

SERVICES AND ONLINE TRADING

3. The address, including number and street, if any, of the principal place of business (P.O. Box alone is not acceptable):

| 148 PENN AVENUE | SOUDERTON | PA | 18964 | MONTGOMERY |
|---|---|---|---|---|
| Number and street | City | State | Zip | County |

4. The name and address, including number and street, if any, of each individual interested in the business is:

| Name | Number and Street | City | State | Zip |
|---|---|---|---|---|
| NGUYEN TA | 148 PENN AVENUE | SOUDERTON | PENNSYLVANIA | 18964 |

PA DEPT OF STATE
NOV 09 2020

**-M – 15**: IRS Form 1040 and Schedule C- **Ta**- Shows business income and self-employment tax were filed under **Ta**'s name, confirming business is his *(FRE 803(6), 401)*

| Form 1040 U.S. Individual Income Tax Return 2021 | | |
|---|---|---|
| Filing Status: [X] Single | | |
| Name: NGUYEN TA | SSN: 0909 | |
| Address: 148 PENN AVE, SOURDETON, PA 18964 | | |
| Virtual currency: [X] No | | |

| Line | Description | Amount |
|---|---|---|
| 7 | Capital gain or (loss) | 0. |
| 8 | Other income from Schedule 1, line 10 | 101,146. |
| 9 | Total income | 101,146. |
| 10 | Adjustments to income from Schedule 1, line 26 | 7,146. |
| 11 | Adjusted gross income | 94,000. |
| 12a | Standard deduction or itemized deductions | 12,550. |
| 12b | Charitable contributions | 300. |
| 12c | Add lines 12a and 12b | 12,850. |
| 13 | Qualified business income deduction | 16,230. |
| 14 | Add lines 12c and 13 | 29,080. |
| 15 | Taxable income | 64,920. |

CDA

Form 1040 (2021) NGUYEN TA                                                                                      J-0909  Page 2

| | | | |
|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ _____ | 16 | 10,032. |
| 17 | Amount from Schedule 2, line 3 | 17 | 0. |
| 18 | Add lines 16 and 17 | 18 | 10,032. |
| 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 | 19 | |
| 20 | Amount from Schedule 3, line 8 | 20 | 0. |
| 21 | Add lines 19 and 20 | 21 | 0. |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | 22 | 10,032. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | 23 | 14,292. |
| 24 | Add lines 22 and 23. This is your total tax ▶ | 24 | 24,324. |
| 25 | Federal income tax withheld from: | | |
| 25a | Form(s) W-2 | | |
| 25b | Form(s) 1099 | | |
| 25c | Other forms (see instructions) | | |
| 25d | Add lines 25a through 25c | 25d | |
| 26 | 2021 estimated tax payments and amount applied from 2020 return | 26 | |
| 27a | Earned income credit (EIC) | | |
| | Check here if you were born after January 1, 1998, and before January 2, 2004, and you satisfy all the other requirements for taxpayers who are at least age 18, to claim the EIC. See instructions ▶ ☐ | | |
| 27b | Nontaxable combat pay election | | |
| 27c | Prior year (2019) earned income | | |
| 28 | Refundable child tax credit or additional child tax credit from Schedule 8812 | | |
| 29 | American opportunity credit from Form 8863, line 8 | | |
| 30 | Recovery rebate credit. See instructions | | |
| 31 | Amount from Schedule 3, line 15 | | |
| 32 | Add lines 27a and 28 through 31. These are your total other payments and refundable credits ▶ | 32 | |
| 33 | Add lines 25d, 26, and 32. These are your total payments ▶ | 33 | 0. |

**Refund**
| | |
|---|---|
| 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you overpaid |
| 35a | Amount of line 34 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ |

Direct deposit? See instructions.
▶ b Routing number X X X X X X X X X   ▶ c Type: ☐ Checking  ☐ Savings
▶ d Account number X X X X X X X X X X X X X X X X X
36 Amount of line 34 you want applied to your 2022 estimated tax ▶ 36

**Amount You Owe**
| 37 | Amount you owe. Subtract line 33 from line 24. For details on how to pay, see instructions ▶ | 37 | 24,324. |
|---|---|---|---|
| 38 | Estimated tax penalty (see instructions) ▶ 38 | | |

