# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Chapter 13 |
| | : | |
| CHARLES K. NGUYEN & HIEN T. NGUYEN, | : | |
| | : | |
| | : | Bankruptcy No. 19-13854-AMC |
| DEBTORS | : | |

## ORDER

AND NOW, this 18th day of September, 2025, upon consideration of the "Motion of Tho Nguyen to Dismiss Case for Cause" ("Motion to Dismiss"); "Answer to Motion to Dismiss of Tho Van Nguyen" filed by debtors, Charles K. Nguyen and Hien T. Nguyen (collectively, "Debtors"); and the evidence presented at the hearing on the Motion to Dismiss ("Hearing"), it is hereby ORDERED for the reasons stated in open court at the Hearing that:

1. The Motion to Dismiss is GRANTED.

2. The above-captioned bankruptcy case is DISMISSED for cause.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge