United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-13854-amc |
| Charles K. Nguyen | Chapter 13 |
| Hien T. Nguyen | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 5 |
| Date Rcvd: Sep 18, 2025 | Form ID: pdf900 | Total Noticed: 81 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Charles K. Nguyen, Hien T. Nguyen, 148 Penn Avenue, Souderton, PA 18964-1849 |
| cr | + | Tho Van Nguyen, 534 E. Broad Street, Souderton, PA 18964-1216 |
| 14806793 | | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14343213 | + | LLNV Funding LLC, 625 Pilot Road Suite 2/3, Las Vegas NV 89119-4485 |
| 14806940 | + | PRA Receivables Management, LLC., Orion Portfolio Services, LLC, 10375 Old Alabama Rd Conn, Suite 302, Alpharetta, GA 30022-1119 |
| 14372159 | | Pennymac Loan Services, LLC, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14555821 | + | Pennymac Loan Services,LLC, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14343247 | + | Rep/Build Card, P.O. Box 9203, Old Bethpage NY 11804-9003 |
| 14817662 | + | Tho Nguyen, c/o Matthew R Nahrgang, Esq, 35 Evansburg Road, Ste 400, Collegeville, PA 19426-3165 |
| 14343248 | + | Tho V Nguyen (Individual), 534 E. Broad Street, Souderton PA 18964-1216 |
| 14373483 | + | Tho Van Nguyen, c/o MARK A. HOFFMAN,ESQUIRE, 430 Main Street, Harleysville, PA 19438-2360 |
| 14355278 | + | Tho Van Nguyen, c/o Mark Hoffman,Esquire, 430 Main Street, Suite A, Harleysville PA 19438-2360 |
| 14372931 | | Thomas Song, Esq., Id. No.89834, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14343226 | + | Trident Asset Management, 53 Perimeter Center East, Suite 440, Atlanta GA 30346-2230 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 19 2025 00:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 19 2025 00:23:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Sep 19 2025 00:22:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | | Email/PDF: cbp@omf.com | Sep 19 2025 00:31:50 | OneMain Financial Group LLC, PO Box 3251, Evansville, IN 47731-3251 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 19 2025 00:31:46 | Orion (Verizon), c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 19 2025 00:31:49 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14448460 | | Email/Text: bnc@atlasacq.com | Sep 19 2025 00:22:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| 14552124 | | Email/Text: bnc@atlasacq.com | | |

| Recip ID | Notice Type | Date/Time | Recipient |
|---|---|---|---|
| | | Sep 19 2025 00:22:00 | Atlas Acquisitions LLC., 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14806792 | Email/Text: bnc-thebureaus@quantum3group.com | Sep 19 2025 00:22:00 | BUREAUS INVESTMENT GROUP PORTFOLIO NO 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14343246 | Email/Text: creditcardbkcorrespondence@bofa.com | Sep 19 2025 00:22:00 | Bank of America, 4060 Ogletown, Stanton Road, DE5-019-03-07, Newark DE 19713 |
| 14456339 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 19 2025 00:32:02 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14343210 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2025 00:32:21 | Capital One Bank USA, P.O. Box 85015, Richmond VA 23285-5075 |
| 14343232 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 19 2025 00:24:00 | CB Indigo/GF, P.O. Box 4499, Beaverton OR 97076-4499 |
| 14343233 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2025 00:32:01 | CBNA, P.O. Box 6497, Sioux Falls SD 57117-6497 |
| 14429796 | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2025 00:32:05 | CW Nexus Credit Card Holdings l, LLC, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14343225 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 19 2025 00:21:40 | CWS/CW Nexus, 101 Crossway Park Dr W, Holdings I, LLC, Woodbury NY 11797-2020 |
| 14343231 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2025 00:32:05 | Capital One, P.O. Box 5253, Carol Stream IL 60197-5253 |
| 14343214 | + Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2025 00:21:37 | Capital One, P.O. Box 30253, Salt Lake City UT 84130-0253 |
| 14434573 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2025 00:31:50 | Capital One Bank (USA), N.A., PO BOX 71083, Charlotte NC 28272-1083 |
| 14433977 | + Email/PDF: ebn_ais@aisinfo.com | Sep 19 2025 00:31:46 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14449088 | Email/PDF: bncnotices@becket-lee.com | Sep 19 2025 00:21:36 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14343235 | + Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 19 2025 00:24:00 | Celtic Bank/Contfinco, 268 S. State Street, Suite 300, Salt Lake City UT 84111-5314 |
| 14343242 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2025 00:32:21 | Citi Bank, 701 E 60th St. N, IBS CDV Disputes, Sioux Falls SD 57104-0432 |
| 14343229 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2025 00:32:20 | Citi Bank, P.O. Box 6190, Sioux Falls SD 57117-6190 |
| 14434199 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2025 00:32:21 | Citibank, N.A., 6716 Grade Lane, Bldg 8, Suite 910-PY Dept, Louisville KY 40213-3410 |
| 14433813 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2025 00:32:22 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14343236 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2025 00:23:00 | Comenity Bank/Wayfair, P.O. Box 182789, Columbus OH 43218-2789 |
| 14343237 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 19 2025 00:32:01 | Credit One Bank NA, 6801 S. Cimarron Road, Las Vegas NV 89113-2273 |
| 14343221 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 19 2025 00:21:37 | Credit One Bank NA, 6801 S. Cimarron Road, Las Vegas NW 89113-2273 |
| 14430291 | Email/Text: mrdiscen@discover.com | Sep 19 2025 00:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14343244 | Email/Text: mrdiscen@discover.com | Sep 19 2025 00:22:00 | Discover FIN SVCS LLC, P.O. Box 15316, Attn: CMS/Prod Develop, Wilmington DE 19850-5316 |
| 14343227 | Email/Text: BNSFS@capitalsvcs.com | | |

