**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:<br>Charles K. Nguyen<br>Hien T. Nguyen, | : | Chapter 13 |
| | : | |
| Debtors | : | Bky. No. 19-13854-amc |

# ORDER

**AND NOW**, upon consideration of the *Emergency* Motion to Reinstate case and to Vacate the Dismissal Order (docket entry #215) filed by the Debtors and there being no basis to schedule an emergency hearing; it is hereby **ORDERED** that the request for an Emergency hearing is **DENIED**. The hearing on the motion shall be scheduled in the ordinary course.

Date: Sept. 22, 2025

**ASHELY M. CHAN, CHIEF JUDGE**
**U.S. BANKRUPTCY COURT**