*Form 167* (1/25)–doc 217 – 215

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|   Charles K. Nguyen ) | Case No. 19–13854–amc |
| ) | |
| ) | |
|   Hien T. Nguyen ) | Chapter: 13 |
|   dba NTH LLC (NO LONGER) ) | |
|   Debtor(s). ) | |

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Ashely M. Chan , United States Bankruptcy Judge to consider:

Emergency Motion to Vacate Order Dismissing Case and Motion to Reinstate Case.

on: 10/14/25

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

Date: September 22, 2025      For The Court

    Mohung Wong
    Clerk of Court