*This filing includes nine (9) pages of motion text and forty-one (41) pages of Supplemental Exhibits, which together form an inseparable record.*

## EMERGENCY MOTION TO VACATE ORDER DISMISSING AND REINSTATE CASE

## UNITED STATES BANKRUPCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CHARLES K. NGUYEN & HIEN T. NGUYEN – Debtors
Chapter 13 – Case No. 19-13854-AMC

## NOTICE OF APPEARANCE PRO SE

Debtors, **Charles K. Nguyen and Hien T. Nguyen**, hereby notify the Court and all parties that they will appear and proceed **PRO SE (self-represented)** in all further proceedings related to this case, including this Motion.

Date: September 19, 2025

Charles K. Nguyen, Debtor, Pro Se - Hien T. Nguyen, Debtor, Pro Se

Debtors respectfully move this Court to vacate its Order dated September 18, 2025 (Doc. 213) dismissing this Chapter 13 case and to reinstate the case, pursuant to:

- **FRBP 9023 (Fed. R. Civ. P. 59(e))** – to correct clear error or prevent manifest injustice
- **FRBP 9024 (Fed. R. Civ. P. 60(b)(1) & (3))** – relief from judgment for mistake or misrepresentation
- **11 U.S.C. §1307(c)** – dismissal for cause must be supported by competent evidence
- **11 U.S.C. §362** – to reinstate the automatic stay

## I/ PRELIMINARY STATEMENT

## Deliberate Forum Misuse = Improper Forum Shopping = Abuse of Process

This Motion seeks to vacate the dismissal entered on September 18, 2025. The dismissal was predicated on the testimony of two individuals, Roy and Nyha, who are not creditors, not parties in interest, and who filed no claims in this case.

By allowing their participation to transform a private commercial dispute into a basis for dismissal, the process of this Court was improperly used as leverage — amounting to **forum shopping** and **abuse of process**.

No civil judgment, or criminal case has ever been filed against Debtors. Plaintiffs and these two witnesses sought to obtain by inference what they could not prove through due process: a finding of "fraud" without trial. This Court, as a court of equity, should not allow its process to be weaponized in this manner.

It is undisputed that Roy and Nyha had no prior relationship with Plaintiff Tho Nguyen before this case. Their sudden collaboration raises serious concerns of collusion and improper inducement. On information and belief, their coordinated participation was retaliatory and calculated to pressure Debtors rather than seek legitimate relief.

## II/ FACTUAL BACKGROUND

Despite Debtors' Motion to Compel (Doc. 207) and substantial evidence presented, the Bankruptcy Court dismissed the case based solely on untested text messages and one-sided statements, without giving Debtors an opportunity to present evidence, rebut accusations, or cross-examine the witnesses.

Debtors also respectfully request that this Motion not be disregarded on procedural grounds as occurred with the prior Motion to Compel, which was denied as "too late." Given that this Motion seeks to correct a fundamental misunderstanding that formed the basis for dismissal, Debtors believe the Court's consideration of the merits is necessary to prevent manifest injustice.

If this Motion is denied, Debtors respectfully preserve and do not waive their right to seek further review by filing a Motion for Reconsideration under Bankruptcy Rule 9023 or 9024, and, if necessary, a timely Notice of Appeal to the U.S. District Court for the Eastern District of Pennsylvania.

## III/ COMMERCIAL SCENARIO LEADING TO DISMISSAL

See *Supplement Chronology of Events* (S-1 through S-21).

**DISMISSAL** stems from a single, unsuccessful commercial transaction involving airline tickets — a failed travel booking — that was never the subject of a civil judgment, or criminal charge. Yet this dispute was *mischaracterized and escalated into an allegation of "fraud" without any adversarial hearing, cross-examination, or formal investigation*, and was used as the principal basis for dismissing Debtors' bankruptcy case. The use of this unverified allegation as the basis for dismissal has caused Debtors profound harm and has seriously shaken their faith in the fairness of the U.S. judicial process.

Given the significant consequences of dismissal — including the loss of bankruptcy protection and the ability to reorganize, debtors now present a detailed narrative and supporting exhibits to clarify the facts.  These facts are offered not to prolong the proceedings, but to ensure that justice is done and that a decision of such importance is made on a fully developed record.

## IV/ BUSINESS DISPUTE NOT A PERSONAL OBLIGATION OF THE DEBTOR

Any alleged dispute or claim of fraud, if it exists at all, is between the customer (Plaintiff/Declarant) and **Xuat Canh My DBA**, a business legally owned and operated solely by Debtor's adult son, Ta Nguyen.

The record demonstrates that Plaintiff's payments were made to the business for travel services, and all communications, bookings, and cancellations were handled in the name of that business. The Debtor is not listed as an owner, officer, or agent of the business, and no evidence has been produced to show that the Debtor personally received or retained funds for personal benefit.

Bankruptcy is not the forum to convert a commercial customer-service dispute into a personal fraud allegation against an unrelated Chapter 13 Debtor. To permit this would be to allow a non-creditor to weaponize the bankruptcy process and harass the Debtor with matters outside the scope of this case.

Accordingly, any such dispute must be addressed in the proper forum (civil or small claims court against the business entity, if at all) and not in this bankruptcy proceeding. The Court should reject any implication of personal fraud against the Debtor where no privity of contract or personal liability exits.

## V/ GENUINE FACTS SHOWING MANIFEST INJUSTICE

• **No Civil Judgment or Hearing:** Debtors were never given a chance to testify or cross-examine witnesses — a denial of due process.

• **Contradictory Testimony and Unsupported Fraud Finding:** The dismissal labeled Debtors as running a "scam" based solely on two witnesses and selective text messages — without discovery or evidentiary hearing.

• **No Proof of Ownership**

• **Beyond Bankruptcy Purpose:** §1307(c) does not authorize converting a customer dispute into a fraud finding. Such a decision exceeds jurisdiction and should be vacated under FRBP 9023/9024.

## VI/ LEGAL ANALYSIS – NO PROOF OF BUSINESS OPERATION

### I. Age 18 and Business Registration
Ta Nguyen was legally competent at age 18 to register and operate a business. Parental help with forms ≠ ownership/control.
**FRE 401 & 402:** Mere age or parental assistance is not probative of ownership.

### II. Use of Parent's Email Address
Using a parent's email ≠ control of the business.
**FRE 403:** Minimal probative value is outweighed by unfair prejudice.

### III. Living in the Same Household
Co-residence ≠ financial control or hidden income.
**FRE 404(b):** Character evidence cannot be used to prove conduct.

### IV. Administrative Support
Administrative support ≠ ownership/control.
**FRE 406:** Habit evidence cannot substitute for direct proof of control.

Taken together, these factors do not meet the evidentiary threshold under FRE 401–402.

## VII. LEGAL ARGUMENT & EQUITY CONSIDERATIONS

Dismissal of Debtors' case was improperly predicated on testimony of non-parties with no claims filed, constituting manifest injustice and an abuse of process under **FRCP 60(b)(1) and (6)**. Vacatur is warranted to restore due process and the rehabilitative purpose of Chapter 13.

### 1. Clear Error & Manifest Injustice – FRBP 9023 (Rule 59(e))
• **FRE 401–402:** Exhibits M-16 & M-25 are directly relevant yet were ignored.
• **FRE 403:** The limited probative value of Plaintiffs' hearsay evidence was outweighed by its risk of unfair prejudice.
• **Mullane v. Central Hanover Bank, 339 U.S. 306 (1950):** Due process requires notice and a meaningful opportunity to be heard before depriving parties of rights — an opportunity denied to Debtors here.
• **In re Love, 957 F.2d 1350 (7th Cir. 1992):** Bad-faith dismissal requires clear and convincing evidence, which is absent.

### 2. Failure to Consider M-25 – FRBP 9024 (Rule 60(b)(1))
• **FRE 804(b)(1):** Exhibit M-25 is admissible former testimony. Plaintiff had full cross-examination opportunity in 2022 but failed to rebut ownership facts.

### 3. Misrepresentation & Hearsay Reliance – FRBP 9024 (Rule 60(b)(3))
• Plaintiffs mischaracterized business deposits as "hidden income," misleading the Court.
• **In re Gledhill, 76 F.3d 1070 (10th Cir. 1996):** Dismissal based solely on hearsay and inference is reversible error.

### 4. Excusable Neglect – FRBP 9006(b)(1)
• Debtors acted promptly after discovering the basis for dismissal, meeting the standard for excusable neglect.

