## NOTICE OF CONTINUATION OF COURT-APPROVED INTERPRETER

## IN SUPPORT OF MOTION TO VACATE ORDER DISMISSING AND REINSTATE CASE

UNITED STATES BANKRUPCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CHARLES K. NGUYEN & HIEN T. NGUYEN – Debtors
Chapter 13 – Case No. 19-13854-AMC

---

Charles K. Nguyen, Debtor, Pro Se - Hien T. Nguyen, Debtor, Pro Se

---

The Debtors respectfully notify the Court and all interested parties that **Mr. Tuan Tran**, who has been previously approved by the Court, and who previously served as the Vietnamese–English interpreter during the hearing held on **September 30, 2025**, will continue to serve as interpreter for the upcoming hearing scheduled on **October 14, 2025**, before the Honorable **Judge Ashley M. Chan**.

**Respectfully submitted,**
Date: 10 | 06 | 2025
Signature: [signatures]
Name: Charles K Nguyen and Hien T Nguyen
Address: 148 Penn, Ave, Souderton, PA 18964
Phone: 267 471 4426 - Email: cn78858@gmail.com

---

## CERTIFICATE OF SERVICE

Debtors, hereby certify that on the 6 day of Oct, 2025, served a true and correct copy of the foregoing **Notice of Continuation of Court-Approved Interpreter** by email to the following parties:

1-**Chapter 13 Trustee:** Kenneth E West (kwest@ph13trustee.com)
2-**Debtor's Counsel: David M. Offen, Esq** (info@offenlaw.com)
3-**Plaintiff's Counsel:** Matthew R. Nahrgang, Esq. (mnahrgang@verizon.net)
4-**Courtroom Deputy Clerk to Judge Ashley M. Chan:** Pamela Berkheimer (Pamela_Berkheimer@paeb.uscourts.gov)

5-Scott F. Waterman, Esq., Chapter 13 Trustee (ecfmail@readingch13.com)
6-Office of the United States Trustee, Philadelphia, PA (USTPRegion03.PH.ECF@usdoj.gov

/s/ 
Charles K. Nguyen – Pro Se - Hien T. Nguyen – Pro Se

FILED
OCT - 6 2025
TIMOTHY McGRATH, CLERK
BY ___ DEP. CLERK

## CERTIFICATE OF SERVICE

Debtors, hereby certify that on the __6__ day of __Oct__, 2025, served a true and correct copy of the foregoing **Notice of Continuation of Court-Approved Interpreter** by email to the following parties:

1-**Chapter 13 Trustee:** Kenneth E West (kwest@ph13trustee.com)
2-**Debtor's Counsel: David M. Offen, Esq** (info@offenlaw.com)
3-**Plaintiff's Counsel:** Matthew R. Nahrgang, Esq. (mnahrgang@verizon.net)
4-**Courtroom Deputy Clerk to Judge Ashley M. Chan**: Pamela Berkheimer (Pamela_Berkheimer@paeb.uscourts.gov)
5-Scott F. Waterman, Esq., Chapter 13 Trustee (ecfmail@readingch13.com)
6-Office of the United States Trustee, Philadelphia, PA (USTPRegion03.PH.ECF@usdoj.gov

/s/ _[signature]_
Charles K. Nguyen – Pro Se - Hien T. Nguyen – Pro Se