# NOTICE OF TERMINATION OF ATTORNEY REPRESENTATION

## IN SUPPORT OF MOTION TO VACATE ORDER DISMISSING AND REINSTATE CASE

## UNITED STATES BANKRUPCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: CHARLES K. NGUYEN & HIEN T. NGUYEN – Debtors
Chapter 13 – Case No. 19-13854-AMC

**Charles K. Nguyen, Debtor, Pro Se - Hien T. Nguyen, Debtor, Pro Se**

**Pursuant to Federal Rule of Bankruptcy Procedure 9010(a) and Local Bankruptcy Rule 9010-1(b),** the Debtor hereby **notifies** the Court and all interested parties that **David M. Offen, Esq.**, previously listed as counsel of record in this case, **is terminated as the Debtor's attorney, effective immediately**, and that the Debtor will proceed **pro se** in all further proceedings.

This action is taken due to repeated communication failures, lack of responsiveness, and failure to protect the Debtor's procedural rights and interests in connection with prior motions and hearings. The Debtor believes that continued representation by Mr. Offen is no longer in good faith or in the Debtor's best interests.

Accordingly, the Debtor **revokes any authorization or power of attorney previously granted** to Mr. Offen and will proceed **pro se (self-represented)** in all future matters before the Court, including the upcoming hearing scheduled on **October 14, 2025**, before the Honorable **Judge Ashley M. Chan.**

The Debtor respectfully requests that all future correspondence, notices, and filings be directed to the Debtor personally at the address and email listed below.

**Respectfully submitted,**

Date: 10/06/2025
Signature: _____
Name: Charles K Nguyen and Hien T Nguyen
Address: 148 Penn, Ave, Souderton, PA 18964
Phone: 267 471 4426 - Email: cn78858@gmail.com