# DEBTORS' SUPPLEMENTAL STATEMENT

IN SUPPORT OF MOTION TO VACATE DISMISSAL AND REINSTATE CASE

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: Charles K. Nguyen and Hien T. Nguyen, Debtors
Case No.: 19-13854-AMC - Chapter 13 -

## NOTICE OF FILING

Debtors, **Charles K. Nguyen and Hien T. Nguyen** ("Debtors"), hereby submit this **Supplemental Statement** in support of their **Emergency Motion to Vacate Dismissal and Reinstate Case**, in preparation for the hearing scheduled on **October 14, 2025**, before the Honorable **Judge Ashley M. Chan**.

## SUPPLEMENTAL STATEMENT

Pursuant to **Federal Rule of Bankruptcy Procedure 9024** and **Federal Rule of Civil Procedure 60(b)(1) and (6)**, Debtors respectfully submit this Supplemental Statement in further support of their Emergency Motion to Vacate the Order Dismissing Case and Reinstate Case.

## 1. Nature of the Dismissal

The prior dismissal arose from a **commercial dispute involving the Debtors' son's company** and **two individuals who were identified as purported witnesses** in that matter. The dispute did **not involve the Debtors personally**, nor did it concern any personal obligation or financial liability of the Debtors.

There is **no evidence** that the Debtors owned, managed, or operated the business in question, or that they were legally responsible for its obligations. Accordingly, the dismissal was based on a **mischaracterization of the underlying dispute**, and not on any conduct or deficiency attributable to the Debtors themselves.

## 2. Legal Basis

Relief is warranted under **Fed. R. Civ. P. 60(b)(1) and 60(b)(6)**, made applicable by **Bankruptcy Rule 9024**, because the dismissal was entered under a **mistaken view of the nature of the obligation**. Continuing to enforce the dismissal would result in **manifest injustice** by depriving Debtors of the protections of this Court and the opportunity to resolve disputes in the proper forum.

## 3. Good Faith and Equity Considerations

Debtors filed their Emergency Motion in **good faith**, promptly after learning of the dismissal, and seek only to have their case reinstated so that issues may be adjudicated on the merits. **No creditor will be prejudiced** by reinstatement, as the relief requested merely restores the case to its prior procedural posture.

### 4. Pro Se Status and Need for Clarity

Debtors are proceeding **pro se** and will require the assistance of a **court-approved interpreter** for the hearing. This Supplemental Statement is submitted in advance so that the Court may have a clear understanding of Debtors' legal and factual position, ensuring that the hearing can be conducted efficiently and fairly for all parties.

### 5. Relief Requested

For the foregoing reasons, Debtors respectfully renew their request that this Court:

- **Vacate** the Order dismissing this case; and
- **Reinstate** this Chapter 13 proceeding.

**Respectfully submitted,**

Date: _____
Signature: _____
Name: Charles K Nguyen and Hien T Nguyen
Address: 148 Penn, Ave, Souderton, PA 18964
Phone: 267 471 4426 - Email: cn78858@gmail.com

### CERTIFICATE OF SERVICE

Debtors, hereby certify that on the ___ day of _____, 2025, served a true and correct copy of the foregoing **Notice of Continuation of Court-Approved Interpreter** by email to the following parties:

- **Pamela Berkheimer**, Courtroom Deputy to the Hon. Ashley M. Chan
  (*Email: Pamela_Berkheimer@paeb.uscourts.gov*)
- **Kenneth E West, Chapter 13 Trustee:**
  (*Email: kwest@ph13trustee.com*)
- **Scott F. Waterman, Esq.**, Chapter 13 Trustee
  (*Email: ecfmail@readingch13.com*)
- **Office of the United States Trustee**, Philadelphia, PA
  (*Email: USTPRegion03.PH.ECF@usdoj.gov*)
- **David M. Offen, Esq.**, Debtors' former counsel
  (*Email: info@offenlaw.com*)
- **Matthew R. Nahrgang, Esq.**, Plaintiff's Counsel
  (*Email: mnahrgang@verizon.net*)

**Respectfully submitted,**
Date: Oct 6, 2025
Signature: _____
Name: Name: Charles K Nguyen and Hien T Nguyen