# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INRE:   CHAPTER 13

CHARLES K. NGUYEN
HIEN T. NGUYEN,
      Debtors   Bky No.19-13854 AMC

## ORDER

AND NOW, this 16th day of October, 2025, upon consideration of the Debtors' Emergency Motion to Vacate Order Dismissing Case and Motion to Reinstate Case (docket entry #215) and after a hearing, it is hereby:

ORDERED AND DECREED that Debtors' Motion is **DENIED** for the reasons stated on the record in open Court.

BY THE COURT:

Ashely M. Chan
Chief Judge, U.S. Bankruptcy Court