United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-13854-amc

Charles K. Nguyen  Chapter 13

Hien T. Nguyen

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 16, 2025 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 18, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Charles K. Nguyen, Hien T. Nguyen, 148 Penn Avenue, Souderton, PA 18964-1849 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 18, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DAVID M. OFFEN | on behalf of Counter-Claimant Charles K. Nguyen dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Debtor Charles K. Nguyen dmo160west@gmail.com  davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Counter-Claimant Hien T. Nguyen dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DAVID M. OFFEN | on behalf of Joint Debtor Hien T. Nguyen dmo160west@gmail.com davidoffenecf@gmail.com;offendr83598@notify.bestcase.com |
| DENISE ELIZABETH CARLON | |

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Oct 16, 2025     Form ID: pdf900     Total Noticed: 1

on behalf of Creditor Pennymac Loan Services LLC bkgroup@kmllawgroup.com

JEROME B. BLANK
   on behalf of Creditor Pennymac Loan Services LLC jblank@pincuslaw.com, mmorris@pincuslaw.com

KENNETH E. WEST
   ecfemails@ph13trustee.com philaecf@gmail.com

MARK A. HOFFMAN
   on behalf of Creditor Tho Van Nguyen secretary@mahalaw.com

MATTHEW R. NAHRGANG
   on behalf of Counter-Defendant Tho Nguyen mnahrgang@verizon.net

MATTHEW R. NAHRGANG
   on behalf of Creditor Tho Van Nguyen mnahrgang@verizon.net

MATTHEW R. NAHRGANG
   on behalf of Plaintiff Tho Nguyen mnahrgang@verizon.net

MICHAEL A. LATZES
   on behalf of Creditor Tho Van Nguyen efiling@mlatzes-law.com

THOMAS SONG
   on behalf of Creditor Pennymac Loan Services LLC tomysong0@gmail.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 14

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INRE:                                                                                        CHAPTER 13

CHARLES K. NGUYEN
HIEN T. NGUYEN,
          Debtors                                                  Bky No.19-13854 AMC

**ORDER**

AND NOW, this 16th day of October, 2025, upon consideration of the Debtors' Emergency Motion to Vacate Order Dismissing Case and Motion to Reinstate Case (docket entry #215) and after a hearing, it is hereby:

ORDERED AND DECREED that Debtors' Motion is **DENIED** for the reasons stated on the record in open Court.

BY THE COURT:

_____
Ashely M. Chan
Chief Judge, U.S. Bankruptcy Court