**Third Party Designee**
Do you want to allow another person to discuss this return with the IRS? See instructions ▶ ☐ Yes. Complete below. ☒ No
Designee's name ▶     Phone no. ▶     Personal identification number (PIN) ▶

**Sign Here**
Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

Joint return? See instructions. Keep a copy for your records.

| Your signature | Date | Your occupation GENERAL | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) ▶ |
|---|---|---|---|
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation | If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst.) ▶ |

Phone no.     Email address

**Paid Preparer Use Only**
| Preparer's name | Preparer's signature SELF-PREPARED | Date | PTIN | Check if: ☐ Self-employed |
|---|---|---|---|---|
| Firm's name ▶ | | | | Phone no. |
| Firm's address ▶ | | | | Firm's EIN ▶ |

Go to www.irs.gov/Form1040 for instructions and the latest information.                                 Form 1040 (2021)

CDA

- M-16 – Customer checks payable to "**Xuat Canh My DBA**," confirming funds went to son's account *(FRE 803(6))*.



– **M-17 → M-23 – Customer and refund communications:** These messages show Debtor assisted her son, Ta Nguyen, by communicating with customers on his behalf during refund and scheduling issues. Such assistance is limited to relaying information and does not constitute legal ownership or managerial control. The business was and remains operated solely by Ta Nguyen, as confirmed by Exhibit M-14 (Fictitious Name Registration), Exhibit M-15 (2021 Tax Return & Schedule C), and Exhibit M-25 (**Ta's prior sworn testimony**). Any attempt to use these messages to suggest that Debtor owns or controls the business would be misleading and unduly prejudicial *under FRE 401 and 403*.





**Hien Travel Refund**
Feb 11, 2024 at 7:45 AM

Royal! You know I received check from your wife however it be hold over 10 days, that why delay for tickets, then your family not come airport, result no-show right?

You request refund and everything processing, you know Delta get money by cash, to get money back US take time, more I get trouble with bank by zelle and wire at this time

Even if you want Goverment deal with me, it is good for you and good for me, I also need a lawyer help me because I cannot say anything with you by the trust

Edited

Feb 14, 2024 at 10:45 PM

Dear Royal!
This is the time I am trying to process your refund. However, your wife posted on social networks that I was a fraud, affecting my reputation and causing damage to my business, she will be responsible for defaming my business before there is an investigation and conclusion from the government. I will ask the intervention of a lawyer.

Your wife has acted to slander and

4:06 📵     .ıl 5G 87

 

Hien Travel Refund

Edited

Feb 14, 2024 at 5:49 PM

Dear Royal!
This is the time I am trying to process your refund. However, your wife posted on social networks that I was a fraud, affecting my reputation and causing damage to my business, she will be responsible for defaming my business before there is an investigation and conclusion from the government. I will ask the intervention of a lawyer.

*You unsent a message. Hien Travel Refund may still see the message on devices where the software hasn't been updated.*

Your wife has acted to slander and defame my business in front of the community. Many pictures of me were stolen to serve that illegal action before there was a conclusion from the court. Everything will be presented in court, a refund is of course, however, I need to be compensated for the damage to my reputation.

My attorney said we will refund your wife's money through the court and she will be responsible for compensating for image theft and defamation of the business before there is a conclusion from the court

Hien at the same time let your Attorney know that there will be Handcuffs placed on you very soon and you will be

+    Message • SMS

- M-24 – ABC6 report repeats allegations but does not state Debtor owns or operates the business *(FRE 802 hearsay).*

- M-25 – **Prior sworn testimony of Ta (2022):** Confirms that the business belongs solely to him. Plaintiff had a full opportunity to cross-examine him at that time but failed to establish their claim. *Notably, Plaintiff did not include this transcript among their own exhibits — likely because it contradicts their position.* This is why Debtor respectfully requests the Court to rely on Exhibit M-25 as conclusive *evidence under FRE 804(b)(1).*