Case 19-13854-amc   Doc 214   Filed 09/20/25   Entered 09/21/25 00:37:42   Desc
Imaged Certificate of Notice   Page 3 of 6

| District/off: 0313-2 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Sep 18, 2025 | Form ID: pdf900 | Total Noticed: 81 |

| | | | | |
|---|---|---|---|---|
| | | | Sep 19 2025 00:22:00 | CCS/First Savings Bank, 500 E 60th Street N, Attn: Credit Manager, Sioux Falls SD 57104 |
| 14343238 | | Email/Text: BNBLAZE@capitalsvcs.com | | |
| | | | Sep 19 2025 00:22:00 | FSB-Blaze, P.O. Box 5065, Sioux Falls SD 57117 |
| 14343245 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | | |
| | | | Sep 19 2025 00:32:04 | First Premier Bank, 3820 N Louise Avenue, Tape Only, Sioux Falls SD 57107-0145 |
| 14910216 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Sep 19 2025 00:23:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14343218 | + | Email/PDF: ais.chase.ebn@aisinfo.com | | |
| | | | Sep 19 2025 00:31:54 | JPMCB Card, 301 N. Walnut Street, Floor 09, Wilmington DE 19801-3971 |
| 14343222 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Sep 19 2025 00:19:41 | Kohls/Capone, P.O. Box 3115, Milwaukee WI 53201-3115 |
| 14430531 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 19 2025 00:20:45 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14429797 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Sep 19 2025 00:20:44 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14343220 | ^ | MEBN | | |
| | | | Sep 19 2025 00:14:08 | Mariner Finance, 5802 E. Virgirnia Beach Blvd., Suite 121, Norfolk VA 23502-2483 |
| 14343241 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Sep 19 2025 00:31:51 | Merrick Bank Corp, P.O. Box 9201, Bethpage NY 11804-9001 |
| 14430255 | + | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Sep 19 2025 00:23:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14430050 | | Email/PDF: cbp@omf.com | | |
| | | | Sep 19 2025 00:51:05 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14429889 | + | Email/PDF: cbp@omf.com | | |
| | | | Sep 19 2025 00:32:06 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14343209 | + | Email/PDF: cbp@omf.com | | |
| | | | Sep 19 2025 00:32:20 | OneMain Financial, 100 International Drive, 15th Floor, Baltimore MD 21202-4784 |
| 14342726 | ^ | MEBN | | |
| | | | Sep 19 2025 00:14:33 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14456955 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 19 2025 00:21:40 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14457545 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 19 2025 00:31:48 | Orion Portfolio Services II, LLC, c/o PRA Receivables Management, LLC, PO Box 41031, Norfolk, VA 23541-1031 |
| 14555642 | ^ | MEBN | | |
| | | | Sep 19 2025 00:14:15 | PENNYMAC LOAN SERVICES, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14343216 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 19 2025 00:21:34 | Portfolio Recovery Associates LLC, 120 Corporate Blvd., Suite 100, Norfolk VA 23502 |
| 14445416 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 19 2025 00:31:46 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14444512 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Sep 19 2025 00:32:07 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14453544 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 19 2025 00:21:36 | PYOD, LLC, Resurgent Capital Services, PO Box 19008, Greenville, SC 29602-9008 |
| 14343208 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Sep 19 2025 00:32:07 | PennyMac Loan Services, Real Estate Mortgage, 6101 Condor Drive, Moorpark CA 93021-2602 |
| 14459416 | + | Email/PDF: ebnotices@pnmac.com | | |
| | | | Sep 19 2025 00:31:48 | Pennymac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 14343239 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |
| | | | Sep 19 2025 00:32:20 | Sears/CBNA, P.O. Box 6497, Sioux Falls SD |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14456205 | ^ | MEBN | Sep 19 2025 00:14:16 | 57117-6497<br>Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14343211 | | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2025 00:31:52 | Synchrony Bank, P.O. Box 965036, Orlando FL 32896-5036 |
| 14794091 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 19 2025 00:32:20 | Synchrony Bank by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14794172 | | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 19 2025 00:21:40 | Synchrony Bank by AIS InfoSource, LP as agent, Dept 888 PO BOX 4457, Houston TX 77210-4457 |
| 14343224 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2025 00:21:40 | Synchrony Bank/Walmart, 4125 Windward Plaza, Alpharetta GA 30005-8738 |
| 14343228 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2025 00:31:57 | Synchrony/JCP, 4125 Windward Plaza, Alpharetta GA 30005-8738 |
| 14343215 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Sep 19 2025 00:22:00 | TBOM/ATLS/Fortiva MC, 5 Concourse Parkway, Suite 400, Atlanta GA 30328-9114 |
| 14343212 | | Email/Text: bncmail@w-legal.com | Sep 19 2025 00:23:00 | TD Bank USA/Target cred, 7000 Target Parkway N, Mail Stop NCD-0450, Brooklyn Park MN 55445-4301 |
| 14343219 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2025 00:32:06 | THD/CBNA, One Court Square, Long Island City NY 11120-0001 |
| 14343223 | + | Email/Text: bnc-thebureaus@quantum3group.com | Sep 19 2025 00:22:00 | The Bureaus Inc., 1717 Central Street, Evanston IL 60201-1507 |
| 14343240 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2025 00:31:56 | The Home Depot/CBNA, P.O. Box 6497, Sioux Falls SD 57117-6497 |