### 5. Abuse of Process & Improper Forum Shopping
• Witnesses coordinated with Plaintiffs in a retaliatory effort, using the bankruptcy forum to obtain findings they could not secure in civil court.
• Bankruptcy courts exist to reorganize debts, not adjudicate unfiled fraud claims.
• Such misuse of process undermines the equitable purpose of Chapter 13 and warrants vacatur.

### 6. Equitable Considerations
• **Marrama v. Citizens Bank, 549 U.S. 365 (2007):** Bankruptcy courts are courts of equity and must balance the rights of all parties fairly.
• Dismissal caused disproportionate harm by depriving Debtors of the opportunity to cure and reorganize despite good-faith efforts.
• Vacatur is necessary to prevent manifest injustice and uphold the rehabilitative intent of Chapter 13.

---

## VIII/ RELIEF REQUESTED

Debtors respectfully request that this Court:

1. VACATE the dismissal order (Doc. 213);
2. REINSTATE this Chapter 13 case;
3. REINSTATE the automatic stay under 11 U.S.C. §362, effective immediately;
4. ENLARGE deadlines to file plan/schedules by 30 days;
5. SCHEDULE an expedited hearing within 3 business days under L.B.R. 5070-1(f);
6. SET a prompt confirmation hearing at the earliest available date; and
7. Grant such other relief as the Court deems just and proper.

**Emergency Protective Filing:**

The dismissal order did not include a bar under 11 U.S.C. §109(g). Accordingly, on September 19, 2025, Debtors filed a new Chapter 13 petition on an emergency basis to preserve the automatic stay, protect their home, and continue reorganization efforts while awaiting this Court's ruling on reinstatement — underscoring both the urgency and the good faith basis for the relief requested herein.

---

**PROPOSED ORDER**

AND NOW, this ___ day of September, 2025, upon consideration of Debtors'
Emergency Motion, it is hereby ORDERED that:

- The dismissal order is **VACATED**.
- The case is **REINSTATED**.
- The automatic stay is **REINSTATED** effective immediately.
- Debtors are granted **30 additional days** to file a plan/ schedule.
- An expedited hearing shall be scheduled on this Motion at the earliest date.
- A confirmation hearing on Debtors' Modified Plan shall be scheduled promptly

**CERTIFICATE OF SERVICE**

Debtors hereby certify that on 09/22/2025, we caused a true and correct copy of the
following documents:

- **Debtors' Motion to Vacate Dismissal (9 pages)**
- **Supplemental Exhibit Appendix (37 pages)**
- **Notice of New Chapter 13 Filing**

to be served **via electronic email** upon the following parties:

**Chapter 13 Trustee:** Kenneth E West: kwest@ph13trustee.com

- **David M. Offen, Esq:** Offen <info@offenlaw.com
- **Plaintiff's Counsel:** Matthew R. Nahrgang, Esq. mnahrgang@verizon.net

Date: September 23, 2025

/s/ _____
Charles K. Nguyen – Pro Se - Hien T. Nguyen – Pro Se

# SUPPLEMENT — Chronology of Events (for the Court's convenience)

All physical and documentary evidence referenced herein are compiled and attached as
**Supplemental Exhibits S-1 through S-21 and M-14, M15, M-16 and M-25,** filed
contemporaneously with this Motion.

| Exhibit | Date (local) | Who | Medium | What happened | Legal Relevance |
|---|---|---|---|---|---|
| S-1 | Nov 30, 2023 | Hien ↔ Bank | Bank record | Client check $17,605 deposited; bank hold ~120 hrs.; funds usable Dec 4. | Proves lawful receipt of funds and transparency. |
| S-2 | Dec 12, 2023 | Hien ↔ Ny | iMessage | Nyha provides only partial address & phone for Roy's visa application; caused verification delay. | Shows delay attributable to customer, not Debtor. |
| S-3 | Dec 13–14, 2023 | Hien ↔ Embassy | iMessage | Debtor follows up with embassy, pays ~$330 emergency visa fee; only $50 recovered. | Shows good-faith effort and financial sacrifice. |
| S-4 | Dec 15–16, 2023 | Hien ↔ Ny | iMessage | Offers refund/cancellation if customer cannot travel; explains risk of no-show. | Demonstrates proactive mitigation and fair opportunity for customer to cancel. |
| S-5 | Dec 17, 2023 | Hien ↔ Ny | iMessage | Continues to offer refund; repeats warnings to avoid risk. | Shows consistent good faith and transparency. |
| S-6 | Dec 18, 2023 | Hien ↔ Ny | iMessage | Again, urges decision to cancel or confirm; warns tickets will be non-refundable. | Proves Debtor acted to prevent loss, not to deceive. |
| S-7 | Dec 19, 2023 | Ny ↔ Hien | iMessage | Customer initially hesitates but keeps asking questions about travel plan. | Shows customer fully informed before deciding. |
| S-8 | Dec 19, 2023 | Hien ↔ Ny | iMessage | **Customer confirms decision not to cancel and chooses to proceed with the trip.** | Proves no-show risk was knowingly |

| Exhibit | Date (local) | Who | Medium | What happened | Legal Relevance |
|---------|--------------|-----|--------|---------------|-----------------|
| | | | | | accepted by customer, not caused by Debtor. |
| S-9 | Dec 19, 2023 | Hien → Ny | iMessage | Debtor explains the support process at Vietnam arrival airport — including staff assistance for entry procedures. | Shows Debtor went beyond ticketing duty, arranged assistance at port of entry. |
| S-10 | Dec 20, 2023 | Ny ↔ Hien | iMessage | Customer repeatedly demands flights must have pre-assigned seat numbers before travel. | Shows customer's unreasonable demand; seat numbers only available at check-in. |
| S-11 | Dec 14, 2023 | Embassy → FedEx | Tracking Record | Embassy tracking showing kid's visa package shipped via FedEx to Memphis. | Proves visa for child was physically mailed on time. |
| S-12 | Dec 15, 2023 | Hien → Ny | Email / Attachment | Roy's emergency e-visa approved and completed. | Confirms visa was successfully issued, clearing customer to travel. |
| S-13 | Dec 15, 2023 | Hien → Ny | Email | Company sends visa and tickets via email to customer, confirming trip is fully arranged. | Shows Debtor fulfilled contractual duty before no-show. |
| S-14 | Dec 19, 2025 | Roy ↔ Delta | Phone/Chat | Roy confirms with Delta that ticket payment was made in cash in Vietnam. | Confirms tickets were genuine and paid. |
| S-15 | Dec 22, 2025 | Roy ↔ Hien | iMessage | Roy demands $34,000 — almost double the amount paid. | Shows excessive demand, not reasonable compensation. |
| S-16 | Dec 20, 2025 | Hien ↔ Customer | iMessage | Debtor apologizes sincerely and promises to resolve refund with airline. | Shows good faith and attempt to mitigate loss. |

| Exhibit | Date (local) | Who | Medium | What happened | Legal Relevance |
|---------|-------------|-----|--------|---------------|-----------------|
| S-17 | Dec 21, 2025 | Hien ↔ Customer | iMessage | Debtor updates customer on refund status and asks for patience. | Confirms continued communication and effort to solve problem. |
| S-18 | Dec 22, 2025 | Hien ↔ Customer | iMessage | Debtor again apologizes and requests more time as bank/airline process refund. | Shows persistence and transparency, not avoidance. |
| S-19 | Dec 23, 2025 | Hien ↔ Customer | iMessage | Final apology before escalation, reiterates intention to pay once refund clears. | Confirms Debtor's consistent willingness to remedy situation. |
| S-20 | Feb 2024+ | Nyha | Social media | Escalated defamatory attacks, calling Debtors fraud publicly. | Shows harassment and reputational harm. |
| S-21 | Feb 2024+ | Hien → Police | Police Report | Complaint filed; suspends further refunds until legal resolution. | Shows Debtors acted lawfully, protecting rights. |
| M-14 | Nov 09, 2020 | | | **Pennsylvania Registration of Fictitious Name – "XUAT CANH MY"** filed by Ta Nguyen, age 18 at time of filing. | Proves business is lawfully registered to Ta Nguyen; confirms Debtors are not owners or controllers. |
| M-15 | Tax Year 2021 | | | **U.S. Federal Tax Return (Form 1040)** for Ta Nguyen showing income, filing status "Single", address 148 Penn Ave. | Confirms Ta Nguyen is an independent taxpayer and financially separate from Debtors; supports argument that business income is his alone. |
| M-16 | Nov 29, 2023 | | | **Client Check for $17,605** made payable to Xuat Canh My DBA | Establishes principal transaction amount; shows funds received lawfully and transparently — supports Debtors' good faith. |
| M-25 | Deposition Date (prior sworn testimony) | | | **Transcript of Ta Nguyen Testimony** — Pages 11–12: Ta confirms mother only assists with bank account issues occasionally, unpaid, and that he personally filed the fictitious name registration at age 18. | Confirms Debtors' limited role (administrative help only), and that Ta Nguyen independently owns and operates business; rebuts Plaintiff's claim of Debtors' control. |

Page | 1

*This appendix consists of 41 pages and is inseparable.*

**SUPPLEMENT — Chronology of Events (for the Court's convenience)**

(FRBP 9023 & 9024; Incorporating Supplemental Exhibits S-1 – S-21)

Debtors respectfully submit this Supplement to ensure a complete record. It adds a concise chronology and attaches limited, objective communications and records that were not considered at dismissal. These materials corroborate Debtors' good-faith conduct, the commercial nature of the dispute, and the absence of any tested evidence of fraud.

Debtors also incorporate by reference prior Exhibits **M-14, M – 15, M-16** and **M-25** (business filings, tax returns, checks to "XUAT CANH MY," and sworn 2022 testimony), and now attach Supplemental Exhibits **S-1 – S-21** described below.

**Purpose of Supplement**

1.  To provide the Court with contemporaneous messages, bank/airline/embassy records, and refund attempts demonstrating that Debtors **kept continuous contact, requested patience**, and **worked to secure refunds**, while the customers demanded immediate or even double refunds notwithstanding known no-show losses.
2.  To correct the incomplete, one-sided record that led to dismissal without discovery or an evidentiary hearing.

**Exhibit List (S-1 – S-21)**

| Exhibit | Date (local) | Who | Medium | What happened | Legal Relevance |
|---------|--------------|-----|--------|---------------|-----------------|
| S-1 | Nov 30, 2023 | Hien ↔ Bank | Bank record | Client check $17,605 deposited; bank hold ~120 hrs; funds usable Dec 4. | Proves lawful receipt of funds and transparency. |
| S-2 | Dec 12, 2023 | Hien ↔ Ny | iMessage | Nyha provides only partial address & phone for Roy's visa application; caused verification delay. | Shows delay attributable to customer, not Debtor. |
| S-3 | Dec 13–14, 2023 | Hien ↔ Embassy | iMessage | Debtor follows up with embassy, pays ~$330 emergency visa fee; only $50 recovered. | Shows good-faith effort and financial sacrifice. |

| Exhibit | Date (local) | Who | Medium | What happened | Legal Relevance |
|---|---|---|---|---|---|
| S-4 | Dec 15–16, 2023 | Hien ↔ Ny | iMessage | Offers refund/cancellation if customer cannot travel; explains risk of no-show. | Demonstrates proactive mitigation and fair opportunity for customer to cancel. |
| S-5 | Dec 17, 2023 | Hien ↔ Ny | iMessage | Continues to offer refund; repeats warnings to avoid risk. | Shows consistent good faith and transparency. |
| S-6 | Dec 18, 2023 | Hien ↔ Ny | iMessage | Again, urges decision to cancel or confirm; warns tickets will be non-refundable. | Proves Debtor acted to prevent loss, not to deceive. |
| S-7 | Dec 19, 2023 | Ny ↔ Hien | iMessage | Customer initially hesitates but keeps asking questions about travel plan. | Shows customer fully informed before deciding. |
| S-8 | Dec 19, 2023 | Hien ↔ Ny | iMessage | **Customer confirms decision not to cancel and chooses to proceed with the trip.** | Proves no-show risk was knowingly accepted by customer, not caused by Debtor. |
| S-9 | Dec 19, 2023 | Hien → Ny | iMessage | Debtor explains the support process at Vietnam arrival airport — including staff assistance for entry procedures. | Shows Debtor went beyond ticketing duty, arranged assistance at port of entry. |
| S-10 | Dec 20, 2023 | Ny ↔ Hien | iMessage | Customer repeatedly demands flights must have pre-assigned seat numbers before travel. | Shows customer's unreasonable demand; seat numbers only available at check-in. |
| S-11 | Dec 14, 2023 | Embassy → FedEx | Tracking Record | Embassy tracking showing kid's visa package shipped via FedEx to Memphis. | Proves visa for child was physically mailed on time. |

| Exhibit | Date (local) | Who | Medium | What happened | Legal Relevance |
|---------|--------------|-----|--------|---------------|-----------------|
| S-12 | Dec 15, 2023 | Hien → Ny | Email / Attachment | Roy's emergency e-visa approved and completed. | Confirms visa was successfully issued, clearing customer to travel. |
| S-13 | Dec 15, 2023 | Hien → Ny | Email | Company sends visa and tickets via email to customer, confirming trip is fully arranged. | Shows Debtor fulfilled contractual duty before no-show. |
| S-14 | Dec 19, 2025 | Roy ↔ Delta | Phone/Chat | Roy confirms with Delta that ticket payment was made in cash in Vietnam. | Confirms tickets were genuine and paid. |
| S-15 | Dec 22, 2025 | Roy ↔ Hien | iMessage | Roy demands $34,000 — almost double the amount paid. | Shows excessive demand, not reasonable compensation. |
| S-16 | Dec 20, 2025 | Hien ↔ Customer | iMessage | Debtor apologizes sincerely and promises to resolve refund with airline. | Shows good faith and attempt to mitigate loss. |
| S-17 | Dec 21, 2025 | Hien ↔ Customer | iMessage | Debtor updates customer on refund status and asks for patience. | Confirms continued communication and effort to solve problem. |
| S-18 | Dec 22, 2025 | Hien ↔ Customer | iMessage | Debtor again apologizes and requests more time as bank/airline process refund. | Shows persistence and transparency, not avoidance. |
| S-19 | Dec 23, 2025 | Hien ↔ Customer | iMessage | Final apology before escalation, reiterates intention to pay once refund clears. | Confirms Debtor's consistent willingness to remedy situation. |
| S-20 | Feb 2024+ | Nyha | Social media | Escalated defamatory attacks, calling Debtors fraud publicly. | Shows harassment and reputational harm. |

| Exhibit | Date (local) | Who | Medium | What happened | Legal Relevance |
|---------|--------------|-----|--------|---------------|-----------------|
| S-21 | Feb 2024+ | Hien → Police | Police Report | Complaint filed; suspends further refunds until legal resolution. | Shows Debtors acted lawfully, protecting rights. |
| M-14 | Nov 09, 2020 | | **Pennsylvania Registration of Fictitious Name – "XUAT CANH MY"** filed by Ta Nguyen, age 18 at time of filing. | Proves business is lawfully registered to Ta Nguyen; confirms Debtors are not owners or controllers. |
| M-15 | Tax Year 2021 | | **U.S. Federal Tax Return (Form 1040)** for Ta Nguyen showing income, filing status "Single", address 148 Penn Ave. | Confirms Ta Nguyen is an independent taxpayer and financially separate from Debtors; supports argument that business income is his alone. |
| M-16 | Nov 29, 2023 | | **Client Check for $17,605** made payable to Xuat Canh My. | Establishes principal transaction amount; shows funds received lawfully and transparently — supports Debtors' good faith. |
| M-25 | Deposition Date (prior sworn testimony) | | **Transcript of Ta Nguyen Testimony** — Pages 11–12: Ta confirms mother only assists with bank account issues occasionally, unpaid, and that he personally filed the fictitious name registration at age 18. | Confirms Debtors' limited role (administrative help only), and that Ta Nguyen independently owns and operates business; rebuts Plaintiff's claim of Debtors' control. |

**COMMERCIAL SCENARIO LEADING TO DISMISSAL - NARRATIVE OF EVENTS**

The end of 2023, my son's company received two customers, Roy and Nyha, who requested airline tickets and visa processing services for travel to Vietnam. Payment for the tickets was received by check, and debtor acted solely as an administrative representative on behalf son to receive the payment and facilitate the transaction. The transaction ultimately failed due to the following events and circumstances:

**Before the flight: Ticket Issuance was delayed due:**

1- Check hold by the bank up to over 120 hours, which was outside the Debtor's control. (See Exhibit S-1)

**2-** Visa Info Incomplete (See Exhibit S-2)

## Exhibit S-1



Vay chi co ben bu cho e k

Khi nhận check - nó có 1 tuần mới clear

Booking deadline 24h - 1 cái check có 1 tuần để clear chị vẫn giữ chỗ cho em- nhưng hãng đổi lịch bay – chị vẫn nhận lỗi về phía chị

Nhưng để giải quyết vấn đề em phải có sự thông cảm nữa

**Deposit details**

| Account | (...8301) |
| Received | November 30, 2023 07:57 AM ET |
| Amount | $17,605.00 |

**When will I receive my funds?**

| Amount | $17,605.00 |
| Available for use | December 04, 2023 |

**Here's the verbatim English rendering of that chat**

> **Customer**: "So will you compensate me or not?"
>
> **Debtor**: "When I receive a check, it takes about one week to clear. The booking deadline is 24h — while the check needed a week to clear I still held seats for you, but the airline changed the schedule — I accept fault on my side. To resolve this, I also need your understanding."

**How this mean**: The bank held the check over 120 hours — significantly longer than the standard 72-hour ticket hold period. Nevertheless, the company acknowledged its own lapse and attempted to notify the customers that it would still try to secure the flight itinerary

## Exhibit S-2

### Vietnam Visa Delay:



**Here's the verbatim English rendering of that chat**

**Hien(Debtor):** "ROYAL's visa needs a Vietnam contact's phone number and address — please add it for me."
**Ny (Customer):** "Can it be my name?"
**Hien:** "Do you have the phone number and address in Vietnam?"
**Ny:** "Yes."
**Hien:** "Okay then, Ny."
**Ny:** "K196/H24 Tran Cao Van – Da Nang, 0905443606" **[partial/incomplete address]**

**How this mean:**
Mr. Roy provided incomplete personal information, which hindered verification and caused further delay.

### Exhibit S-3



**Here's the verbatim English rendering of that chat "Vietnam Embassy"**

> **Embassy:** "Please message me here."
> **Debtor:** "Where should I call?"
> **Debtor:** "The clients also need to be in Vietnam on the evening of the 18th."
> **Embassy:** "Then they'll only fly tomorrow."
> **Embassy:** "Ok."
> **Embassy:** "Send it."
> **Embassy:** "I'll send the approval in a bit."
> Debtor: **"And if they need it earlier, what's the fee, Duc?"**
> **Embassy:** "But it has to be the evening of the 18th, right?"
> **Embassy:** "If earlier, they can only enter via Tan Son Nhat."
> **Embassy:** "If they come in on the 17th, that's fine too."
> **Embassy:** "But pick up."
> **Embassy: "330."**

**How this means:**

Aware of the potential risk, and unable to hold the seat as previously confirmed, the
company delayed final ticket issuance until funds cleared and the visa information was
corrected. The company paid ~$330 to expedite processing, of which only $50 was
recovered

**Good-Faith Offer = Opportunity to Cancel**

Because the reservation could no longer be guaranteed, Roy and Nyha were contacted and offered cancellation in order to secure a full refund. They refused this solution however later failed to appear for their flight — a no-show that, under airline rules, rendered the tickets non-refundable.

## Exhibit S-4



**Here's the verbatim English rendering of that chat**

> **Debtor:**
> "Do you want to receive a refund or do you want me to process the flight for you, Ny? Please let me know.
>
> I don't have enough free time right now to discuss the issue in detail, because I need time to resolve it — this does not mean that I am ignoring you or trying to scam you.
>
> I also don't have time to reply to ROYAL's messages — please understand — I have received your payment and I am working on it. I can only talk more when I have free time — the booker is waiting for the airline to confirm the code for me.
>
> If you feel you cannot wait any longer, I will refund your money. As for the visa, the Embassy has already sent it out."

**See Exhibit S-5**



**Here's the direct English rendering**

(December 12, 2023): Debtor: Ny, if you cannot take the flight I sent – arriving in Da Nang at 2:15 PM on December 20 – then I must refund your money. Right now, the booker says the system cannot book the Da Nang route for the 6:00 AM flight on December 18. I tried to follow your request but could not. Sorry.

Please allow me to refund you since I cannot arrange it according to your plan. I am truly sorry. Please give me your information so I can send the payment back.

(Nyha): If you refund me, will you also compensate me?

Debtor: I have already processed the visa for you, so it is possible I will not get that fee back, and I cannot do more than that. The Da Nang route is really unstable; I have learned my lesson not to accept such close-date bookings in the future.

**How this means:**

"The debtor repeatedly warned the customer to cancel the tickets and request a refund if they were not certain about traveling to avoid any risk, but the customer chose not to cancel and ultimately caused a no-show."

**Exhibit S-6**

  

NY HA

Chỉ gui chuyen bay cua e qua email e coi

Em có bay được chuyến tới DAD ngày 20 không? Không thì chị trả lại tiền, chứ tình trạng của em căng lắm, không làm được chị trả lại tiền cho em còn thu xếp. Còn được thì chị cho booker lấy chỗ.

Là nếu tới DAD 2:15pm 20Dec em ok thì chị lấy chỗ liền.

**Here's the verbatim English rendering of that chat**

**Ny Ha:**
"Send me your flight details via email so I can check."

**Debtor:**
"Can you still take the flight to Da Nang on December 20?
If not, I will refund your money, because your situation is very stressful.
If I can't arrange this for you, I'd rather give you the money back so you can make other plans. If you agree, I will have the booker secure the seat for you right away. So if arriving in Da Nang at 2:15 PM on Dec 20 works for you, I will reserve it immediately."

**How this means:**

"The debtor repeatedly warned the customer to cancel the tickets and request a refund if they were not certain about traveling to avoid any risk, but the customer chose not to cancel and ultimately caused a no-show."

**Exhibit S-7**

 

NY HA

> Cho chị trả lại tiền vì không lo được đúng theo sự sắp xếp của em. Thật sự sorry em. Em cho chị thông tin để chị thanh toán lại.

Chi tra tien lai chi co den bu  cho
e k

> Chị đã làm visa cho em, nên có thể chị sẽ không nhận lại số tiền đó, chứ chị không làm được nhiều hơn, đường  bay Đà Nẵng thật ra bay không ổn định, chị cũng rút kinh nghiệm khi nhận đường bay này cận ngày bay, không xử lý được

Cho goi lai cho e

> Em cho chị thông tin thanh toán lại tiền là được rồi, chị cũng không biết nói gì, làm mất thêm thời gian của em. Xin lỗi em nhiều

**Here's the direct English rendering**

**How the mean**:  Debtor clearly informed the customer of the ongoing booking process, clarified there was no fraud or avoidance, and offered an immediate refund if the customer did not wish to wait. This communication demonstrates good faith and negates any allegation of fraudulent intent

> **Debtor:** "Please let me refund the money because I cannot arrange it the way you wanted. I'm really sorry. Give me your info so I can send the money back."
>
> **Customer:** "If you refund, will you also compensate me?"
>
> **Debtor:** "I already processed the visa for you, so maybe I won't get that fee back, but I can't do more than that. The Da Nang flight route is really unstable — I learned my lesson not to book this route so close to the travel date because it's too hard to handle."
>
> **Customer:** "Call me back." Debtor: "Just give me your info so I can refund you. I honestly don't know what else to say, I don't want to waste more of your time. I'm very sorry."



**Exhibit S-8**

Ua chi e noi chi nghe ne hom bua chi noi tra tien la xuat Ve ma bgio chuyen bay cua e chua xong  moi thu chuyen bi xong bgio chuyen bay cua e chua co ma chi noi tra tien lai ,trong hom nay chi fai giai quyet xong cho e ,

**Here's the direct English rendering**

**Debtor:**
"The visa has been sent by the Embassy." *(FedEx tracking shown)*

**Customer (Ny):**
"Hey, listen—earlier you said if I paid, you would issue the tickets. But right now my flight still isn't finalized; there aren't seats yet. How can you be talking about a refund? You must resolve this for me **today**."

**How this means:**

It shows the customer was demanding an immediate solution the same day (not asking to cancel the trip), while you had already provided the visa tracking. This supports your narrative of continuous communication and the customer pressuring for instant results rather than accepting cancellation/refund timelines.

## Exhibit S-9



**Here's the direct English rendering:**

**Hien (Debtor):**
"I think if you stay one night in Saigon, I can arrange everything properly so everyone is more comfortable. I also want you to let me handle it this time so we don't miss the date or delay your plans. The U.S. return flight is still January 9."

**Ny (Customer):**
"Okay, please help me with that. How about the flight from Saigon to Da Nang?"

**Hien (Debtor):**
"My side will take care of it."

**Ny (Customer):**
"How long is the flight from the U.S.?"

**Hien (Debtor):**
"There's a flight at 8:00 that arrives in Da Nang at 9:30 a.m."

**Ny (Customer):**
"I'll arrive in Saigon that day. Please send the departure and return flight details to my email so I can review them."

**How this means:** "The debtor not only repeatedly warned the customer to cancel the tickets if they were uncertain about traveling, but also clearly informed them of the flight schedule and notified them in advance that the company would arrange staff to assist at the port of entry. This demonstrates good faith and thorough preparation to ensure the customer's trip would go smoothly."

## Seat Assignment and Payment Structure

### Exhibit S-10



Chi

E noi chuyen tu Da Nang ve My chi iu oi

Seats cua chuyen e va Ba Me e

Tu Da Nang qua My chi iu cua e oi

### Here's the direct English rendering:

**Debtor**: "If you go to the airport tomorrow and can't fly, I'll compensate the tickets — or you can sue me for fraud, right Ny?
But I already sent the tickets, yet you keep saying there aren't any.
I also don't really understand what you mean.
You told your husband there were no tickets, making him think I'm a scammer."

**Customer (Ny):**
"Sis.
I'm talking about the flight from Da Nang back to the U.S., dear.
The seats for my flight and my parents'.
From Da Nang to the U.S., sis."

**How this means:** Roy and Nyha repeatedly demanded that the tickets include seat assignments. However, the company's agreement did not guarantee complimentary seat selection, as most seat assignments must be made at the airport. The company's partner temporarily held the tickets without seat numbers and prudently paid only for the outbound Vietnam segment while withholding full payment for the return leg to avoid more severe financial loss if he customers later canceled due to seat concerns. This was a standard industry practice, not the issuance of "fake tickets."

Exhibit S-11

**FedEx Delivery Confirmation.**



# Your package is out for delivery today.

**DELIVERY DATE**

Fri 12/15/2023
estimated between 7:06am and 11:06am



**OUT FOR DELIVERY**
MEMPHIS, TN

MANAGE DELIVERY

| | |
|---|---|
| TRACKING NUMBER | 774472073783 |
| FROM | Embassy of Vietnam |
| | 1233 20th st. NW |
| | Suite 400 |
| | WASHINGTON, DC, US, 20036 |
| TO | CONG TY DI TRU |
| | ny ha - n&ka nail |
| | 975 GOODMAN RD E |
| | STE 7 |
| | SOUTHAVEN, MS, US, 38671 |
| SHIP DATE | Thu 12/14/2023 07:26 PM |
| PACKAGING TYPE | FedEx Envelope |
| ORIGIN | WASHINGTON, DC, US, 20036 |
| DESTINATION | SOUTHAVEN, MS, US, 38671 |
| STANDARD TRANSIT | Fri, 12/15/2023 by 5:00pm |
| NUMBER OF PIECES | 1 |
| TOTAL SHIPMENT WEIGHT | 0.50 LB |

How this means:

FedEx record showing Embassy of Vietnam shipped visa approval packet for kids on
12/14/2023, delivered in Memphis, TN and Royal Chatman Confirms on 12/15/2023, that
the company legitimately obtained visa clearance for the customer before ticket purchase

## Exhibit S-12

**BỘ CÔNG AN**
**CỤC QUẢN LÝ XUẤT NHẬP CẢNH**
Immigration Department
Số(Our Ref. No): A23806491/QLXNC

V/v nhận thị thực tại cửa khẩu
Subj: Picking up visa upon arrival

**CỘNG HÒA XÃ HỘI CHỦ NGHĨA VIỆT NAM**
Socialist Republic of Viet Nam

*Ngày (Day) 15 tháng (month) 12 năm (Year) 2023*

Kính gửi: **TẬP ĐOÀN LỮ HÀNH QUỐC TẾ**

Trả lời công văn số 03336-AN1US123-DL ngày 15 tháng 12 năm 2023 của TẬP ĐOÀN LỮ HÀNH QUỐC TẾ về việc 01 người nước ngoài nhập cảnh Việt Nam để du lịch, Cục Quản lý xuất nhập cảnh có ý kiến như sau:

*In response to the the letter number 03336-AN1US123-DL dated 15 December 2023 from TẬP ĐOÀN LỮ HÀNH QUỐC TẾ requesting permission granted to 1 person to enter Viet Nam for the purpose of tourism, the Immigration Department refers it as follows:*

1/ Ông (Mr):    CHATMAN ROYAL ALLEN
Sinh ngày (Date of birth):    05/11/1969
Quốc tịch (Nationality):    United States
Số hộ chiếu ( Passport No):    683126546
Được nhập cảnh Việt Nam một lần từ ngày 18/12/2023 đến ngày 16/01/2024
*1 following person is granted single entry into Viet Nam from 18/12/2023 to 16/01/2024*
2/ Khách trên được nhận thị thực tại cửa khẩu sân bay quốc tế./.
*The above mentioned person shall  pick up visa on arrival at the International Airports.*

<u>Nơi nhận (CC. to):</u>
- Như trên;
- CACK SBQT Tân Sơn Nhất
(Immigration office at the International
Airports);
- Lưu (filing): VT, P4.

**TL.CỤC TRƯỞNG**
**KT.TRƯỞNG PHÒNG**
**PHÓ TRƯỞNG PHÒNG**
**Immigration Department**

Lê Thị Thanh Huyền



How this means:

Mr. Roy's emergency visa was approved and issued by the Vietnamese Embassy on December 15, 2023, clearing him to travel.

Page | 18

## Exhibit S-13

### Email Confirmation of Booking & Visa Status (15-Dec-2023)



9/21/25, 3:44 PM                        Gmail - VÉ MÁY BAY ĐI VIETNAM (SEAT, WHEELCHAIR,

 Gmail                                    Thanh Hien <hiennguyen7626@gmail.com>

**VÉ MÁY BAY ĐI VIETNAM (SEAT, WHEELCHAIR,**
1 thư

hien nguyen <hiennguyen7626@gmail.com>                          lúc 09:38 15 tháng 12, 2023
Đến: nyna85@yahoo.com

Chào bạn!
Vui lòng xem file đính kèm
1- Vé từ MEMPHIS đi SÀI GÒN - có số ghế và wheelchair cho Ba và mẹ
2- Vé từ SÀI GÒN đi ĐÀ NĂNG
3- VISA KENNY và TOMMY: IN TRANSIT
4- VISA ROYAL: IN PROCESSING (SHOULD BE TOMORROW -MAYBE NEED MORE TIME FOR CHECK BACKGROUND)
5- Vé từ Việt Nam qua: đang xin chỗ nên sẽ gửi xác nhận sau.

◢ tệp đính kèm

Full name: CHATMAN ROYAL ALLEN
Registration code: E2412TUSA68326S4b69
Passport number: E6472656
Application status: In processing

                    ROYAL_VISA.jpg
                    124K
Copyright by Vietnam Immigration Department
184 - 48, Tran Phu street, Ba Dinh Dist, Ha Noi

FedEx

          TOMMY KENNY_VISA.jpg
          470K

CHATMAN  ROYAL ALLEN 0/VE  17DEC23..pdf
147K

https://mail.google.com/mail/u/0/?ik=5bfc571zfd&view=pt&search=all&permthid=thread-a:r-1234616796465746502&s/mpl=msg-a:r-1223754360362z2...    1/2

How this means:

Contemporaneous email correspondence dated December 15, 2023 confirms the e-visa approval and that the tickets were issued and ready for travel.

## Your trip

| | | | |
|---|---|---|---|
| | Booking ref: | **6V2CQA** | CheckMyTrip App |
| | Document Issue Date: | **14 December 2023** | Baggage Info |

| Traveler | CHATMAN/ROYAL ALLEN |
|---|---|
| | HA/NY HOAI |
| | HA/VAN LOC/ Wheelchair |
| | NGUYEN/KENNY |
| | NGUYEN/NATALIE |
| | NGUYEN/TOMMY |
| | TRAN/THI NGAN/ Wheelchair |

| Date | City | Flight | From/To | Class |
|---|---|---|---|---|
| Sun 17 December | Memphis - Denver | UA 1890 | 08:30 - 10:13 | Economy |
| Sun 17 December | Denver - Tokyo | UA 143 | 11:30 - 15:45 (+1) | Economy |
| Mon 18 December | Tokyo - Ho Chi Minh City | UA 7913 | 18:55 - 00:15 (+1) | Economy |



# Discover Amadeus Media Solutions

### Sunday 17 December 2023



**United Airlines UA 1890**

| **Departure** | 17 December 08:30 | Memphis, (Memphis Intl) (+) |
|---|---|---|
| **Arrival** | 17 December 10:13 | Denver, (Denver International) (+) |
| Duration | | 02:43 (Non stop) |
| Booking status | | Confirmed |
| Airline contact | | Denver International - 1800 241 6522 Dbo /1800 538 2929 Intl |
| Class | | Economy |
| Equipment | | AIRBUS A319 |
| Flight meal | | Food and beverages for purchase |

### Sunday 17 December 2023



**United Airlines UA 143**

| **Departure** | 17 December 11:30 | Denver, (Denver International) (+) | |
|---|---|---|---|
| **Arrival** | 18 December 15:45 | Tokyo, (Narita Intl) (+) | Terminal: 1 |
| Duration | | 12:15 (Non stop) | |
| Booking status | | Confirmed | |
| Airline contact | | Denver International - 1800 241 6522 Dbo /1800 538 2929 Intl | |
| | | Narita Intl - 0120 11 44 66Toll Free | |
| Class | | Economy | |
| Equipment | | BOEING 787-9 | |
| Flight meal | | Lunch | |

### Monday 18 December 2023



Discover Amadeus Media Solutions

Powered by
amadeus

**19 DEC 2023** ▸ **19 DEC 2023 TRIP TO DA NANG, VIETNAM**

PREPARED FOR
**ROYAL ALLEN CHATMAN**
**NY HOAI HA**
**VAN LOC HA**
**KENNY NGUYEN**
**NATALIE NGUYEN**
**TOMMY NGUYEN**
**THI NGAN TRAN**



RESERVATION CODE   SEAEQC

✈ DEPARTURE: **TUESDAY 19 DEC** Please verify flight times prior to
departure

| VIETNAM AIRLINES VN 0110 | SGN HO CHI MINH CITY, VIETNAM | ▸ DAD DA NANG, VIETNAM | Aircraft: AIRBUS INDUSTRIE A321 JET |
|---|---|---|---|
| Duration: 1hr(s) 25min(s) | Departing At: 06:55 | Arriving At: 08:20 | Distance (in Miles): 373 |
| Cabin: Economy | | | |
| Status: Confirmed | Terminal: TERMINAL 1 | Terminal: TERMINAL 1 | |

| Passenger Name: | Seats: | eTicket Receipt(s): |
|---|---|---|
| ▹ Royal Allen Chatman | Check-In Required | 7382405536346 |
| ▹ Ny Hoai Ha | Check-In Required | 7382405536347 |
| ▹ Van Loc Ha | Check-In Required | 7382405536348 |
| ▹ Kenny Nguyen | Check-In Required | 7382405536349 |
| ▹ Natalie Nguyen | Check-In Required | 7382405536350 |
| ▹ Tommy Nguyen | Check-In Required | 7382405536351 |
| ▹ Thi Ngan Tran | Check-In Required | 7382405536352 |



DELTA AIRLINE
Traveler details
MAY XXX XXX
THAT XXX XXX
NO SAID REGULATION
Confirmation: XX365 / Reserved
**Delta Airlines** / Job #1

**Da Nang To Memphis**    Sun, Mar 31    10:50 pm

Da Nang (DAD)
47 8%

Lay over 9h 50m in Seoul

4:51 pm
Incheon Intl (ICN)    9:30 am
Seoul (ICN)/ICA

Seoul Intl (ICN)/cityspeed
Incheon Intl (ICN)    9:20 am
11:45a

Lay over 2h 05 in Atlanta

4:51 pm
Atlanta Hartsfield-Jackson (ATL)    10:10 am
Seoul ICN/s

Atlanta Hartsfield-Jackson (ATL)    12:59 pm
8%/s%
Memphis (MEM)    1:21 pm
**1 Apr 21**

DELTA AIRLINE
Traveler details
STANDARD MERRILL ALLEN    ONE WAY ECON
MOTHER? MONEY    RICHARD? BATMAN    RETURN / SUNNY
Confirmation: XX365# / Reserved

**Delta Airlines**    Job #1

**Da Nang To Memphis** Sun, Jan 8    11:10 pm

Incheon Intl (ICN)
8%/s%
Lay over 11h 50m in Seoul

Incheon Intl (ICN)    9:20 am

Seoul Intl (ICN) 11:21 pm
8%/s%
Lay over 2h 05 in Washington

Minneapolis St Paul (MSP)    8:40 am

Minneapolis St Paul (MSP)    9:10 am
8%/s%
Memphis (MEM)    12:20 pm

**After the flight=No Show**

## Exhibit S-14

On December 19, 2025, the customer personally contacted Delta, confirming that the company had booked and paid for the tickets in cash through a local partner in Vietnam. Delta further confirmed that the return segment was temporarily placed on hold by the partner due to seat assignment issues — a circumstance entirely outside the Debtor's control. The customer nonetheless failed to appear for the flight ("no-show"), thereby forfeiting any right to a refund under the airline's policy, yet continued to pressure the Debtor to issue a full refund immediately.

 

NY HA

19 Dec 2023 at 01:07

There is no more time needed for you to not refund our money ASAP. The only flight confirmation was going to Da Nang, which was purchased on 12/15 with cash in the amount 29724000 vnd which is $1,226 usd in HCM  through Korean Airline, then on 12/17, you had one of your Memphis Agents Cancel our Flights and a refund was processed and the very fact of learning we were never confirmed to have any tickets on 1/9/24 on any of the following Delta 7681 nor on Delta 170 neither on Delta 2815 also for our Parents return 3/31/24 Flights there were no confirmation of their names or reservations for Flight Delta 7812 nor on Delta 7851 neither on Delta 2778 which means we were never booked Flights to return home and you were given our money to Book our reservation of



How this means:

The customer was aware that a no-show would result in no refund under the airline's policy, yet continued to exert pressure on the Debtor to obtain a full refund by any means.

**Excessive Refund Demand Despite Known Losses**

**Exhibit S-15**

Despite being informed that (i) the airline had **not yet issued any refund**, (ii) the company had already **sustained a no-show loss** and non-refundable charges, and (iii) funds had to be **repatriated to the U.S. through the banking system** (with holds and Zelle limits), **Mr. Roy repeatedly demanded immediate repayment and even a double refund of $34,000**. Such a demand is punitive and unreasonable, not compensatory. Debtors nevertheless acted in good faith—continuing to pursue the airline refund, sending continuous updates, and issuing a **$3,000 partial payment** while awaiting bank clearance—conduct inconsistent with any intent to defraud.



17:48
◀ Phone

‹ 161    N

NY HA

confirmations and I need for you to give me some answers and the $34,000 start the process of that refund for you destroying our Vaction after taking our money for 3weeks and only to be left without any of our needed information

Royal! Sorry for your very bad experiences with us. Please keep calm. Even if you come to Korea and the visa has not been sent yet, I can still urgently issue it before you enter Vietnam, have someone sponsor and take you out, I can do it this way and hope you trust me. Visa is issued by immigration, not me. But I can support you to enter Vietnam without that visa, I promise that, you better believe me and give me the opportunity to do it for you in my best way.

### Good-Faith Efforts and Excessive Refund Demands:

### Exhibit S-16, S-17, S-18, S-19

Despite having no further legal obligation once the customer failed to appear for travel, the company continued to act in good faith: it contacted the airline repeatedly to pursue a refund on the customer's behalf, kept Mr. Roy continuously informed about the process, and encouraged patience. The company even issued a **partial refund of $3,000 via Zelle** — before receiving any funds back from the airline — and explained that further transfers were limited by Zelle's daily cap. These efforts, taken despite the company's own losses, demonstrate extraordinary dedication and goodwill toward the customer and are wholly inconsistent with allegations of fraud or concealment.

The debtor repeatedly apologized for the incident, promised to remedy the situation, and patiently waited for the airline to process the refund. The refund process was delayed due to issues with the bank. Despite these explanations and good-faith efforts, the customer kept pressuring for an immediate refund and even threatened to take legal action.



Exhibit S-16



**18:03**
◂ Phone

‹ 161

**NY HA**

Full Refund now

I told you – as soon as I know you not fly on 18 – I requested airline for help and get refund – your status was NO SHOW– and penalty fee $500 x 7 - this no call be cancel–  you NO SHOW

Also I canceled all of ticket to Da Nang and return

They said it need around 4 weeks for processing

After 4 weeks you will get full refund
Also I will pay more $3500 for penalty  at that time for you

If you want right now I dont have for you
If you take me to court for delay refund then I will sue Airline, they delay refund, not me.



Text Message

## Exhibit S-17



## Exhibit S-18



Just $1,000 for the firts time today
So it should be many times for $9,000

Are you sending 9 separate $1,000 transactions? Today why

I need all $9,000 today

Limit for zelle the first time, aslo when I get check, it need around 1 week for availble

Please let me know I zelle to you $1000 the first time today, then tomorrow it will be more



Your flight is available, visa is available so just go to Vietnam as planed

I am confirming to you that I want a full refund or there will be legal consequences

Once I ask your wife when refund available, she say no, so if you want refund then you need talk with airline according to procedure

Exhibit S-19



18 Dec 2023 at 10:13

> I keep talking with airline about our problem- the first I asked your wife for refund if she wanted- she didnt want to get refund- until the flight has been booked and the visa be ready, you requested a refund. I am trying to explain your problem to the airline so that I can get a refund for you. Please understand that I am just get ticket for you and pay to the airline. I don't keep your money, just try to get refund for you.

**18:17**
◀ Phone

〈 161
R
Royal

10 Feb 2024 at 19:10

> I have problem with zelle also all of payment that I want to do, it need time to talk with the bank, that is why I always said I need more time.

**Good morning**
February 11, 2024

+    Send | Zelle®    Pay bills    Account transfer

Snapshot   30 sec read   ›

**This feature isn't available to you right now.**
Please review the Zelle® Service Agreement and Privacy Notice under Legal Agreements for more info.

Accoun
Bank a                                        273.90

OK

TOTAL CHECKING (...2620) ›

**18:15**
◀ Phone

〈 161
R
Royal

24 Jan 2024 at 05:18

> Im trying to get refund back Usa for you, you know, we paid ticket by cash in Vietnam, it no easy to get Usd back here. Why I need time processing

> You gave me time, and I always thank you because that, you will get it as soon as it complete. soon



**How this means:**

The customer escalated by threatening to take legal action against the Debtor unless a full refund was issued immediately.

Exhibit S-20

**Escalation to Defamation: Nevertheless, on Feb 14, 2024, Mrs. Ny Ha publicly defamed and attacked Xuat Canh My DBA across social media and other public platforms, causing severe reputational and economic harm.** This defamatory campaign not only damaged the company's business relationships but also forced the Debtors to file police reports and seek legal remedies for harassment and defamation. Such retaliatory conduct further proves that this matter is a contentious commercial dispute — not evidence of criminal fraud — and highlights the disproportionate prejudice suffered by the Debtors.



**Suspension of Further Refunds and report to Police:**

## Exhibit S-21

Due to the escalating attacks and defamation from the customer, upon advice of counsel, the company was instructed to suspend further reimbursements until the matter could be resolved in a proper civil forum — a decision made to protect the integrity of the dispute resolution process, not to avoid repayment. Additionally, the debtor was filed a harassment complaint (Case No. 2024-01252), showing they sought lawful remedies and were victims, not perpetrators.



P a g e | 33

9/18/25, 7:26 PM                                              Gmail - CASE #2024-01252

hien nguyen <hiennguyen7626@gmail.com>                                          lúc 09:14 6 tháng 3, 2024
Đến: Brian Newhall <bnewhall@soudertonpolice.org>

Dear Sir,
Thank you for giving me very valuable advice at this time.
I am really sorry because I am suffering terribly from these acts, they are trying to destroy me.
I always respect the law, that's why I sought your help first, but it seems that those who are above the law are trampling on the dignity of others who are ignoring the law.
Please give me advice.
Thank you!


Vào Th 4, 6 thg 3, 2024 vào lúc 08:35 Brian Newhall <bnewhall@soudertonpolice.org> đã viết:

hien nguyen <hiennguyen7626@gmail.com>                                          lúc 08:28 7 tháng
Đến: Brian Newhall <bnewhall@soudertonpolice.org>

Dear Newhall,

Recently, there has been a lot of information circulating on social media saying that you and some individuals have gone on Facebook to denounce our company as a scam company with fake airline ticket sales. What I am concerned about is that they said you are organizing this investigation.

In February 2024, I have come to report to you that there is a group of people with bad intentions who deliberately attack and defame me on social media, causing us a lot of serious material mental damage. They say we are scammers, but instead of taking us to court to resolve the legal dispute, they choose to distort our company on social media using my personal image. Faced with that situation, I asked for your help in the hope that you could intervene in their dirty behavior, you said that when they use social media, you cannot intervene.

They also asked Consumer Protection for help, but legally, they are not convincing enough to charge us. I am attaching some statements below for your understanding. Now they are asking I and the police to charge me without any legal dispute in court, to me It is an act of intentional slander, distortion, attack, defamation. We are not criminals, no one has the right to violate our rig and legal obligations except the judge.

They said that you are conducting an investigation by seeking information from me regarding the fraud. So please tell me what documents you need to take the case to court instead of using media to slander and sabotage us. They said that I threatened them to keep quiet about the case, but while they sabotaged me everywhere on Facebook and the media, I could have sued the damages. Why, when there is enough evidence that we are fraudsters, they do not sue us for compensation but use the police and the media to accuse me? Is this a plot to destroy me for pe gain?

I hope you can testify that I came to you for help with this distortion, but in the end was helpless, that is evidence in court for me to accuse them of abusing social media to sabotage our comp We did not expect our company to be sabotaged in this way. We demand fairness and justice. Those people initially needed your help to sabotage me, not that they need compensation. They to go to court to solve the problem.

Thank you very much for helping us so that we can defend ourselves as soon as possible.


Vào Th 4, 6 thg 3, 2024 vào lúc 09:14 hien nguyen <hiennguyen7626@gmail.com> đã viết:

3 tệp đính kèm

Slander on Facebook.jpg
517K

Translation.jpg
513K

NY HA.pdf
378K

Page | 34

# Exhibit M-14

## How this means:

## Pennsylvania Registration of Fictitious Name –

## "XUAT CANH MY" filed by Ta Nguyen, age 18 at time of filing.

Entity# : 7162665
Date Filed : 11/09/2020
Pennsylvania Department of State

**PENNSYLVANIA DEPARTMENT OF STATE**
**BUREAU OF CORPORATIONS AND CHARITABLE ORGANIZATIONS**

☑ Return document by mail to:

NGUYEN TA
Name
148 PENN AVENUE
Address
SOUDERTON        PA        18964
City            State        Zip Code

☑ Return document by email to: hiennguyen7626@gmail.com

Registration of Fictitious Name
DSCB:54-311
(rev. 2/2017)

TML201113DP0121

Read all instructions prior to completing. This form may be sub

Fee: $70        ☐ I qualify for a veteran/reservist-owned small business fee exemption (see instructions)

In compliance with the requirements of 54 Pa.C.S. § 311 (relating to registration), the undersigned entity(ies) desiring to register a fictitious name under 54 Pa.C.S. Ch. 3 (relating to fictitious names), hereby state(s) that:

1. The fictitious name is:
   XUAT CANH MY

2. A brief statement of the character or nature of the business or other activity to be carried on under or through the fictitious name is:
   SERVICES AND ONLINE TRADING

3. The address, including number and street, if any, of the principal place of business (P.O. Box alone is not acceptable):

| 148 PENN AVENUE | SOUDERTON | PA | 18964 | MONTGOMERY |
|---|---|---|---|---|
| Number and street | City | State | Zip | County |

4. The name and address, including number and street, if any, of each individual interested in the business is:

| Name | Number and Street | City | State | Zip |
|---|---|---|---|---|
| NGUYEN TA | 148 PENN AVENUE | SOUDERTON | PENNSYLVANIA | 18964 |

PA DEPT OF STATE

NOV 0 9 2020

# Exhibit M-15

## How this means:

**U.S. Federal Tax Return (Form 1040)** for Ta Nguyen showing income, filing status "Single", address 148 Penn Ave.

---

**Form 1040**
Department of the Treasury – Internal Revenue Service    (99)
**U.S. Individual Income Tax Return**    **2021**    OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

**Filing Status** — Check only one box.
[X] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

| Your first name and middle initial | Last name | Your social security number |
|---|---|---|
|  | NGUYEN / TA | 0909 |

If joint return, spouse's first name and middle initial — Last name — Spouse's social security number

Home address (number and street). If you have a P.O. box, see instructions.    Apt. no.
**148 PENN AVE**

City, town, or post office. If you have a foreign address, also complete spaces below.    State    ZIP code
**SOURDETON**    **PA**    **18964**

Foreign country name — Foreign province/state/county — Foreign postal code

**Presidential Election Campaign**
Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
[ ] You  [ ] Spouse

At any time during 2021, did you receive, sell, exchange, or otherwise dispose of any financial interest in any virtual currency?   [ ] Yes  [X] No

**Standard Deduction**
Someone can claim:  [ ] You as a dependent   [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**  You: [ ] Were born before January 2, 1957  [ ] Are blind   Spouse: [ ] Was born before January 2, 1957  [ ] Is blind

**Dependents** (see instructions):
If more than four dependents, see instructions and check here ▶ [ ]

| (1) First name   Last name | (2) Social security number | (3) Relationship to you | (4) ✓ if qualifies for (see instructions): Child tax credit | Credit for other dependents |
|---|---|---|---|---|
|  |  |  | [ ] | [ ] |
|  |  |  | [ ] | [ ] |
|  |  |  | [ ] | [ ] |
|  |  |  | [ ] | [ ] |

Attach Sch. B if required.

Standard Deduction for—
• Single or Married filing separately, $12,550
• Married filing jointly or Qualifying widow(er), $25,100
• Head of household, $18,800
• If you checked any box under Standard Deduction, see instructions.

| Line | Description | Amount |
|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 1 |
| 2a | Tax-exempt interest  2a | b Taxable interest  2b |
| 3a | Qualified dividends  3a | b Ordinary dividends  3b |
| 4a | IRA distributions  4a | b Taxable amount  4b |
| 5a | Pensions and annuities  5a | b Taxable amount  5b |
| 6a | Social security benefits  6a | b Taxable amount  6b |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | 7    0. |
| 8 | Other income from Schedule 1, line 10 | 8    101,146. |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | 9    101,146. |
| 10 | Adjustments to income from Schedule 1, line 26 | 10    7,146. |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** ▶ | 11    94,000. |
| 12a | Standard deduction or itemized deductions (from Schedule A)  12a  12,550. | |
| b | Charitable contributions if you take the standard deduction (see instructions)  12b  300. | |
| c | Add lines 12a and 12b | 12c    12,850. |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | 13    16,230. |
| 14 | Add lines 12c and 13 | 14    29,080. |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | 15    64,920. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    Cat. No. 11320B    Form **1040** (2021)

CDA

Form 1040 (2021) NGUYEN TA                                                                    J-0909    Page 2

| | | | | |
|---|---|---|---|---|
| 16 | Tax (see instructions). Check if any from Form(s): 1 ☐ 8814  2 ☐ 4972  3 ☐ | | 16 | 10,032. |
| 17 | Amount from Schedule 2, line 3 | | 17 | 0. |
| 18 | Add lines 16 and 17 | | 18 | 10,032. |
| 19 | Nonrefundable child tax credit or credit for other dependents from Schedule 8812 | | 19 | |
| 20 | Amount from Schedule 3, line 8 | | 20 | 0. |
| 21 | Add lines 19 and 20 | | 21 | 0. |
| 22 | Subtract line 21 from line 18. If zero or less, enter -0- | | 22 | 10,032. |
| 23 | Other taxes, including self-employment tax, from Schedule 2, line 21 | | 23 | 14,292. |
| 24 | Add lines 22 and 23. This is your total tax ▶ | | 24 | 24,324. |
| 25 | Federal income tax withheld from: | | | |
| a | Form(s) W-2 | 25a | | |
| b | Form(s) 1099 | 25b | | |
| c | Other forms (see instructions) | 25c | | |
| d | Add lines 25a through 25c | | 25d | |
| 26 | 2021 estimated tax payments and amount applied from 2020 return | | 26 | |
| 27a | Earned income credit (EIC) | 27a | | |
| | Check here if you were born after January 1, 1998, and before January 2, 2004, and you satisfy all the other requirements for taxpayers who are at least age 18, to claim the EIC. See instructions ▶ ☐ | | | |
| b | Nontaxable combat pay election | 27b | | |
| c | Prior year (2019) earned income | 27c | | |
| 28 | Refundable child tax credit or additional child tax credit from Schedule 8812 | 28 | | |
| 29 | American opportunity credit from Form 8863, line 8 | 29 | | |
| 30 | Recovery rebate credit. See instructions | 30 | | |
| 31 | Amount from Schedule 3, line 15 | 31 | | |
| 32 | Add lines 27a and 28 through 31. These are your total other payments and refundable credits ▶ | | 32 | |
| 33 | Add lines 25d, 26, and 32. These are your total payments ▶ | | 33 | 0. |

*If you have a qualifying child, attach Sch. EIC.*

| | | | | |
|---|---|---|---|---|
| **Refund** | 34 | If line 33 is more than line 24, subtract line 24 from line 33. This is the amount you overpaid | 34 | |
| | 35a | Amount of line 34 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 35a | |
| Direct deposit? See instructions | ▶ b | Routing number X X X X X X X X X | ▶ c Type: ☐ Checking ☐ Savings | |
| | ▶ d | Account number X X X X X X X X X X X X X X X X X | | |
| | 36 | Amount of line 34 you want applied to your 2022 estimated tax ▶ | 36 | |
| **Amount You Owe** | 37 | Amount you owe. Subtract line 33 from line 24. For details on how to pay, see instructions ▶ | 37 | 24,324. |
| | 38 | Estimated tax penalty (see instructions) ▶ | 38 | |

| | |
|---|---|
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS? See instructions      ☐ Yes. Complete below.    ☒ No |
| | Designee's name ▶    Phone no. ▶    Personal identification number (PIN) ▶ |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

*Joint return? See instructions. Keep a copy for your records.*

| | | |
|---|---|---|
| Your signature | Date | Your occupation GENERAL    If the IRS sent you an Identity Protection PIN, enter it here (see inst) ▶ |
| Spouse's signature. If a joint return, both must sign. | Date | Spouse's occupation    If the IRS sent your spouse an Identity Protection PIN, enter it here (see inst) ▶ |
| Phone no. | | Email address |

| | | | | |
|---|---|---|---|---|
| **Paid Preparer Use Only** | Preparer's name | Preparer's signature SELF-PREPARED | Date | PTIN    Check if: ☐ Self-employed |
| | Firm's name ▶ | | | Phone no. |
| | Firm's address ▶ | | | Firm's EIN ▶ |

Go to www.irs.gov/Form1040 for instructions and the latest information.                                Form **1040** (2021)

CDA

Exhibit M-16

**How this means:**

**Client Check for $17,605** made payable to **Xuat Canh My DBA, not for the debtor**



E X A M I N A T I O N

U N D E R   O A T H

IN RE: NGUYEN TA


-   -   -


TRANSCRIPT OF EXAMINATION, taken by and

before STEVEN KAMINSKI, Professional Reporter and Notary

Public, at the Law Offices of WARREN, MCGRAW & KNOWLES, LLC,

920 Lenmar Drive, Blue Bell, Pennsylvania on Friday, May 19,

2023, commencing at 10:46 a.m.


-   -   -


ERSA COURT REPORTERS
30 South 17th Street
United Plaza - Suite 1520
Philadelphia, Pennsylvania 19103
(215)564-1233

NGUYEN TA

12

```
 1              held off the record.)
 2   BY MR. NAHRGANG:
 3   Q      So TA-4; you have seen and you can
 4   identify it.  Please identify it, what is it?
 5   A      So it's a registration for fictitious
 6   name, yes.
 7   Q      Who filed that?
 8   A      I am.
 9   Q      I'm sorry.
10   A      I did.
11   Q      And it's dated November 9, 2020.  How old
12   were you when that was filed?
13   A      I was 18 years old at the time.
14   Q      When did you turn 18?
15   A      So I turned 18 on March 29.
16   Q      And what made you decide to register this
17   fictitious name?
18   A      I want to do so.
19   Q      But why?
20              MR. LATZES:  Objection.
21           Objection.  It's asked and answered.
22              MR. NAHRGANG:  Okay.  Let me ask
23           it another way.
24   Q      What did you understand was the purpose of
```

ELECTRONIC REPORTING STENOGRAPHIC AFFILIATES

NGUYEN TA

11

```
1                    MR. LATZES:  "For example."
2    A        So I do not know how to answer your
3    question, but whatever I need their help with, they
4    will assist me in that matter.
5              So they assist me; manage my affair with
6    the bank account.  Sometimes, I am not so
7    experienced in that area, and they assist me in
8    answering all those issues addressed to my bank
9    account.
10   Q        Do you pay your mom any money for her
11   assistance?
12   A        No.
13   Q        How much time does your mom spend
14   assisting you with the business?
15                    INTERPRETER:  In reference of a
16              "month," Counsel -- can you --
17                    MR. NAHRGANG:  Sure.
18   A        So only when there is an issue arise with
19   the bank account when there's a fund transfer
20   incorrectly, that she would assist me in that
21   matter.
22                    (At this time, a document was
23              marked for identification as TA-4.)
24                    (At this time, a discussion was
```