NGUYEN TA

9

```
 1                    it's listed there.  The document speaks
 2                    for itself.
 3      Q             So on your form, did you prepare this tax
 4      return?
 5      A             Correct.
 6      Q             So you are familiar with the contents of
 7      the tax return?
 8      A             Correct.
 9      Q             And you claim that you spent $249,220 in
10      Supplies; correct?
11      A             Correct.
12      Q             What is the nature of the business?
13      A             So it's a travel agency; selling airplane
14      ticket.
15                          MR. LATZES:  Could we go off the
16                    record for a second.
17                          MR. NAHRGANG:  Okay.
18                          (At this time, a discussion was
19                    held off the record.)
20      BY MR. NAHRGANG:
21      Q             So your answer is that it's a travel
22      agency?
23      A             Correct.
24      Q             And are you aware that your mother had a
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

10

```
 1   business?
 2   A         No, I do not.
 3   Q         You had no idea that she was self-employed
 4   and had her own business?
 5   A         No, I am not aware.
 6   Q         Okay.  Do you have office space?
 7   A         No.
 8   Q         Where do you conduct your business?
 9   A         At my house.
10   Q         And that is 148 Penn Avenue?
11   A         Correct.
12   Q         Is there anyone who helps you with the
13   business such as subcontractors or employees?
14   A         Okay.  I do not have any additional
15   outside employees; however, my parents assist me in
16   my business.
17   Q         How do they assist you, exactly?
18                  MR. NAHRGANG:  Let the record
19              reflect that there's been a pause of about
20              a minute and hasn't answered.
21                  MR. LATZES:  I wouldn't say that
22              there is a pause of about a minute, but
23              what has he said so far?
24                  INTERPRETER:  "For example."
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

11

```
 1                MR. LATZES:  "For example."
 2   A      So I do not know how to answer your
 3   question, but whatever I need their help with, they
 4   will assist me in that matter.
 5           So they assist me; manage my affair with
 6   the bank account.  Sometimes, I am not so
 7   experienced in that area, and they assist me in
 8   answering all those issues addressed to my bank
 9   account.
10   Q      Do you pay your mom any money for her
11   assistance?
12   A      No.
13   Q      How much time does your mom spend
14   assisting you with the business?
15                INTERPRETER:  In reference of a
16           "month," Counsel -- can you --
17                MR. NAHRGANG:  Sure.
18   A      So only when there is an issue arise with
19   the bank account when there's a fund transfer
20   incorrectly, that she would assist me in that
21   matter.
22                (At this time, a document was
23           marked for identification as TA-4.)
24                (At this time, a discussion was
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

12

```
 1              held off the record.)
 2    BY MR. NAHRGANG:
 3    Q         So TA-4; you have seen and you can
 4    identify it.  Please identify it, what is it?
 5    A         So it's a registration for fictitious
 6    name, yes.
 7    Q         Who filed that?
 8    A         I am.
 9    Q         I'm sorry.
10    A         I did.
11    Q         And it's dated November 9, 2020.  How old
12    were you when that was filed?
13    A         I was 18 years old at the time.
14    Q         When did you turn 18?
15    A         So I turned 18 on March 29.
16    Q         And what made you decide to register this
17    fictitious name?
18    A         I want to do so.
19    Q         But why?
20              MR. LATZES:  Objection.
21              Objection.  It's asked and answered.
22              MR. NAHRGANG:  Okay.  Let me ask
23              it another way.
24    Q         What did you understand was the purpose of
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

13

```
 1   registering the fictitious name?
 2   A         So, Counsel, can you clarify "fictitious
 3   name"?
 4   Q         I'm trying to figure out how to best
 5   proceed here because this is a form that the witness
 6   filed, and when I asked, you know, what was the
 7   reason, what made you decide to do it, I was told
 8   that was asked and answered.
 9             I'm asking, you know, what is the purpose
10   of doing this?  Do you know the purpose of filing a
11   request for a fictitious name?
12                    INTERPRETER:  Can I get the
13             spelling of the --
14                    MR. LATZES:  Yeah.  Why don't we
15             confirm what the name -- the fictitious
16             name is?  Go off -- are we on record?
17             We're off record?  We're on record?  You
18             don't mind if --
19                    The name you are using for your
20             business is X-U-A-T, C-A-N-H, M-Y; is that
21             correct?
22                    WITNESS:  Yes.
23                    MR. LATZES:  So Counsel is
24             curious as to the reasoning that you
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

In addition, several of these communications and supporting documents were already submitted with Debtor's pro se Motion to Compel (Doc. 207), demonstrating full transparency and consistency in presenting this evidence. Any attempt to use these messages to suggest that Debtor owns or controls the business would be misleading and unduly prejudicial **under FRE 401 and 403**.

This supplement is submitted solely to provide a clean, corrected exhibit list and binder to avoid confusion. No new evidence is added.

Dated: September 16, 2025

/s/ Hien T. Nguyen

Debtor, pro se for this Supplement

148 Penn Ave, Souderton, PA 18964

CERTIFICATE OF SERVICE

I certify that on September 16, 2025, I served a true and correct copy of this Supplement and the Corrected Exhibit Index upon:

- Clerk of Court – United States Bankruptcy Court, Eastern District of Pennsylvania (efile@paeb.uscourts.gov) – for docketing

- Pamela Blalock, Courtroom Deputy to Hon. Ashely M. Chan (Pamela_Blalock@paeb.uscourts.gov) – courtesy copy

- David M. Offen, Esquire – Counsel for Debtors (info@offenlaw.com)

- Matthew R. Nahrgang, Esquire – Counsel for Plaintiff (mnahrgang@verizon.net)

- Ken West, Chapter 13 Trustee (via Ken West: kwest@ph13trustee.com and Jack Miller: jmiller@ph13trustee.com)

/s/ Hien T. Nguyen

## CORRECTED EXHIBIT INDEX – UPDATED

Case No.: 19-13854 - Debtors: Charles K. Nguyen and Hien T. Nguyen

| Exhibit | Description | Purpose / Relevance |
|---|---|---|
| M-1 | Schedule A/B – Line 37 marked 'No' | Shows no business assets disclosed under oath (11 U.S.C. § 521(a)(1), Bankruptcy Rule 1008). |
| M-2 | Statement of Financial Affairs – Question 27 'No' | Shows no business or self-employment activity in the four years prior to petition (FRBP 1008). |
| M-3 | PA Dept. of State Business Search | Confirms no LLC or business found under Debtors' names (FRE 803(8) – public records). |
| M-4 | Montgomery County Docket – Tho v. Charles & Hien Nguyen | Provides background; no judgment finding Debtors own or control business. |
| M-5 | Schedule I & J | Shows all income/expenses disclosed; no business income (FRE 801(d)(2) – party admission). |
| M-6 | Charles Deposition (pgs 15–18) | Confirms disclosed income accurate; no business income included (FRE 602). |
| M-7 | Hien Deposition (pg 33) | Debtor testifies 'no business' exists under her name (FRE 602 personal knowledge). |
| M-8 | Charles Bank Statement – April 2021 | Deposits are family transfers, not business revenue (FRE 803(6) business records). |
| M-10 | Charles Bank Statement – | Corroborates deposits as personal/family transfers |

| | | |
|---|---|---|
| | September 2021 | (FRE 803(6)). |
| M-11 | Charles Deposition (pgs 38–49) | Testifies deposits were from son/wife; not income (FRE 801(d)(2), 602). |
| M-12 | Hien Deposition (pgs 20–24) | Confirms she only assisted with paperwork, not business operations (FRE 401, 403). |
| M-13 | Hien Deposition (pg 30) | Confirms no business bank account, no profit received (FRE 602). |
| M-14 | Fictitious Name Registration – Ta Nguyen listed | Key evidence: registrant is son; email only contact info (FRE 401). |
| M-15 | 2021 IRS Form 1040 & Schedule C – Ta Nguyen | Shows business income and self-employment tax were filed under Ta Nguyen's name, confirming business is his (FRE 803(6), 401). |
| M-16 | Customer check/bank receipt – 'Xuat Canh My DBA – Ta Nguyen' | Confirms funds deposited to son's account (FRE 803(6)). |
| M-17 → M-23 | Customer messages/transaction communications | Show Debtor only relayed info or assisted (FRE 602, 401). |
| M-18 | Flight info / refund record (Dec 2021) | Demonstrates personal travel transaction unrelated to business operations (FRE 401). |
| M-24 | ABC6 media report | Repeats allegations but does not prove ownership (FRE 802 hearsay). |
| M-25 | Ta Nguyen sworn testimony (2022) | Confirms business is his; Plaintiff cross-examined but failed to prove otherwise (FRE 804(b)(1)). |