TOTAL: 67

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| cr | *+ | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2025     Signature:     /s/Gustava Winters

| District/off: 0313-2 | User: admin | Page 5 of 5 |
|---|---|---|
| Date Rcvd: Sep 18, 2025 | Form ID: pdf900 | Total Noticed: 81 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Counter-Claimant Hien T. Nguyen dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Hien T. Nguyen dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Counter-Claimant Charles K. Nguyen dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor Charles K. Nguyen dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com |
| JEROME B. BLANK | on behalf of Creditor Pennymac Loan Services LLC jblank@pincuslaw.com, mmorris@pincuslaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. HOFFMAN | on behalf of Creditor Tho Van Nguyen secretary@mahalaw.com |
| MATTHEW R. NAHRGANG | on behalf of Plaintiff Tho Nguyen mnahrgang@verizon.net |
| MATTHEW R. NAHRGANG | on behalf of Counter-Defendant Tho Nguyen mnahrgang@verizon.net |
| MATTHEW R. NAHRGANG | on behalf of Creditor Tho Van Nguyen mnahrgang@verizon.net |
| MICHAEL A. LATZES | on behalf of Creditor Tho Van Nguyen efiling@mlatzes-law.com |
| THOMAS SONG | on behalf of Creditor Pennymac Loan Services LLC tomysong0@gmail.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 14

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Chapter 13 |
| | : | |
| CHARLES K. NGUYEN & HIEN T. NGUYEN, | : | |
| | : | |
| | : | Bankruptcy No. 19-13854-AMC |
| DEBTORS | : | |
| | : | |

## ORDER

AND NOW, this 18th day of September, 2025, upon consideration of the "Motion of Tho Nguyen to Dismiss Case for Cause" ("Motion to Dismiss"); "Answer to Motion to Dismiss of Tho Van Nguyen" filed by debtors, Charles K. Nguyen and Hien T. Nguyen (collectively, "Debtors"); and the evidence presented at the hearing on the Motion to Dismiss ("Hearing"), it is hereby ORDERED for the reasons stated in open court at the Hearing that:

1. The Motion to Dismiss is GRANTED.

2. The above-captioned bankruptcy case is DISMISSED for cause.

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge